IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-261-GMS |
| v. | ) C.A. No. 07-358-GMS |
| | ) |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS

Defendant, by and through the undersigned counsel, moves pursuant to Federal Rules of Civil Procedure 4(m) to dismiss all counts of Plaintiff's Complaint for the reasons stated in its Opening Brief.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli
William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
Email: wbowser@ycst.com; amartinelli@ycst.com
   *Attorneys for Defendant*

Date: November 15, 2007