IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD L. MOON, JR. | : |
| Plaintiff, | : C.A. No. 05-261 GMS/07-358 GMS |
| v. | : |
| THE DELAWARE RIVER AND BAY AUTHORITY | : |
| Defendant, | : |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned counsel hereby notices the discovery deposition of Trudy Spence-Parker, for Wednesday, April 2, 2008, at 10:00 a.m. at the office of Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, Wilmington, Delaware 19801.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Hall

JAMES P. HALL, ESQUIRE (#3293)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

DATE: March 25, 2008

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS
NEW CASTLE COUNTY    :

**BE IT REMEMBERED** that on this 25th day of March 2008, personally appeared before the undersigned, a Notary Public in and for the State and County aforesaid, Tanya L. Birdsell, who being by me duly sworn according to law, deposes and says that she is employed in the law offices of PHILLIPS, GOLDMAN & SPENCE, P.A., and that she did on this day cause to be hand delivered, postage prepaid mail, a copy of the attached to the person(s) listed below.

Adria Martinelli, Esquire
Young Conaway Stargatt & Taylor
1000 West Street
Wilmington, DE 19899

_____
TANYA L. BIRDSELL

**SWORN TO AND SUBSCRIBED** before me the day and year aforesaid.

_____
NOTARY PUBLIC