IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HOWARD L. MOON, JR.,                )
                                    )
                Plaintiff,          )
                                    )      C.A. No. 05-261-GMS
        v.                          )      C.A. No. 07-358-GMS
                                    )
THE DELAWARE RIVER AND BAY          )
AUTHORITY,                          )
                                    )
                Defendant.          )

# APPENDIX TO DEFENDANT'S OPENING BRIEF
# IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

YOUNG CONAWAY STARGATT & TAYLOR, LLP

William W. Bowser, Esquire (Bar I.D. 2239)
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601, 6613
Facsimile: (302) 576-3282, 3314
E-mail: wbowser@ycst.com; amartinelli@ycst.com
*Attorneys for Defendant*

Date: May 8, 2008

## TABLE OF CONTENTS

**Page**

DRBA Ferry Reservations Manager Job Posting dated May 2000.................................................A1

DRBA Chief Operations Officer Job Posting dated October 4, 2002.........................................A5

James H. Walls Resume for Chief Operations Officer Position ..................................................A9

Moon Application Letter for Chief Operations Officer Position
dated October 7, 2002.................................................................................................................A13

Moon Chief Operations Officer Resume Evaluation Checklist
dated October 16, 2002...............................................................................................................A15

Touchstone Letter to Moon dated November 14, 2002..............................................................A16

Lange Memo to Johnson dated October 30, 2002......................................................................A17

Walls Letter to Johnson dated February 12, 2003.....................................................................A18

DRBA Director of Ferry Operations Job Posting dated October 7, 2003 .................................A19

Nilson Resume for Director of Ferry Operations Position ........................................................A22

Moon Resume and Application for Director of Ferry Operations Position................................A26

Moon Personnel/Payroll Action Form dated May 21, 2004.......................................................A29

DRBA Superintendent of Toll Operations Job Posting
dated June 1, 2004......................................................................................................................A30

Superintendent of Toll Operations Interview Schedule and Scores..........................................A32

Moon Interview Questions for Superintendent of Toll Operations...........................................A33

DRBA Assistant Director of Ferry Operations Job Posting dated July 19, 2004 .....................A53

Gehrke Resume for Assistant Director of Ferry Operations Position .......................................A56

Moon Application and Resume for Assistant Director of Ferry Operations Position................A58

Nilson Memo re: Assistant Director of Ferry Operations dated October 4, 2004 ....................A61

DRBA Equal Employment Opportunity Action Plan
Executive Summary dated November, 2004 ..............................................................................A62

i

DRBA Superintendent of Toll Operations Job Posting
dated June 1, 2005 ................................................................................................A64

Frasetto Resume and Application for Superintendent of Toll Operations Position...................A67

Moon Letter and Resume for Superintendent of Toll Operations Position
dated April 21, 2005 .............................................................................................A73

Interview Scores for Superintendent of Toll Operations Position ...........................................A77

Frasetto Interview Questions for Superintendent of Toll Operations Position.........................A82

Moon Interview Questions for Superintendent of Toll Operations Position ............................A94

DRBA Director of Ferry Operations Job Posting dated July 29, 2005 ...................................A106

Moon Application and Resume for Director of Ferry Operations Position
dated October 25, 2006.........................................................................................A109

Moon Employee Service Record...........................................................................................A113

Excerpts from the Deposition Transcript of Howard Moon, Jr.
dated February 13, 2007 .......................................................................................A115

Excerpts from the Deposition Transcript of Howard Moon, Jr.
dated February 28, 2007 .......................................................................................A117

Excerpts from the Deposition Transcript of James Johnson, Jr.
dated February 20, 2008 .......................................................................................A126

Excerpts from the Deposition Transcript of James Johnson, Jr.
dated April 2, 2008...............................................................................................A136

Excerpts from the Deposition Transcript of Consuella Petty-Judkins
dated March 20, 2008 ...........................................................................................A138

Excerpts from the Deposition Transcript of Consuella Petty-Judkins
dated April 2, 2008...............................................................................................A142

Affidavit of James H. Walls dated May 8, 2008...................................................................A145

Affidavit of James T. Johnson, Jr. dated May 8, 2008 .........................................................A148

DB01:2550112.1                                                                                                051649.1010

DELAWARE RIVER AND BAY AUTHORITY

| | |
|---|---|
| Department: | Cape May-Lewes Ferry |
| Class Title: | Ferry Reservations Administrator |
| Status: | Exempt |
| Reports To: | Director of Ferry Operations |
| Grade: | J |

## I.    NATURE OF WORK

This department director position includes full-performance and direction of all duties related to the Cape May-Lewes Ferry Reservations Call Center. The position is responsible for the planning, directing, controlling and supervision of all reservation operations, staff and call-center system, while facilitating sales, service and convenience for patrons of the Delaware River & Bay Authority and Cape May-Lewes Ferry. *This position is responsible for the implementation and maintenance of the DRBA internet reservation and sales system and its integration with the Call Center operations. This position is responsible for sales and revenue targets as a result of the successful implementation, and administration of the internet reservation and sales system. Quarterly and annual sales targets will be established as a benchmark for tracking Ferry reservations sales via the internet sales system. Customer Service goals and measurable targets will be established. This position will be responsible for internet reservation and sales system, generating new sales as well as transitioning Call Center sales to internet sale. Position will be responsible for meeting all relevant quarterly and annual sales and Customer Service goals.* This position through planning involves selecting effective courses of action to meet organizational objectives and specifying how the actions will be implemented, balancing opportunities against demands made on Authority resources. The directing and motivating employees involve mobilizing personnel to carry out plans, overseeing the day-to-day operations, activities and keeping the operation running smoothly. The controlling involves ensuring the plans and organizational objectives are on track, actually being carried out and appropriately modified if circumstances change.

The position is responsible for the work scheduling, training and monitoring for quality assurances of entire reservation's staff and call center. The position requires strong analytical, communication, organizational, writing and computer skills to assist the individual in developing comprehensive business plans, guiding division toward achieving targeted goals and objectives, establishing and communicating performance criterion, preparing a nnual o perating budget proposals, developing and coordinating training and orientation programs, arbitrating disputes, resolving complaints and making decisions on customer service, refunds, conflict resolution, and passage aboard the ferry. This person will also monitor the reservation system, handle commercial accounts, perform costs/volume/profit analysis, facilitate sales of comprehensive marketing, advertising plans and activities to patrons of the Authority and Ferry. The individual performs management reporting, managerial accounting and finance functions, and provides monthly reservation transactions and revenue figure reports to the Director of Operations and Chief Operating Officer. The position is subject to 24-hour on call availability and reports directly to the Director of Ferry Operations.

II.    **EXAMPLES OF WORK**  (Examples are illustrative only)
(Essential Functions)

- Plans, directs & motivates, and controls operation, staff and call center system, working with and through others to achieve departmental and organizational goals and objectives in a fair and ethical manner.

- Administers and maintains the Reservations System.
- Collaborates and communicates with Ferry Police, Customer Relation Supervisors, and Terminal Managers on a variety of customer related and operational issues.
- Collaborates and communicates with Port Captains on a regular basis regarding ferry vessel schedules, weather conditions, traffic, operational issues and any vessel matter affecting ferry operations, patrons or general public.
- Performs work scheduling for entire staff, monitoring variable costs, business transactions and call volumes, making adjustments as needed to provide adequate call-center coverage to meet customer demands.
- Collaborates and communicates with Marketing, Advertising, Guest Relations and Public Relations, providing data, reports and information regarding various events, projects and activities.
- Prepares reservation systems operating budget recommendations, and develops strategies to monitor/manage costs to achieve targeted budget goals.
- Develops departmental policies and procedures, establishes performance criteria, creates and revises staff job descriptions, essential job elements and functions, narrative nature of work and performance standards.
- Analyzes staffing requirements, interview, hire / fire /lay off seasonal and temporary staff as operational needs dictate and performance warrants.
- Manages and supervises entire staff while using coaching, teamwork, positive reinforcement and contingency approach techniques to obtain employee buy-in, participation and cooperation.
- Provides vision and leadership while maintaining credibility, demonstrating good business sense, technical abilities and professionalism.
- Develops and implements comprehensive business, departmental and strategic plans.
- Develops, coordinates, implements and instructs yearly employee training and orientation programs.
- Handles staff performance planning, evaluations, rating and reviews.
- Handles and resolves customer complaints, disputes, credit inquires, problems and refunds.
- Assigns duties, tasks, and responsibilities to subordinate workers.
- Handles staff conflict resolution, provides performance assessments including coaching and counseling on a daily basis.
- Performs call-monitoring on reservation phone lines to identify staff strengths, weaknesses and ensure quality assurances.
- Creates spreadsheets and formulas to track, compare and report productivity, volumes, income, costs revenues and tracks call center performance metrics.
- Analyzes system and identifies problems or concerns and with reservations computer software(AFOS) and hardware, on a regular basis and reports them to

D875

A2

the Director of MIS for resolution and provides recommendations on operational issues.

- Handles call center recordings, identifies problems or concerns with call center phone lines on a regular basis and reports them to the Director of Communications for resolution.
- Oversees the setting up, promotion, selling and up-selling of all events offered to the public through the reservation system.
- Oversees commercial bookings through the reservations system, works with Controller and Director of Operations to establish policies and procedures, handles customer account inquires, billing discrepancies and resolves problems.
- Promotes customer service as a number one priority and continued improvement as an everyday matter.
- Provides weekly and monthly reports to the Director of Operations.
- Performs a variety of administrative, operational and other duties as needed or required.

## III.    REQUIRED KNOWLEDGE, SKILLS AND ABILITIES

- Leadership, consensus and team building skills.
- Knowledge of the principles of management and organizational behavior and ability to manage occupational stress.
- Strong oral and written business communication skills, analytical and critical thinking skills.
- Full working knowledge and understanding the field of customer service, call center management and operations.
- Knowledge of Ferry operations, transportation, reservation systems, toll structures and tourism industries.
- Ability to understand and use primary dimensions of managing diversity.
- Ability to effectively negotiate, make decisions and solve problems.
- General understanding of managerial accounting, finance, business information and computer systems.
- Ability to operate office equipment including personal computer, software, hardware, credit card sure pay terminal and electronic spreadsheets.
- Knowledge of principles and practices of budget formulation, business planning, strategic planning, evaluation and administration.
- Knowledge of DRBA's accounting system (MUNIS) and organizational and object code structure.
- Ability to perform administrative functions, revenue/cost analysis, costs behavior analysis, quantitative & qualitative analysis, budget control and preparation.
- Ability to manage multiple projects, priorities, objectives and deadlines.
- Working knowledge of computer applications including Spreadsheet Applications; Excel 5.0 or 7.0, Word Processing Applications; WordPerfect 8.0 or Microsoft Word 97, Operating  Systems; Windows 95, 98 or NT, Presentation Graphics Applications; Power Point 97.

## IV.    MINIMUM QUALIFICATIONS

- Preferred Bachelors of Science or Arts in Business Administration from an accredited university or college.

D876

A3

- Minimum five years of call center management experience

**V.     SPECIAL REQUIREMENTS**
- Applicants will be subject to a written test(s) and personal interview(s).

Revised: May 2000

**D877**

**A4**

① ~~~~~~
③ 8 intern
④ Page snt   Job desc
Am Rept
Benefit Sum
Appl.
③ Timeline
④ Q&A



# THE DELAWARE RIVER AND BAY AUTHORITY

**DELAWARE MEMORIAL BRIDGE**
POST OFFICE BOX 71
NEW CASTLE, DELAWARE 19720
302-571-6303
FAX: 302-571-6367

POST OFFICE BOX 71
NEW CASTLE, DELAWARE 19720
302-571-6303
FAX: 302-571-6367

**CAPE MAY - LEWES FERRY**
POST OFFICE BOX 827
CAPE MAY, NEW JERSEY 08204
609-886-9699
FAX: 609-886-1021

# CHIEF OPERATIONS OFFICER

*Location:*   **Administrative Offices, New Castle, DE**

*Salary:*   *$111,365.00 - $154,673.00   (Grade E )*
*(Minimum)      (Midpoint)*

*Opening Date:* October 4, 2002      *Closing Date:* October 18, 2002

## I.   NATURE OF WORK

The Chief Operations Officer is responsible for the planning, organizing, directing and coordinating of the effective day-to-day operations of the Delaware River and Bay Authority consistent with its short- and long-term objectives and goals including the Delaware Memorial Bridge, the Cape May-Lewes Ferry, the 3 Forts Ferry system, five airport facilities, police, engineering and information technology.

## II.   REPORTS TO

• Executive Director

## III.   MEASURES OF SUCCESS

• The effective operation of the Delaware River and Bay Authority within the framework of its Strategic Plan and the annual Operating and Capital Budgets.

• All key operations staff positions are filled with committed and capable managers who are dedicated to the success of the Authority and support its mission, vision, values and goals and are held accountable for their performance.

D2164

A5

## IV.    MAJOR ACCOUNTABILITIES

- Serves as a member of the Leadership Team and is committed to and accountable for its success and the success of the Authority.

- Ensures that all key operations positions are filled with capable and committed individuals; creates and maintains a positive work environment based on performance and accountability.

- Oversees the daily operations of all services and programs provided by the Authority.

- Sets annual goals for each operating entity and function and holds their management accountable for their attainment.

- Initiates and develops new or makes changes to existing projects, programs and activities and responsibilities of the Authority to increase their value and benefits.

- Recommends long- and short-term operational initiatives, enhancements, or improvements that include planning, implementing or taking remedial actions, maintaining and funding specific functions at all facilities.

- Represents the Authority and the Leadership Team at meetings, conferences, professional organizations and public functions.

## V.    EDUCATION, EXPERIENCE AND EXPERTISE

**Education:**

- Bachelor's degree in a relevant discipline is required with related advanced coursework and a Master's degree preferred.

**Experience:**

- Extensive management experience at the senior level in a dynamic and multi-faceted organization, department or division with a budget over $50 million and 450+ employees is desired.  Experience with facility management, labor issues, capital and operating budgets and analyses is also helpful.

**Knowledge:**

- Knowledge of planning for, organizing, directing and coordinating multiple operating functions, departments and staffs in a dynamic business environment.

- Knowledge of relevant economic, financial, political and governmental trends, conditions, and issues in the states and communities in which the Authority operates.

- Knowledge of effective leadership and management theories, principles, and practices and how to best apply them to ensure the optimal effectiveness of the Authority.

- Knowledge of relevant legislation, rules and regulations and regulatory agencies and how they relate to the Authority or a similarly-situated organization.

## Skills:

- Skilled at operating in an organization with organized labor.

- Skilled in working with the public, municipalities and government agencies.

## Abilities:

- Able to interpret policy regarding labor issues in a consistent manner.

- Able to identify operational problems and propose, develop, implement and continually improve solutions.

- Ability to develop effective working relationships with other senior managers, staff, Commissioners, governmental and business leaders, vendors and contractors and private citizens.

- Ability to attract, develop and retain capable and committed staff who are dedicated to the success of the Authority and themselves and support its mission, vision, values and goals.

- Ability to effectively lead and manage others and create and sustain a positive working environment that enables staff to achieve their potential and the Authority to achieve its objectives and goals.

- Ability to effectively manage one's own professional needs and priorities while balancing them with personal needs and priorities.

- Ability and willingness to be a key contributor to the Leadership Team and to be able to assume the role of situational leader when necessary and appropriate.

- Ability to present ideas and effectively communicate with all of the Authority's key stakeholders in both an oral and written form.

Present employees who meet the requirements and who would like to be considered for this position must submit a resume and salary history to:

**NAS CONFIDENTIAL REPLY**
**1601 Walnut Street, Suite 400**
**Philadelphia, PA 19102**

This position is also being advertised in this Sunday's editions (10/06/02) of the Wilmington News Journal, the Today's Sunbeam, The Atlantic City Press, the Philadelphia Inquirer and the Baltimore Sun. All candidate responses will be collected, ranked and banded by an external professional recruitment firm that has been retained by the Authority. Interviews will be conducted with the candidates placed in the highest band.

Linda Murphy
Director, Human Resources

James T. Johnson, Jr., P.E.
Executive Director

D2167

A8

James H. Walls
48 Handy Road
Levittown, PA 19056-1160
(215) 943-6367
JHWalls@compuserve.com

# JAMES H. WALLS

## Objective

A senior management position that challenges a self-motivated innovator to achieve aggressive performance goals and financial targets

## Key Skills

### Operations Management

- Thirteen years of senior management experience in 24/7 critical operating facilities
- Department head for Amtrak's nationwide train operations and locomotive utilization
- Managed car fleet utilization and reservations inventories for the northeastern United States (annual revenue: $600+ million)
- Direct management of up to 21 facilities and 500 employees
- Consistently met or exceeded financial goals
- Over a twelve-month period, direct staff reported significant gains in teamwork (+19%), workgroup productivity (+18.6%), and personal satisfaction (+18.2%)

### Process Innovation

- Introduced the concept of cross-functional management of train operations, car and locomotive utilization, mechanical operations, and inventory management
- Conceived and developed the radical innovation to transition Amtrak's operational status reporting from a narrow, static, paper-based medium to a broad-based, real-time, Intranet report that is accessible to all 25,000 Amtrak employees
- Conceived, designed, and implemented a revolutionary Amtrak/Skytel paging system that changed the way Amtrak communicates operational information
- Introduced the first PC network for Amtrak's National Operations Center
- Developed and proposed the first Amtrak diversity mentoring program
- Introduced the first on-site college degree program at Amtrak

### Business Development

- Evaluated and developed business ventures, including: commuter service agreements, commercial partnerships, surplus asset sales and leasing, and insourcing opportunities
- Championed and negotiated several business agreements between Amtrak and Continental Airlines for the reciprocal handling of passengers

### Strategic Planning

- Served on the senior management team that developed the strategic plan for the transformational change of Amtrak into a customer-focused organization, this included benchmarking successful service-oriented companies. Ritz-Carlton Hotels, Continental Airlines, and Sears

D2171

A9

James H. Walls
48 Handy Road
Levittown, PA 19056-1160
(215) 943-6367
JHWalls@compuserve.com

- Benchmarked rail car and locomotive fleet management methodologies and technologies of prominent railroads in France and England, including: Eurostar, French National Railroad, Virgin Trains, and Thalys
- Envisioned and developed Amtrak's rail car optimization strategy for the future
- Developed the organizational restructuring plan for Amtrak's System Operations Department that managed system wide train operations on a 24/7 basis

**Project Management**
- Conceived, developed, and managed the design and construction of Amtrak's 52,000 square-foot Consolidated National Operations Center in Wilmington, Delaware
- Served as project manager for several Amtrak/SABRE Group rail equipment optimization studies (potential annual revenue impact: $25-30 million)
- Led an Amtrak cross-functional team that identified unclaimed net reimbursable revenue of $6.1 million for recovery

<u>Performance Recognition</u>
- Personal performance evaluation ratings in top 10% of management
- Nominated for five President's Achievement Awards, 1998 - 2001

<u>Relevant Activities</u>

| | |
|---|---|
| **Teaching** | Faculty member at Cabrini College teaching courses in leadership, project management, and organizational change |
| **Invited Speaker** | National Association of Corporate Real Estate Executives, Industrial College of the Armed Forces, American Institute of Architects, International Facility Managers Association, and Cabrini College |
| **Board Member** | Continuing Education Advisory Board, Cabrini College, Radnor, PA |

<u>Work History</u>

| | |
|---|---|
| **Senior Director** – Commuter Planning & Insourcing, Amtrak, Phila, PA | (2002-present) |
| **Faculty Member**, Cabrini College, Radnor, PA | (2001-present) |
| **Senior Director** – Northeast Corridor Service, Amtrak, Wilmington, DE | (1998-2002) |
| **Director** – Northeast Corridor Service, Amtrak, Philadelphia, PA | (1995-1998) |
| **Assistant Superintendent** – Operations, Amtrak, Philadelphia, PA | (1993-1995) |
| **Manager** – Train Operations, Amtrak, Philadelphia, PA | (1988-1993) |
| **Division Operator**, Amtrak, New York, NY | (1987-1988) |
| **Assistant Transportation Manager**, Amtrak, New York, NY | (1986-1987) |
| **Rules Examiner**, Amtrak, Philadelphia, PA | (1982-1986) |
| **Trainmaster**, Amtrak, Philadelphia, PA | (1982-1982) |
| **Train Dispatcher**, Penn Central/Conrail/Amtrak, Philadelphia, PA | (1974-1982) |
| **Train Director & Block Operator**, Penn Central, Philadelphia, PA | (1973-1974) |

| <u>Education</u> | | |
|---|---|---|
| | West Chester University | West Chester, PA |
| | **M.B.A., Technology & E-Commerce** (2001) | **GPA: 4.0** |
| | Cabrini College | Radnor, PA |
| | **B.A., Organizational Management** | **GPA: 4.0** |

D2172

2

James H. Walls
48 Handy Road
Levittown, PA 19056-1160
(215) 943-6367
JHWalls@compuserve.com

## Detailed Work History

**Senior Director** – Commuter Planning & Insourcing, Amtrak, Phila, PA (2002-present)
- Developed business ventures, including: commuter service agreements, commercial partnerships, asset sales, and insourcing opportunities          (Salary:  $90k)

**Senior Director** – Northeast Corridor Service, Amtrak, Wilmington, DE (1998-2002)
- Department head of the national operations center team that managed train operations, utilization of locomotives and cars, mechanical operations, freight services, and reservations inventory management for the northeastern U.S.          (Salary:  $75k)

**Director** – Northeast Corridor Service, Amtrak, Philadelphia, PA          (1995-1998)
- Department head of the national operations center team that managed train operations, utilization of cars and locomotives, mechanical operations, and reservations inventory management for northeastern United States          (Salary:  $68k)

**Assistant Superintendent** – Operations, Amtrak, Philadelphia, PA          (1993-1995)
- Managed nationwide train operations and locomotive operations          (Salary:  $65k)

**Manager** – Train Operations, Amtrak, Philadelphia, PA          (1988-1993)
- Managed nationwide train operations

**Division Operator**, Amtrak, New York, NY          (1987-1988)
- Department head of 21 facilities and 200 employees; responsibility for train operations in New Jersey, Pennsylvania, and New York

**Assistant Transportation Manager**, Amtrak, New York, NY          (1986-1987)
- Field management of 500 conductors, engineers, and yardmasters; formally certified as a qualified locomotive engineer on the Northeast Corridor

**Rules Examiner**, Amtrak, Philadelphia, PA          (1982-1986)
- Interpreted operating rules and instructed operating rules classes

**Trainmaster**, Amtrak, Philadelphia, PA          (1982-1982)
- Field management of 200 conductors, engineers, and yardmasters

**Train Dispatcher**, Penn Central/Conrail/Amtrak, Philadelphia, PA          (1974-1982)
- Qualified on all train dispatcher and assistant chief train dispatcher positions

**Train Director & Block Operator,** Penn Central, Philadelphia, PA          (1973-1974)
- Qualified on train director and block operator positions

D2173          3

A11

**References**

Paul Arsenault, Ph.D.
Professor
West Chester University
312D Anderson Hall
West Chester, PA 19383
(610) 436-2208


Beth Carey
Director – Marketing & Recruitment
Cabrini College
610 King of Prussia Road
Radnor, PA 19087
(610) 902-8511


✓Cynthia A. Cole
Manager – Operations
Amtrak
15 South Poplar Street
Wilmington, DE 19809
(302) 683-2105


✓Noel Eisenstat
ex-Sr. VP – Commercial Development & Business Planning
Amtrak
718 Arch Street, Suite 300 North
Philadelphia, PA 19106
(215) 574-5890


Rick Hoefling
Director – Operations
Continental Airlines
Terminal 'C'
Newark Liberty International Airport
Newark, NJ 07114
(973) 681-0318


✓Robin McCarthy
Associate General Counsel
Amtrak
30th Street Station, 3S-061
Philadelphia, PA 19104
(215) 349-3750

D2174

A12

October 7, 2002

**To:**    NAS CONFIDENTIAL REPLY - DRBA Executive Position Selection Committee
**Re:**    Chief Operations Officer Position

Dear Madam(s) or Sir(s):

I am delighted at this opportunity to compete for the Delaware River & Bay Authority's Chief Operations Officer position. I bring a host of talents, knowledge, experience and intangibles that make me a legitimate candidate and best person for the job. With the Authority's past and current cultural competency and diversity problems, we are embarking on a key juncture in the 40 year history of no minority ever achieving any executive level position, and a workforce lacking diversity. Over the last five years I asked executive management on several occasions "what must I do to ever get a chance at breaking the Authority Executive Ceiling." The answer was get my education, build strong leadership skills, shape my strategic thinking, and gain a broad perspective in managing five divisions. I am pleased to report that I have met and exceeded all the above mentioned criterion. During the screening process of my resume, I would like you to consider critical information and circumstances that may not be available to you.

First and foremost, my path to the present, ability to overcome obstacles and barriers, and range of experiences within the DRBA, give me strategic advantages and broad perspectives in managing the core operations under the positions span of control. I understand our core infrastructure and competencies, built relationships and see perspectives from all aspects of Authority operating units, from front line employees through all the layers and levels of front line, middle, senior and executive management to the board of commissioners. Over the last seven years I worked, planned and trained with the COO and all the top managers under his control: Director of Bridge Operations, Director of Ferry Operations, Director of Engineering, Police Administrator, Director of MIS, Director of Technical Operations, Director of Airports and Director of Human Resources.

I started as a temporary toll collector in 1992, became permanent in early 1993 and made significant contributions within my first year of employment and beyond. By January 1996, I made the jump from a toll collector without a college degree to the organizations first minority department head, assuming the Reservations Administrator position with the stipulation of obtaining my college degree in business. Executive management announced on many occasions that I was the only applicant who saw and understood the big picture and what they were trying to do: enhance the tourism aspects of the ferry operation promoting the appeal of the ferry, the Authority and the resorts areas of Cape May, New Jersey and Lewes, Delaware; increase customer service, the appearance of vessels including cruise ship amenities, and add value for the traveler and communities. Circumstances dictated that my position required a self starter with vision and the ability to leverage autonomy working with and through others to succeed. My department added value to the Authority functioning as a profit center, while achieving tremendous growth and development, increases in customer satisfaction, business, revenues and the bottom line while maintaining impressive employee retention ratios and the Authority's most diverse work group.

During my seven-year stay in my current position I have seen, studied and been involved in a broad

range of operational, educational, system and executive level planning, projects, activities and interactions.   Such involvements included driving the organizational vision and mission, leading organizational change, handling legal matters, making presentations to the board of commissioners, statistical data collection for affirmative action plans, vessel upgrades and refurbishments, purchasing and implementing new computers and  technical systems, creating custom training programs, implementing EZPass, and a host of other multi-dimensional involvements.  I have a full working knowledge of our dual missions and how to integrate the objectives of our mission for the betterment of our organization and the region while keeping a balanced scorecard between our stakeholders, employees, customers, communities, environment and governing laws and regulations.

Our governing compact and the complexities involved in the Authority being a body politic dictate the way we do business.  I am dedicated to ensure our operations deliver sound business practices to facilitate stability of our mandated debt service ratios, keeping our bond ratings high and ensuring a high regard for financial and fiscal know how and stability, which are vital when going to capital markets to raise funding.  Understanding how all our entities interface and operate will be crucial as we continue the transition from exponential growth to operations mode.  I also possess key insights in pinpointing where our culture clashes with our operational realities.  I have developed the core essential insights needed to ensure interaction and collaboration among our management team and business units to help our workforce learn from the past and leverage the present to shape the future.

I am the first Authority employee to attend a high level Executive MBA program. The Authority is sponsoring me through my in progress, 21 month Villanova University EMBA program.  The Chief Operations Officer and Chief Financial Officer provided the recommendations to the programs admissions committee which weighed heavily on my acceptance.  My academic record speaks for itself and I have enormous resources to utilize while attending my program.  As a leader, planner, organizer, educator and communicator, I am prepared to assist our Chief Executive Officer, Jim Johnson in building a promising future for our dynamic and multi-faceted organization.  Once the Authority develops a more diverse workforce, my knowledge, understanding and commitment to a positive change will be very useful in effectively managing that diversity.

Lastly, I am a public servant employee who is dedicated to the Authority and want to make a positive difference.  I view obstacles as nothing more than inevitable opportunities and challenges, believe there are no problems without solutions and think long-term.  Jim Johnson and I have very similar management philosophies and I will be able work with and help him succeed in taking the Authority through re-organization and culture change while restoring our image and public trust and ensuring accountability for every employee and aspect of our operations.

Attached is my resume, list of completed technical and professional development training, and my salary history which should not be held against me.  I am excited and looking forward to hearing from you and the chance to interview for the Chief Operations Officer position.

Sincerely,

Howard L. Moon Jr.
Reservations Administrator, Delaware River & Bay Authority

D 0462

A14

**DELAWARE RIVER AND BAY AUTHORITY**
**SELECTION SUPPORT**

## Chief Operations Officer Resume Evaluation Checklist

**CANDIDATE NAME:** Howard Moon          **DATE:** 10/16/02

**SOURCE:** ☐ *Atlantic City Press*    ☐ *Baltimore Sun*    ☐ *Philadelphia Inquirer*
☐ *Today's Sunbeam*    ☐ *Wilmington News Journal*    ☑ *Internal*

**SALARY: CURRENT** _____ **DESIRED:** _____

*DRBA Employee*

### REQUIRED

☑ Bachelor's degree.

☑ Experience with multiple lines of business.

☐ Experience with organized labor. *don't know to what degre if any*

☐ Budget and business management experience. *not at a senior level*

### DESIRED

☐ A "difference maker".

☐ Able to develop management and staff.

☑ Analytical.

☐ Demonstrated management and leadership capabilities. *(not senior which is needed)*

☑ Develop, implement and manage budgets and strategic plans.

☑ Government/quasi-government experience.

☐ Managed day-to-day operations of a business.

☑ Project management experience.

☐ Quality/continuous improvement.

☑ Similar experience.

☑ <u>Transportation experience.</u>

____ **Out of 11 = TOTAL SCORE**          Prepared by: SC + JS

THE TOUCHSTONE PARTNERSHIP, LTD.

D1245

A15

# The TOUCHSTONE Partnership, Ltd.

300 W. State Street, Suite 106
Media, PA 19063
Telephone: 610/566-6516
Fax: 610/566-8313
Website: www.touchstonepartners.com

November 14, 2002

Mr. Howard L. Moon, Jr.
6 South Merriment Drive
Newark, Delaware 19702

Dear Mr. Moon:

On behalf of the Delaware River and Bay Authority, I would like to thank you for submitting your resume for consideration for the Chief Operations Officer position. Your service to the Authority is sincerely appreciated as is your desire to be part of the new DRBA.

Touchstone's role in the selection of people to interview for these key positions was to ensure that a fair and impartial process was used to identify potential candidates. We received over 125 responses for each position and we used a set of objective criteria to identify candidates who best fit the current needs of the Delaware River and Bay Authority. Unfortunately, at this time, your background and experience do not ideally fit the unique needs of the Authority for the Chief Operations Officer position.

This next year will be a time of significant progress and change at the DRBA and it will be appreciated if it can count on your continued efforts and support. It is possible that other career opportunities may arise and I hope that you will consider them as you pursue your career goals.

The years ahead will be full of exciting challenges and opportunities and I would like to offer my sincere best wishes as you plan and pursue your career.

Sincerely,

Edward L. Lange
President and Managing Partner

Copy: James T. Johnson, P.E.
       Executive Director

D1247

A16

**Johnson, James**

**From:**   Skip Lange [SLange@touchstonepartners.com]
**Sent:**   Wednesday, October 30, 2002 3:13 PM
**To:**     James T. Johnson Jr. P. E. (E-mail)
**Subject:** Follow-Up

Hi Jim:

It was good to talk with you and to get caught up.  Here are the names of the internal candidates who did not reach our "band numbers":

| Name | Job | Band Score |
|------|-----|------------|
| COO | | |
| Coles, Alexander | Opns. specialist | 7 |
| Larotonna, Joseph | Controller | 5 |
| Long, Leo | Benefits administrator | 6 |
| Moon, Howard | Reservations administrator | 6 |
| Stanton, Michael | Dir. Technical Opns. | 5 |
| CHRO | | |
| Allen, Mark | Ordinary Seaman CMLF | 3 |
| Butcher, Deborah | Communications specialist | 3 |

Attached are the criteria we used to band candidates (Resume Evaluation Checklist) and the interview guide and evaluation forms for the first round of interviews.  Please let me know if you need anything else.

All the best,

Skip
Skip Lange
President and Managing Principal
The Touchstone Partnership, Ltd.
300 W. State Street, Suite 106
Media, PA 19063
(610)566-6516 x101 Voice
(610)566-8313 Fax

D1246

12/9/2002

A17

February 12, 2003

James H. Walls
48 Handy Road
Levittown, PA 19056

James T. Johnson, Jr., P.E.
Executive Director
Delaware River and Bay Authority
Post Office Box 71
New Castle, Delaware 19720
FAX: (302) 571- 6305

Re:    Chief Operating Officer Position

Dear Mr. Johnson:

I received a faxed copy of your formal offer of employment for the Chief
Operating Officer position, dated February 12, 2003. It is an honor to be the
selected candidate for this role.

I am pleased to accept your offer to join The Delaware River and Bay Authority
as Chief Operating Officer.

While our challenge to reorganize the Authority to improve accountability and
performance is significant, I have no doubt that the leadership team you have
assembled will achieve outstanding and long-lasting results. I look forward to
working with you to write the next chapter in the DRBA success story.

Sincerely,

James H. Walls

A18



## THE DELAWARE RIVER AND BAY AUTHORITY

Post Office Box 71
New Castle, DE 19720
302.571.6438
Fax: 302.571.6420

DELAWARE MEMORIAL BRIDGE
AIRPORTS DIVISION

CAPE MAY - LEWES FERRY
THREE FORTS FERRY OPERATION

DEPARTMENT OF HUMAN RESOURCES

# Director-Ferry Operations

*Location:*  **Cape May, NJ**

*Salary:* **$82,492  - $103,116 (Grade F)**
*(Minimum)*     *(Midpoint)*

**Opening Date: October 7, 2003**          **Closing Date: November 21, 2003**

**I        NATURE OF WORK**

This position reports to the Chief Operations Officer and directs the development, planning, operation, and administration of the Delaware River and Bay Authority's (DRBA's) Cape May-Lewes Ferry system and the Three Forts Crossing. The position provides leadership and direction of ferry operations in strict compliance with U.S. Coast Guard (USCG) regulations and other government laws and regulations to ensure a safe operating environment for employees and the public. Represents the Authority in ferry affairs and acts as liaison with government agencies and industry contacts to market the ferry system and to improve service. Directs operations, vessel maintenance, and administrative staff in support of ferry activities.

**II        ROUTINE ACTIVITIES**

- Directs CMLF and Three Forts ferry activities, including marine operations, customer service, vessel maintenance, and terminal operations.
- Serves as the ferry industry domain expert for the DRBA
- Works with organized labor
- Oversees the development and management of new programs, productivity standards, operating procedures, security plans, and strategic business plans
- Supports the Deputy Executive Director in the development and implementation of ferry marketing plans
- Interfaces with regulatory agencies on operational and facilities issues
- Ensures compliance of ferry operations with USCG and other regulatory agencies

♻ Printed on Recycled Paper

P 1281

A19

- Acts as the Authority's liaison with the American Bureau of Shipping
- Prepares, coordinates, and manages $15-20 million annual operating budget
- Provides technical and business input on five-year Capital Plan; responsible for execution
- Represents the Authority on committees, boards, and working groups for the development of policies related to the ferry community and industry
- Manages the CMLF and the Three Forts workforce

## III     REQUIRED KNOWLEDGE

- Effective leadership and management theories, principles, and practices and how to best apply them to ensure optimal effectiveness
- Ferry and maritime business procedures and practices
- Management principles and practices of ferry and maritime operations, safety, and maintenance
- State and federal laws, regulation, and certification requirements applying to ferry and maritime operations, maintenance, environment, safety, and security
- Operation and maintenance of ferry vessels, facilities, and equipment
- Financial practices related to ferry transportation systems

## IV     REQUIRED ABILITIES

- Lead and manage a diverse workforce in a complex operating environment
- Identify, develop, and implement strategic and tactical plans and solutions
- Create and sustain a positive work environment that enables staff to achieve their priorities
- Attract, develop, and retain capable and committed staff who are dedicated to the success of the Authority
- Establish and maintain effective working relationships with internal and external contacts
- Communicate effectively, verbally and in writing

## V     MINIMUM QUALIFICATIONS

- Bachelor's degree in Business or Marine Sciences, or equivalent work experience
- Five years of managerial experience in marine transportation operations, including transportation of vehicles and/or passengers

## VI     LICENSES, REGISTRATIONS, AND/OR CERTIFICATES

- Possession of a valid driver's license is required
- USCG Chief Engineers or Masters license for vessels of the size used in CMLF operations and valid U.S. Merchant Mariners Document preferred.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Present employees who are interested must contact the Human Resources office
NO LATER than 4:00 p.m., Friday, November 21, 2003.

Linda H. Murphy
Director of Human Resources

# HAROLD C. NILSEN

5810 Oxford Place
New Orleans, LA 70131
Ph: (504) 392-0519
Email: Nilsenfam@earthlink.net

## MANAGEMENT EXPERIENCE

| 1995-Present | **Canal Barge Company, Inc.** New Orleans, LA |
|---|---|
| | Position: **Director**, Marine Operations |
| | Salary: $85K per year (plus 30% bonus potential) |

**Administrative and Operational Management** - Serving as **Marine Manager** for a Fortune 500 Company. Directly responsible for the **Contract** Administration, **Management** and **Operation** of a varied Fleet of Inland and Offshore Vessels. Duties include; Contract **Negotiation**, Administration and Compliance, Regulatory and **Customer** Interface, Strategic Planning and Coordination of **Logistics**. Responsible for **Marine Labor** force management, including establishing and administering **hiring practices**, work rules and **wage/benefits** packages.

**Financial Management** - Direct **Profit & Loss** Responsibility for Marine Transportation Services Contract. Responsible for **Developing** and **Implementing** Multi-Million dollar **Operating Budgets**, including Analyzing, Reporting and Improving Vessel's Budgetary **Performance**. Implemented detailed, fully justified Budget Proposals using integrated PC modeling. Achieved measurable reductions in vessel operating costs each year since 1995, while improving utilization and maintaining **Operational Excellence**. In 2000, performed analysis, presented proposal and implemented plan which resulted in increased utilization of vessel capacity, with a reduction in overall transportation costs of **$680K** per year.

**Project Management** - Oversees Port Engineering and Operational staff in all matters relating to vessel M&R evolutions including; **Drydockings** and **Shipyard** periods, engine overhauls and repairs. Consistently achieves below-budget, ahead-of-schedule performance. Revamped Barge and OSV Maintenance Programs in compliance with Quality Management System. Created and instituted Crew Rotation Program, which increased Personnel Productivity & Crew Retention and decreased Claims. Serving as **Qualified Individual** (QI) for Vessels under Contract.

| 1999-2000 | **Seaport Maritime II, LLC** |
|---|---|
| | Position: **Principle** |

**Formed own company** to successfully respond to **Woods Hole, Martha's Vineyard and Nantucket Steamship Authority** Request For Proposals for Freight Vessel Transportation Service to the Islands of Nantucket and Martha's Vineyard from New Bedford. Seaport II's **Superior Proposal** made it successfully to the final "Short List", ultimately coming in 2nd to a larger, more established organization.

As a result of the many months of intense research and preparation effort that went into Seaport II's Proposal, became essentially a "student" of the Ferry business, a passion that has continued to the present day.

D 0360

A22

Have gained first-hand experience to the many challenges which can face a Ferry System including; a complicated and fragmented union marine labor force, coping with the demands of a seasonal operating schedule as well as satisfying the needs of a diverse Board of Directors, each representing a diverse constituency with sometimes common and oftentimes conflicting interests.

| | |
|---|---|
| 1995 | **Technical Maritime Associates, Inc.** Metairie, LA |
| | Position: **Marine Surveyor** |
| | Salary: $60K per year (plus bonus) |

**Field Management** - Successfully represented Vessel Owner's **P&I Club** interests and performed all types of **Marine Surveys** and generated detailed Reports on matters relating to Marine Casualties, On/Off-Hire, Cargo Loadings, Discharges and Claims, Draft, Deadweight, Vessel Pre-Purchase and Condition Surveys. Proven record of **savings to Owners** in claims collections and reduced P&I exposure.

| | |
|---|---|
| 1987-1995 | **Pacific-Gulf Marine Inc.**, New Orleans, LA |
| | Position: **Port Captain** |
| | Salary: $65K per year (plus bonus) |

**Operational Management** - Responsible for the overall **Management** and **Operation** of a varied Fleet of U.S. Flag Deep Sea Vessels. Duties included; Planning and Coordination of **Logistics, Personnel** Management and Scheduling, Union Labor Contract **Administration,** Commercial and Government Bid Preparation, Vessel **Husbanding** and Agency.

**Financial Management** - Responsible for **Developing** and **Implementing** Multi-Million dollar **Operating Budgets,** including Analyzing, Reporting and Improving Vessel's Budgetary **Performance.** Consistently achieved or surpassed budgetary goals, while maintaining the Fleet to the highest standards of Safety, Seaworthiness and Mission Capability.

**Project Management** - Company designated **OPA'90 Compliance Officer** and **Qualified Individual** (QI). Responsible for overseeing Voyage Repairs, Preventive Maintenance, Vessel Classification and **Regulatory Compliance.** Spearheaded production of Company **SOPEP,** obtaining USCG Approval on initial submittal and ahead of schedule. Served as Vessel Owner's Representative in Foreign Ports, expediting vessel discharges, resulting in significantly reduced port time/discharge costs and increased Voyage Profitability.

| | |
|---|---|
| 1987 | **Caleb Brett, USA Inc.** Miami, FL |
| | Position: **Port Captain,** Maritime Technical Division |

**Field Management** - Responsible for **Tanker Safety,** Inspection, Cargo **Expediting,** Quality/Quantity **Control** and Measurement of Crude Oil Products during Ship/Shore Transfer Operations in the Bahamas and South Florida.

D 0361

## SAILING EXPERIENCE

1979-1987          **American Maritime Officer's Association**, Brooklyn, NY
                   Position: Ship's Officer - **Unlimited Master (Oceans)**

Served in Positions of **Progressive** Rank/Responsibility on numerous Types and Sizes of **Tankers** carrying all varieties of **Petroleum Products**; VLCC-ANS Crude, Handy-Size Black Oil Tankers, Multi-Product Clean Parcel Tankers, Petro-Chemical "Drugstore" Tankers, ultimately achieving the rank of **Unlimited Master (Oceans)**.

## EDUCATION

B.S. Nautical Science      **U. S. Merchant Marine Academy**, Kings Point, NY, June 1979
Computer Curriculum        Delgado College, New Orleans, LA, Fall 1990
Petroleum Curriculum       Naval Education and Training, 1984

## CERTIFICATES

U.S. Coast Guard           **Master**, Steam and Motor Vessels, **Unlimited** Tonnage, Oceans
OCIMF Inspector            Chevron/Texaco & ConocoPhillips Approved **OCIMF** Vetting Inspector
STCW-95                    Texas A&M, Galveston TX and Delgado College, New Orleans, LA 2001-2
                           Fully STCW Certified, including Dangerous Liquid (PIC), ARPA and GMDSS
U.S. Naval Reserve         Lieutenant, (USNR-Retired)

## ORGANIZATIONS

                           Kings Point Alumni Association – **Vice President** - New Orleans Chapter
                           Propeller Club of the United States - New Orleans Chapter
                           Offshore Mariners Service Association - Member
                           Mississippi Valley Trade and Transport Council - Member

**D 0362**

A24

# HAROLD C. NILSEN

5810 Oxford Place
New Orleans, LA 70131
Ph: (504) 392-0519
Email: Nilsenfam@earthlink.net

## Reference List

Todd B. Johnson – CEO
Pacific Gulf Marine, Inc.
P.O. Box 6479
New Orleans, LA 70174
Ph: (504) 362-8121


Capt. Maurice J. Ryan – President
Seaport Maritime Associates, Inc.
16 Voisin Drive
Destrehan, LA 70047
Ph: (985) 764-2966


Dale M. Sirois - COO
Pacific Gulf Marine, Inc.
P.O. Box 6479
New Orleans, LA 70174
Ph: (504) 362-8121


Daniel. D. Smith – VP Operations
Pacific Gulf Marine, Inc.
P.O. Box 6479
New Orleans, LA 70174
Ph: (504) 362-8121


Ben Haveman – President
Technical Maritime Associates, Inc.
2908 Hessmer Avenue, Suite 1
Metairie, LA 70002
Ph: (504) 454-2323

D 0363

DRBA
HUMAN RESOURCES DEPT.

**Howard L. Moon Jr.**

Reservations Department Administrative Complex
Delaware River & Bay Authority P.O. Box 71
New Castle, Delaware 19720

Phone: 302-571-6406
Fax: 302-571-6367
E-mail: howard.moon@drba.net

2003 NOV 21  A 11: 33

| | |
|---|---|
| **Objective** | Executive level management position where my leadership, planning, financial administration and management expertise contribute to the efficiency and success of an organization |

**Education**

**Villanova University      Radnor, Pennsylvania           Completion  4/04**
**Executive Masters Business Administration           Commerce & Finance**

**University of Delaware     Newark, Delaware                    5/02**
**B.S. Business Administration – Cum Laude**
- Beta Gamma Sigma
- 2002 Alfred Dunn III Business Administration Award
- Golden Key Honor Society

**Executive
Certificate**

**Harvard University     Boston, Massachusetts                2/03**
**Driving Organizational Performance          JFK School of Government**

**Professional
Experience**

**Delaware River & Bay Authority                 New Castle, Delaware**
**Call Center Administrator 2/96 – Present**

**Duties, responsibilities and accomplishments include but not limited to:**

- Administering and maintaining Reservations Call Center and System
- Designing and developing business and strategic plans
- Analyzing and reporting financial, technology and economic trends
- Giving presentations before executive staff and board of commissioners
- Participating in Executive planning sessions
- Handling multi-dimensional management assignments
- Negotiating contracts, hiring and managing vendors
- Designed Reservations and EZ-Pass Call Center
- Led project management team in building new call centers
- Forecasting revenues, growth and performing cost/volume/profit analysis
- Preparing annual operating budget proposals and presenting to budget committee
- Creating vision, mission and employee statements
- Formulating written policies, procedures and SOP's

D 0017

A26

- Developing and writing job titles and descriptions
- Establishing performance metrics and writing performance criterion
- Recruiting and maintaining highly diverse workforce
- Hiring, laying off and re-assigning personnel as operational needs dictate and performance warrants
- Creating, developing and implementing powerful custom employee training and orientation programs
- Increased yearly revenue 246% (seven year period)
- Increased contribution margins 816% and net income 1000+%(seven year period)
- Increased profit margins from -.30 to 65% (seven year period)
- Achieved 85 – 90% excellent customer approval ratings on annual Cape May – Lewes Ferry surveys (five years consecutively)
- Represented DRBA and presented seminar at IQPC Conference in Atlanta, Georgia on Improving Quality through Employee Participation and Buy-In
- Provided recommendations to executive management and support staff for developing Affirmative Action Plan
- Created and implemented successful employee incentives program
- Formulated computer systems analysis reports and facilitated implementation of AFOS Reservations and Nortel Symposium systems
- Participated in the planning and implementation of new EZ-Pass Electronic Toll Collection System
- Developed and instituted call monitoring practices for quality assurances

**Delaware River & Bay Authority**　　　　　　**New Castle, Delaware**
**Toll Collector Delaware Memorial Bridge  11/92  – 1/96**


**Computer
Literacy**

**Skills include but not limited to:**

- Microsoft Word and Corel WordPerfect
- Microsoft Excel and PHStat2
- Microsoft Power-Point and Corel Presentations
- Database Management Software: Oracle and Microsoft Access
- **Specialized Software:** AFOS, BANI, KRONOS, MUNIS, Expert Choice,  iThink, Extend5LT, Nortel Networks Symposium, POM and SPSS

D 0018



**DELAWARE RIVER AND BAY AUTHORITY**
**EMPLOYEE APPLICANT FORM**

DRBA
HUMAN RESOURCES DEPT.
2003 NOV 21 ^ 11:33

**To be considered for job classifications currently being recruited for by the Authority, all information requested on this form must be completed.**

DATE _11/21/03_

NAME _Howard L. Moon Jr._

CURRENT
POSITION _Reservations Administrator_

POSITION
APPLYING FOR _Director of Ferry Operations_

**List all relevant experience and/or education that demonstrates that you meet the minimum qualifications and possess the knowledge, skills, and abilities required for the position being applied for (an additional page may be used if necessary). A recent resume may also be attached.**

_See Attached Resume_

_____

_____

_____

_____

_____

_____

_____

_____

_____

2003 NOV 21 P 2:30
DRBA
EXECUTIVE DEPARTMENT

D 0019

A28

# DELAWARE RIVER & BAY AUTHORITY
## PERSONNEL / PAYROLL ACTION FORM



*PLEASE CHECK APPROPRIATE ACTION*

| Promotion ☐ | Demotion ☐ | Lateral Transfer ☐ | Dept. Transfer ☐ | Disciplinary Action ☐ |
|---|---|---|---|---|
| Reclassification ☒ | Remove from Probation ☐ | Perm P/T ☐ | Perm F/T ☐ | Seasonal ☐  Casual ☐ |

Employee Name: _Howard Moon_     Employee #: **3377**

Employee Address: _____

City: _____    State: _____   Zip: _____

Social Security #: _____    Home Telephone #: _____

| CHANGE | OLD | NEW |
|---|---|---|
| Position Title | Ferry Reservations Adm | Ferry Reservations Mgr |
| Annual Salary | $52,275.— | $57,969.— |
| Hourly Rate | | |
| Status | | |
| Division | | |
| Location | | |
| Org Code | | |

| Date Requested: May 24, 2004 | Date Effective: May 16, 2004 |
|---|---|

**JUSTIFICATION FOR ACTION**

Comments: Hay Reclassification from Pay grade K to Pay grade J. Time in Job is 8.2 years ok code 9% 95% of pay grade J is $57,969.

**APPROVED**

| Manager/Supervisor _____ | Director of Human Resources _____ |
|---|---|
| Chief Operations Officer _____ 5/21/04 | Chief Human Resources Officer _____ |

* Upon approval notice of Personnel Payroll Action will be sent to the employee from Human Resources.

D2884

A29



# THE DELAWARE RIVER AND BAY AUTHORITY

Delaware Memorial Bridge
Post Office Box 71
New Castle, Delaware 19720
Tel.: (302) 571-6300
Fax: (302) 571-6367

Cape May-Lewes Ferry
Post Office Box 827
North Cape May, New Jersey 08204
Tel.: (609) 889-7200
Fax: (609) 886-1021

## Superintendent – Toll Operations

**Location:** New Castle, DE

**Salary: $78,884 (Grade G)**

**Opening Date: June 1, 2004**      **Closing Date: June 15, 2004**

## I.    NATURE OF WORK:

The Superintendent – Toll Operations is the senior-level manager in the Delaware Memorial Bridge (DMB) Toll Operations department and reports directly to the Chief Operations Officer. The Superintendent has overall responsibility for the 24x7-toll collection operation and the E-Z Pass Customer Service Center at the Delaware Memorial Bridge. The Superintendent is responsible for the leadership and management of approximately 115 employees. The Superintendent promotes high quality customer service and ensures resolution of all customer-related issues. The Superintendent is responsible for the preparation and management implementation of a multi-million dollar operating budget. The Superintendent serves as the Authority's representative at the E-Z Pass Interagency Group, the ad hoc governing body of the 21-member consortium of toll agencies throughout the Northeast and Mid-Atlantic regions. The Superintendent is on-call on a 24x7 basis.

### Essential Duties and Responsibilities

- Directs toll operations and E-Z Pass Customer Service Center operations for the Authority
- Management of personnel, which includes work allocation, training, and problem resolution; evaluates performance and makes recommendations for personnel actions; motivates employees to achieve peak productivity and performance
- Develops and executes annual and monthly business plans
- Interfaces with regulatory and governmental agencies, vendors, contractors, toll industry organizations, and customers on matters related to toll operations
- Participates in development, implementation of policies, objectives, short-and long-range planning; develops and implements projects and programs to assist in accomplishment of established goals
- Maintains detailed records of bridge traffic and provides reliable revenue estimates for the development of the Authority's annual operating budget

D714

**II.    REQUIRED KNOWLEDGE, SKILLS AND ABILITIES:**

- Ability to supervise, motivate, lead, and develop staff, including organizing, prioritizing, and scheduling work assignments in a complex operating environment
- Knowledge of sound management principles, practices, and procedures
- Knowledge of business and financial practices related to vehicle toll collection and customer service center operations
- Knowledge of relevant regulations, protocols, and procedures and how they relate to the DMB Toll Operations mission
- Ability to identify, develop, and implement strategic and tactical plans and solutions
- Ability to establish and maintain effective working relationships with internal and external contacts
- Working knowledge of the E-Z Pass toll operations system
- Excellent personal computer, analytical, and customer service skills
- Excellent verbal, written, and presentation skills

**III.    MINIMUM QUALIFICATIONS:**

- A minimum of five (5) years of managerial experience in transportation, toll operations, or related field, including direct supervision of personnel
- Bachelor's Degree in public administration, business, or related field, or equivalent experience
- Three (3) years of budget development and management experience

**Preferred**

- Experience in manual and electronic toll collection operations
- Participation in the E-Z Pass Interagency Group committee activities.

**IV.    LICENSES, REGISTRATIONS AND CERTIFICATES**

- Valid Drive's license

*************************

**Present employees who are interested must contact the Human Resources office NO LATER than 4:00 p.m. Tuesday, June 15, 2004.**

Trudy Spence-Parker
Chief Human Resources Officer

D715

A31

**Superintendent – Toll Operations**
**Full-Time**
**Interview Schedule**
**Monday, August 30, 2004**
**9:00 AM –12:00 PM**

Attendee(s):  Consuella Petty-Judkins
Gerry DiNicola Owens
P. J. Wilkins
James Walls — *Notes*

| Section | Candidate | Interview by Phone or In Person | Position | Time | Location | Score | Score | Score |
|---|---|---|---|---|---|---|---|---|
| 1 | Richard Frasetto | In Person | Superintendent Toll Operations | 9:00 AM | New Upper | 3 | N/9 | |
| 2 | Joseph DeSantis | In Person | Superintendent Toll Operations | 10:00 AM | New Upper | 5.5 | N/9 | |
| 3 | Howard Moon | In Person | Superintendent Toll Operations | 11:00 AM | New Upper | 3 | N/9 | |
| 4 | John Hickey | In Person | Superintendent Toll Operations | 12:00 PM | New Upper | 5 | N/9 | |

*  7 = qualified

|  | JIM | PJ | CRAY | CONSUELLA |
|---|---|---|---|---|
| FRASETTO | 3 | 4 | 4 | 3 |
| DESANTIS | 5.5 | 6 | 6 | 4 |
| MOON | 3 | 3 | 3 | 3 |
| HICKEY | 5 | 5 | 5 | 4 |

D733

## Delaware River and Bay Authority Selection Support
## Interview Questions

**Candidate Name:** _Moon_          **Date:** _8-30-04_

**Position:** <u>Superintendent of Toll Operations</u>

**Interviewed By:** _____          **Score:** _____

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

<u>**Interview Questions:**</u>

1.    **What would you spend your first 30 days on the job & what are the key things that you will be looking for?**

- MEET WITH COO FOR EXPECTATIONS
- "    "   GOALS, ISSUES & PRIORITIES FOR TRANSITION
- TOTAL TOLL DEPT. ASSESSMENT, NJ & BOSTON
- SAFETY ASSESSMENT, SECURITY ASSESSMENT, THEFT.
- PERSONNEL ASSESSMENT - TIME & ATTENDANCE - SKILL SET.
- FACILITIES ASSESSMENT, BUDGET ANALYSIS ANALYSIS.
- LOOK FOR SUCCESS DRIVEN / TRENDS / PATTERNS.
- MEET W/POLICE FOR ISSUES
- 1 on 1 EMPLOYEES W/DEPT. - ALL 114 EMPLOYEES
- SITE VISITS, DELDOT, MDOT, PORT AUTHORITY

- BTA CONFERENCE
- THEN COME BACK TO COO
  - 1-3-5-10 YEAR STRATEGIC PLAN
- LEADERSHIP DEVELOPED
- ACTION PLAN TO IMPLEMENT

2.    **How would you describe your management style and how would others describe you give examples?**

- SELF: ① HANDS-ON, VERY STRATEGIC, INTERACTION WITH EMPLOYEES, THEIR PEOPLE WHERE THEY DON'T THINK THEY CAN SO, VERY OPEN TO CHANGE. LEADERSHIP IS ONGOING DEVELOPMENT

OTHERS: AVAILABLE FOR GUIDANCE, TRUST, INTEGRITY, HONEST, WILLING TO LEAD BY EXAMPLE, CAN BE COUNTED-ON

→ MANAGE: 35-40 EMPLOYEES, SEASONALLY

D755

A33

3.      Have you ever had to champion an unpopular change & how did you handle it?

— REDUCTION IN STAFF FROM 6 TO 2 PERMANENT EMPLOYEES.



— WOULD CHAMPION CHANGE:
        — SENSE OF URGENCY,

4.      Please describe any experience in <u>operating and managing electronic toll collection systems</u>, as well as any experience in <u>managing revenue reciprocity arrangements between agencies.</u>

— No HANDS-ON EXPERIENCE IN OPERATING + MANAGING, EITHER PROCESS.
        KEPT UP WITH
— CLAIMED KNOWLEDGE IN THESE AREAS.

— REVENUE RECIPROSIES BETWEEN AGENCIES.
        └→ I.E. DRBA + MTA → 7 + 30 RMT→

5.      Please describe your experience in preparing and managing operating budgets.

— 9 YEARS AT THE DRBA. IN DOING SO.

—

6.    **Please describe your knowledge of, or experience with, credit card equity issues.**

— NOT AWARE OF ISSUES

— ASSUMED THAT ITS INVOLVED WITH RATE ISSUES + FEES DETERMINE ISSUES.

7.    **Do you have experience managing 24/7 facilities, and if so, please describe.**

— No
— BUT JOB HAS BEEN RESPONSIBLE FOR 24/07 ON CALL.

8.    **Please describe any experience you may have with Violations Processing systems, collection activities, and coordination with law enforcement agencies.**

— AWARE OF COLLECTION + ENFORCEMENT OF VIOLATIONS.

— EXPERIENCE IN COLLECTIONS IN CUST. SVC CALLS COMMERCIAL ACCOUNTS
        — ① CUSTOMER DIED
          ② GRAND UNION TOURS — COLLECTED $6-7,000, IN ARREARS.

— No EXPERIENCE IN VIOLATIONS PROCESSING OR COORDINATION WITH

3

D757

A35

9.  The successful candidate for this position will represent the Authority in multi-state organizations. Please tell us your <u>experience in analyzing complex problems</u>, formulating an opinion based on your agency's needs, articulating your position to senior management, and building consensus among outside agencies.

— EXPERIENCE : — NO GOOD EXAMPLES OF EXPERIENCE

ANALYSIS — FINANCIAL ANALYSIS & TECHNICAL ANALYSIS FOR RESERVATION START-UP.
— STRONG IN LOOKING AT NUMBERS, GOOD AT EXCEL

BUILD — BROAD BASE OF SKILLS TO BUILD CONSENSUS WITH AGENCIES

— HIGH DEGREE OF EMOTIONAL INTELLIGENCE, TAP INTO MY MINDS, THINK BEFORE
ACTING, EMPATHY, SOCIAL SKILLS.
— EXECUTIVE MBA PROGRAM; PROJECTS IN PROGRAM — WORKED WITH HIGH-LEVEL STUDENTS
— EXPERIENCE IN RECENORD DATA FOR RESERVATIONS BUSINESS CASE.

10.  The <u>reconciliation of traffic to revenue</u> is an important process in any toll organization. Please tell us about any <u>experience you have in this area.</u>

— SIMILARITIES BETWEEN FERRY TOLLS & BRIDGE TOLLS, FAMILIAR WITH
WHAT'S INVOLVED — ALSO HAS EXPERIENCE AS A TOLL COLLECTOR

— MENTIONED DAWN HERMAN AS THE RECONCILIATION OF GULF TOLLS.

11.  Please describe any experience you may have <u>regarding money-handling operations</u> and the protection of facility revenues.

— 3 YEARS EXPERIENCE AS A TOLL COLLECTOR.

— INVOICING + HANDLING OF CREDIT CARD TRANSACTIONS

→

12.  Individual and organizational accountability will be essential to the DRBA's success.
     How do you motivate employees and hold them accountable for what they do?

— Don't believe you can motivate employees; they motivate themselves.
— Set the environment.
— Create expectations, good listener, and challenge them.
— Set up reward/recognition systems.
— "Perfect Day" — toll collector # perfect days in the DRBA
        ↳ Resolutions → Recognize

13.  What are the critical factors for success in this position?

— Biggest: Build & restore trust
— Break down barriers
— Engage employees, form committees — employee recognition.
— Strong foundation in organizational knowledge.
— Understands bigger picture and organization, top to bottom.
— Relationship building
— Must be very good at collaboration & must be a team-player.

14.  What questions can we answer for you?

— 1st 30 days?
— Technology need?
        — Toll collection system.
        — Need better form of vehicle separation.

— 2nd generation of transponders.

— Possible manufacture of car manufacturer of onboard toll transponder

— Diversity issues to address.

# Believe has potential to do enormous things, although no experience in toll again

D759

A37

## Delaware River and Bay Authority Selection Support
## Interview Questions

**Candidate Name:** _Howard_    **Date:** _Aug 30, 04_

**Position:** __Superintendent of Toll Operations__

**Interviewed By:** _____    **Score:** _____

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

__Interview Questions:__

1.  **What would you spend your first 30 days on the job & what are the key things that you will be looking for?** *Meet w/ him get expectations, meet w/ Gary to determine pressing issue, Learn all of bills, operating safety attempts, any potential threats, what is security pymt - theft, what personnel effort, attendance and skill set, Learn well being of equipment, thruy budget analysis. Drivers of success & failures, Meet w/ Dir. of Maintenance ; Price for order, would meet w/ every single employee - would do right visits, at other locations. Shake ??? Get w/ him follow up ????. on where we want to be in 30 days life or how ??? ???*

    *on activities getting employees involved needed* (margin note)

2.  **How would you describe your management style and how would others describe you give examples?** *Hands on very strategic, likes to get employees involved and motivate them into where they want to go — Direction, guidance, honest, person willing to lead by example 25 - 35 full/part time employees. Open to change; other people's objectives*

    *REALLY did not answer kinda danced around*

    *Not very thorough - Not clear what management style is*

2. (page number bottom)    1

3.    **Have you ever had to champion an unpopular change & how did you handle it?**

*[handwritten]* Have to give people a chance and a opportunity to change. explained of permanent employee went to temporary due to privatize and

Did not describe or have really any examples

*[handwritten: 2/N]*

4.    **Please describe any experience in operating and managing electronic toll collection systems, as well as any experience in managing revenue reciprocity arrangements between agencies.**

*[handwritten]* Does not have hands on experience of toll collection system. Followed process of setup, technology ABE, toll agency group, the consumer that process, back office work of a ESP. Home land security and how they look at our truck. — Our agreements between agencies Fee & Revenue — gave example of MBT & DERA.

Mentioned Pri parity issues w/ uniformity - example of technology that what is that, could not even explain?

referred to Corny to answer definition

*[handwritten: 2/N]*

5.    **Please describe your experience in preparing and managing operating budgets.**

*[handwritten]* 9 yrs experience w/ managing budget — Drafts & prepared Budget for Reservations — Did not define exactly what he did or cost of budget, this yr or past Left out a great deal of details out of answer Did not even tell us Abeller manager made crack about Boad cutting by 10% but said Nothing exact

*[handwritten: 2/N    poor answer]*

2

6.    Please describe your knowledge of, or experience with, credit card equity issues.

Can't pindout answers, beleeves it has to do w/
Rebes, receipts American Express & Rate fees.
Associated w/ DRBA. Not very famaleir with.

No clue

7.    Do you have experience managing 24/7 facilities, and if so, please describe.

No experience w/ menegying a 24/7 feerty. but
is cwtolable to fix problem. very Independent.
worker- Knows what involved but no Real
Experence. Gave no examples of what DC
needed to Run that type of opratron

8.    Please describe any experience you may have with Violations Processing systems,
       collection activities, and coordination with law enforcement agencies.

Polvin Handles out Violatrow- Laws permitts us
to charge 25 processing fee. Any Experence w/
Cellectrons accounts- w/ Reservatrons are hand
by agency. Example- Wayne tows cnwer $3,000
and Grand tolls- was no rea's, provides Document
and proof of delg..

Had general idea but appeared to be pretty
Not sure hire   no procen

9. **The successful candidate for this position will represent the Authority in multi-state organizations. Please tell us your experience in analyzing complex problems, formulating an opinion based on your agency's needs, articulating your position to senior management, and building consensus among outside agencies.** Involved

*Didn't mention any of the 4 TMS or E2 part though touched on 1) but did w/ last 2 bullets*

financial analysis, system analysis. Familiar w/ focus financial statements, Has high degree of emotional maturity self regulation, speak before security, A lot of project through executive level program from schooling.

Bridge Port – Received data from outside agency to do report for toin walls, Reservations systems Represent authority at ~~code~~ Court Case, Boards on hearing at Authority. — *what is that*

*Mentioned emotional intelligence — Describes as why common sense*

10. **The reconciliation of traffic to revenue is an important process in any toll organization. Please tell us about any experience you have in this area.**

Funny Reconciliation Reconciled w/ process w/ money & Revenue. Has show perfect has the would identify any shortages or losses w/ mon Again did not define skills or process

*2*

11. **Please describe any experience you may have regarding money-handling operations and the protection of facility revenues.** Toll collection for 3 yrs.

Responsible for Revenues but in a different way deals w/ checks & credit cards, Interview personnel boats toys, Keep track of Records. Make sure that they charged correctly. Would handle any issues.

*No experience, clearly Has never performed relief on staff.*

*4*

D784

A41

**12.** Individual and organizational accountability will be essential to the DRBA's success. How do you motivate employees and hold them accountable for what they do?

Can't motivate people but you can inspire & set environmental so that people can motivate themselves. Have to challenge people. Have to set up rewards system. Implement perfect system. Ferry Reservations - similar to toll department.

Did not discuss how he would hold people accountable

**13.** What are the critical factors for success in this position?

Build, Restore & maintain structure, keeping lines of communications open, for employees to appear to be heard, would like for a committees, example safety community, should have organizational knowledge.

Gave general answers no real definitive answers. Very general answers no concrete definitive factors Just rambling

**14.** What questions can we answer for you?

What do you want or what are you looking for w/in first 30 days.

What are some of technology things DES would like to implement.

How long - 2nd generation of transponder system. What is reality of transponder-E-Z pass systems on Cars?

What is diversity or education would you be expecting from management.

Had questions for all of panel. Some totally unrelated. appeared to just be a thing questions for the sake of asking. Had not enough experience or knowledge to perform bulk of job. Very poor 5

D785

A42

**Delaware River and Bay Authority Selection Support
Interview Questions**

Candidate Name: _Howard Moon_    Date: _8/30/04_

Position: **Superintendent of Toll Operations**

Interviewed By: _PJ Wilkins._    Score: _____

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

**Interview Questions:**

1.  **What would you spend your first 30 days on the job & what are the key things that you will be looking for?**

    *far too ambitious*

    - meet with Boss / learn expectations
    - meet with Gerri, what are issues priorities
    - total assessment top to bottom, policies procedures
    - safety assessments
    - security, theft
    - total personal assessment, time attendance
    - facility assessment, equipment
    - Budget analysis
    - what are drivers of success, failures
    - meet with other section Bosses
    - One on one with every employee    (5-7 days)

    *Site visits
    DelDOT
    NCB
    DRPA
    MD
    IBTTA conf.*

2.  **How would you describe your management style and how would others describe you give examples?**

    - hands on, very strategic, weigh possibilities
    - very big on leadership & vision
    - my group looks to me for guidance
        - Trust & integrity, lead by example

    - 35-40 employers responsible for.
    - open to change.

D813

A43

3.    Have you ever had to champion an unpopular change & how did you handle it?

- Keep open mind, don't resist change.
- Reduced staff
- Create sense of urgency
- Reward behavior condusive to change.

4.    Please describe any experience in operating and managing electronic toll collection systems, as well as any experience in managing revenue reciprocity arrangements between agencies.

No experience on

- No hands on experience
- has knowledge of technology, IAG,
- has knowlege of problems, ITS
? _____ "proprietary issues with uniformity"

Knows some about reciprouts

5.    Please describe your experience in preparing and managing operating budgets.

close to 9 years at DRBA doing budgets.

D814

A44

6.    Please describe your knowledge of, or experience with, credit card equity issues.

_ Doesn't Know anything about this

*No answer*

7.    Do you have experience managing 24/7 facilities, and if so, please describe.

No experience managing 24/7 ops.

*No*

8.    Please describe any experience you may have with Violations Processing systems, collection activities, and coordination with law enforcement agencies.

_ Knows about $25 admin fee

only experience is in collecting past due accounts for commercial customers.

3

**D815**

A45

9. The successful candidate for this position will represent the Authority in multi-state organizations. Please tell us your experience in analyzing complex problems, formulating an opinion based on your agency's needs, articulating your position to senior management, and building consensus among outside agencies.

- Very familiar with forcasting, financial statements excel, formulas. "Broad base of skills will facilitate collaboration.

- "high degree of emotional intelligence"
- "able to tap into my moods."
- "going beyond money and status."

10. The reconciliation of traffic to revenue is an important process in any toll organization. Please tell us about any experience you have in this area.

- familiar with what is involved. Knows the person doing it.

11. Please describe any experience you may have regarding money-handling operations and the protection of facility revenues.

Was toll collector for 3 years.
- count out money.
- now deals with checks / credit cards.

D816

4

A46

12.    Individual and organizational accountability will be essential to the DRBA's success.
       How do you motivate employees and hold them accountable for what they do?

    — Can't motivate people, just influence environment.
    — be very clear in expectations
    — need to challenge them.
    — need recognition/rewards systems.

13.    What are the critical factors for success in this position?

    — Build restore and maintain trust
    — break down barriers
    — Be there.
    — be very good at managing what you don't control.

14.    What questions can we answer for you?

D817

A47

## Delaware River and Bay Authority Selection Support
## Interview Questions

Candidate Name: _Howard Moon_    Date: _8/30/04_

Position: __Superintendent of Toll Operations__

Interviewed By: _G. D. Owens_    Score: _3_

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

__Interview Questions:__  * Totally unrealistic response - Score - 2

1.  **What would you spend your first 30 days on the job & what are the key things that you will be looking for?**

- Meet with COO - Find out what essential - Detailed Assessm
- Meet with Acting Toll Superintendent     of Budget
- Total Assessment of Department - Drivers of Success
        Policies, Workflow
- Safety Assessment         - Meet with Director-
- Look at Security          Eng & Maint / COI McCannan
- Total Personnel Assessment    Tod Miller
  Thorough Facility Assessment
                            - Meet with all the staff

Meet with COO again do Action Plan - Meet with ED

2.  **How would you describe your management style and how would others describe you give examples?**

- Hands on Management Style       Very Open to Change -
- Very Strategic                  Embrace Solution to Change
- Believe Interaction             Leadership is an ongoing developm

Good Leadership is taken a group of people where they want to go

His guys look to him for guidance, inspiration -

35 to 40 Employees

D849

1

A48

3.    Have you ever had to champion an unpopular change & how did you handle it?

Give things a chance - keep open mind

- Create a Sense of Urgency
- Reward Behavior

\* Did not respond to question - Score 1

4.    Please describe any experience in operating and managing electronic toll collection systems, as well as any experience in managing revenue reciprocity arrangements between agencies.

No hands on experience
- Trained on Vector
- Symposium - Integrate phone system

Mark IV
- Exposed to the technology
- Exposed to Interagency Sami?
- VES
- Un-toll Opportunities
- Open Road Tolling

Finding Ways to Work Smarter not Harder

\* Would have expected more on toll backogune - used buzz words did not display real experience
Score = 4

5.    Please describe your experience in preparing and managing operating budgets.

9 yrs managing budget at DEDOT
↳ prepare a budget
↳ do performance
↳ present budget

\* More than adequate exposure to budget - should have elaborated more on process - Score = 6

A49

6.  **Please describe your knowledge of, or experience with, credit card equity issues.**

Was familiar with the issue and context it had
with E-ZPass

\* No Knowledge - Score 1

7.  **Do you have experience managing 24/7 facilities, and if so, please describe.**

No experience
- Job is 24x7

Boss is 100 miles away

\* Response vague - stated no experience & then
stated job is 24x7 - Score - 2

8.  **Please describe any experience you may have with Violations Processing systems,
    collection activities, and coordination with law enforcement agencies.**

Knows legislation was passed for EZ[?]

Collection Activities with Commercial accounts

\* No real experience - did know about required legislation
& collection activities - Score - 3

3                                                                    **D851**

A50

9.   The successful candidate for this position will represent the Authority in multi-state organizations.  Please tell us your experience in analyzing complex problems, formulating an opinion based on your agency's needs, articulating your position to senior management, and building consensus among outside agencies.

*Have strong background through Villanova & UD's with Finances & Technology*

*High degree of Emotional Intelligence - Knowing Self*

*Social Skills*

*Executive Program - MBA - Broad Business Exposure*

*When doing Business Analysis dealt with other Ferry services*

*＊ Did not really answer question - gave educational background instead - Score = 3*

10.   The reconciliation of traffic to revenue is an important process in any toll organization.  Please tell us about any experience you have in this area.

*Familiar from Ferry side - Dawn Herman*

*Related Ferry as Toll Collector*

*＊ Should have elaborated on Ferry process rather than only mentioning the name of person who performs the function - Score = 3*

11.   Please describe any experience you may have regarding money-handling operations and the protection of facility revenues.

*Toll Collector for 3 years.*

*Ferry Side - Credit Cards, Checks, some money (cash)*

*Prior to DRBA - Security for family agencies*

*＊ Displayed no real experience - Score 3 only knowledge of payment types*

4

D852

A51

\* Good response - "Score = 5

**12.** **Individual and organizational accountability will be essential to the DRBA's success. How do you motivate employees and hold them accountable for what they do?**

Do not believe you can motive people - can set the environment
so they can motive themselves - Inspire them is one Engage
- Open Communication                    - Set up reward system +
- Clear on line direction
- Very Good training
- Have to challenge them

**13.** **What are the critical factors for success in this position?**

Build, Restore & Maintain Trust

Break down the Barriers that Impede Success

Engage People - Get them on Committee

Must have strong Transition in Leadership

Must be good at Managing what you don't control

\* Text Good response - Did not relate to job - Score 3

**14.** **What questions can we answer for you?**

Total Score = 43

Avg = 3.3

Assessment: Strong education background, but
did not relate it to position for which he was
interviewing. Would have been better if he
applied his current position experience as
a correlation to the toll position. Needs
to work on interview skills

5

D853

A52

DRBA
HUMAN RESOURCES DEPT.

2004 JUL 28  P 12: 41

# Assistant Director of Ferry Operations

### Location:   Cape May-Lewes Ferry

### Salary:  $78,883 (Grade G)

### Opening Date: July 19, 2004          Closing Date:     July 30, 2004

I.     **NATURE OF WORK:**

This position reports to the Director of Ferry Operations and is responsible for the supervision of the Ferry Business Management, Customer Service, and Reservations, coordination of training and compliance of the Marine workforce, as well as the overall responsibility for the operation and supervision of personnel for the Lewes Terminal.   This position is responsible for a large variety of operational leadership and management duties.   Work involves application of short and long term business planning and execution of the same.   This position exercises discretionary judgment and analysis.    Administrative oversight for departmental assigned personnel. This position oversees budgeting; monitoring, coordinating, preparing and implementing activities of assigned responsibilities. Also, develops and executes plans regarding capital equipment needs, employee training and safety, purchasing, and special projects.   In the absence of the Director of Ferry Operations, acts on his/her behalf.

**Essential Duties and Responsibilities**

*   Management of personnel, which includes work allocation, training, and problem resolution; evaluates performance and makes recommendations for personnel actions; motivates employees to achieve peak productivity and performance
*   Develops and executes annual and monthly business plans;
*   Interfaces with regulatory and government agencies, vendors, contractors, and customers on matters related to Ferry operations.
*   Develops and implements systems to maintain records on traffic, cost analysis, inventory activities.

D3677

A53

- Develops and executes training (mandated and career development) for all marine employees and ensures compliance with established policies, procedures, and regulations.
- Participates in development, implementation of policies, objectives, short-and long-range planning; develops and implements projects and programs to assist in accomplishment of established goals.

## II.    REQUIRED KNOWLEDGE, SKILLS AND ABILITIES:

- Knowledge of management principles and practices, procedures, and operations
- Knowledge of relevant regulations, protocols and procedures and how they relate to the Cape May-Lewes Ferry mission
- Knowledge of business and financial practices related to the operation of a transportation system.
- Must have a working knowledge of regulatory requirements related to a Marine transportation operation.
- Ability to supervise, motivate, lead, and train staff, including organizing, prioritizing, and scheduling work assignments in a complex operating environment
- Identify, develop, and implement strategic and tactical plans and solutions
- Establish and maintain effective working relationships with internal and external contacts.
- Ability to read, understand, follow and enforce safety procedures
- Communicate effectively, verbally and in writing

## III.    MINIMUM QUALIFICATIONS:

- A minimum of 5 years Managerial experience in, Marine Operations, or similar field, including direct supervision of personnel.
- Bachelor's Degree in Business, Public Administration, Marine Transportation, Nautical Science or equivalent managerial experience in transportation, including direct supervision of personnel
- Strong background in personnel management of multiple/simultaneous projects
- Three years of budget development and execution experience

## IV.    LICENSES, REGISTRATION, AND SPECIAL REQUIREMENTS:

- Must be available for duty as a first responder on a 24 x 7 basis
- A valid USCG Masters License is preferred
- Possession of a valid motor vehicle operators licenses

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Present employees who are interested must contact the Human Resources office
NO LATER than 4:00 p.m.  Friday, July  30, 2004.

_____
Trudy Spence-Parker
Chief Human Resources Officer

D3679

A55

1854 Corregidor St
Joliet, IL 60435

Phone: 815-577-2490
Fax:    801-650-1271
Email: heathkelli1@comcast.net
Cell:   815-341-2155

# Heath Gehrke

| | |
|---|---|
| **Objective** | Challenging management position in the maritime industry. |

**Experience**

December 2003 – Present    Inter-track Partners, LLC    Melrose Park, IL
**General Manager**
Overall in charge of simulcast pari-mutuel wagering facility generating handle of $19M
annually, with revenue from mutuel operations in excess of $1.8M annually.
Responsible for P&L in F&B, retail, marketing and program sales. Manage a staff of 5
managers and approximately 40 other staff. Project Manager for the construction of
new 12,000 sq. ft off-track betting facility.

January 2001 - June 2003    Empress Casino Joliet    Joliet, IL
**Facilities Operations Manager**
Overall in charge of division including Facilities, Marine Operations, Housekeeping,
and Wardrobe - and at various times, Retail, and Valet departments. Duties include
managing staff of up to 200 personnel; union negotiations; budgeting and financial
analysis; regulatory compliance; capital project development and completion,
maintenance, training, safety, and operations. Highlights of this position:
·    Reduced operating expenses in my division by $1 M in 2002 compared to prior
year.
·    Managed a $40 M casino construction project which required the coordination of
     multiple departments and outside contractors and detailed task scheduling /
     management.
·    Managed other capital projects including the construction of a 75-seat sports pub
     and a 25-seat coffee shop.

June 2000 - January 2001    Hornblower Marine Services    New Albany, IN
**Director of Marine Operations**
Responsible for hiring crew and delivery of vessel for start up of casino in Indiana.
Wrote manuals required by IMO High Speed Code for proposed ferry operations.
Watchstanding duties aboard HMS vessels as necessary.

November 1993 - June 2000    Empress Casino Joliet & Hammond    Joliet, IL
**Marine Operations Mgr. / Project Mgr. / Master**
As Manager of Marine Operations, overall in charge of Marine Department Duties
include hiring, firing, and managing staff of over 100 personnel; budgeting and
financial matters; regulatory compliance; maintenance, training, safety, and operations;
development of policies & procedures, contingency plans, and employee handbooks.
Other highlights:
·    Managed completion of 5-yr. underwater hull inspections for two vessels.
·    Managed total interior renovation of casinos.
·    Reduced dept. spending by $1.4 million out of a total budget of $5.6 million.
As Project Manager, I hired unlicensed crew, set up MMD and drug testing for casino
staff, created the vessel's fire and safety and emergency response plans, delivering
the vessel and other pre-opening activities

D675

A56

As Master and Chief Mate, I was responsible for vessel maneuvering, safety, training, maintenance, operations, and personnel matters.

**License**       Master, 3000 Gross Tons, Great Lakes and Inland. Third Mate of Ocean Vessels, Any Gross Tons.

**Certificates**  STCW 95, including GMDSS and Tankerman PIC; Shipyard Competent Person.

**Commission**    Lieutenant Commander, United States Naval Reserve.

**Education**     May 2003        Purdue University Calumet            Hammond, IN
                  **Master of Business Administration**

                  June 1992       United States Merchant Marine Academy   Kings Point, NY
                  **Bachelor of Science- Marine Transportation**

**D676**

A57

DRBA
HUMAN RESOURCES DEPT.

2004 JUL 28 P 12: 41

## DELAWARE RIVER AND BAY AUTHORITY
## EMPLOYEE APPLICANT FORM

To be considered for job classifications currently being recruited for by the Authority, all information requested on this form must be completed.

DATE _July 28, 2004_

NAME _Howard Moore_

CURRENT
POSITION _Reservations Administrator_

POSITION
APPLYING FOR _Asst. Director of Ferry Operations_

List all relevant experience and/or education that demonstrates that you meet the minimum qualifications and possess the knowledge, skills, and abilities required for the position being applied for (an additional page may be used if necessary). A recent resume may also be attached.

_See Attached Resume &_
_Employee Internal Transcripts_

D694

A58

DRBA
HUMAN RESOURCES DEPT.

**Howard L. Moon Jr.**

2004 JUL 28  P 12: 41

| | |
|---|---|
| Reservations Department Administrative Complex | Phone: 302-571-6406 |
| Delaware River & Bay Authority P.O. Box 71 | Fax: 302-571-6367 |
| New Castle, Delaware 19720 | E-mail: howard.moon@drba.net |

**Objective**          Senior level management position where my leadership, planning, financial administration and management expertise contribute to the efficiency and success of an organization

**Education**          **Villanova University      Radnor, Pennsylvania                    5/04**
**Masters Business Administration                 Executive Management**

**University of Delaware    Newark, Delaware           5/02**
**B.S. Business Administration – Cum Laude**
- Beta Gamma Sigma
- 2002 Alfred Dunn III Business Administration Award
- Golden Key Honor Society

**Executive**          **Harvard University      Boston, Massachusetts          2/03**
**Certificate**          **Driving Organizational Performance      JFK School of Government**

**Professional**       **Delaware River & Bay Authority          New Castle, Delaware**
**Experience**          **Reservations Administrator 2/96 – Present**

**Duties, responsibilities and accomplishments include but not limited to:**
- Directing and maintaining Reservations Operation and System
- Directing and managing workforce including work allocation, problem resolution, evaluating performance, handling personnel actions, and influencing employees to achieve peak productivity and performance
- Designing and developing business plans, strategic plans and business cases
- Performing industry travel, transportation, ferry, economic, marketing and technology research
- Analyzing and reporting financial, technology and economic trends
- Collaborating and communicating with Director of Marine Operations, Port Captains and Police regarding ferry vessels schedules, weather conditions, traffic and operational issues that affect operations, patrons and public
- Giving presentations before Executive Staff and Board of Commissioners
- Participating in DRBA Executive planning sessions
- Collaborating with Marketing, Advertising, Guest Relations, Police and Public Information Officer, regarding events, projects and ferry activities
- Participated in the planning and implementation of new EZ-Pass Electronic Toll Collection System
- Designed Reservations and EZ-Pass Call Center

**D695**

A59

- Monitoring and evaluating Reservations and EZ-Pass call performance metrics and service levels
- Forecasting revenues, growth and performing cost/volume/profit analysis
- Preparing annual operating budget proposals and presenting to budget committee
- Handling multi-dimensional management assignments
- Negotiating contracts, hiring and managing vendors
- Led project management team in building new call centers
- Creating vision, mission and employee statements
- Formulating written policies, procedures and departmental and ferry SOP's
- Developing and writing job titles and descriptions
- Establishing performance metrics and writing performance criterion
- Recruiting and maintaining highly diverse workforce
- Hiring, laying off and re-assigning personnel as operational needs dictate and performance warrants
- Creating, developing and implementing powerful custom employee training and orientation programs
- Increased yearly revenue 246% (seven year period)
- Increased contribution margins 816% and net income 1000+%(seven year period)
- Increased profit margins from -.30 to 65% (seven year period)
- Achieved 85 – 90% excellent customer approval ratings on annual Cape May – Lewes Ferry surveys (five years consecutively)
- Represented DRBA and presented seminar at IQPC Conference in Atlanta, Georgia on Improving Quality through Employee Participation and Buy-In
- Created and implemented successful employee incentives program
- Formulated computer systems analysis reports and facilitated implementation of AFOS Reservations and Nortel Symposium systems
- Developed and instituted call monitoring practices for quality assurances

**Delaware River & Bay Authority**                    **New Castle, Delaware**
**Toll Collector Delaware Memorial Bridge  11/92 – 1/96**

**Computer Literacy**

**Skills include but not limited to:**
- Microsoft Word and Corel WordPerfect
- Microsoft Excel and PHStat2
- Microsoft Power-Point and Corel Presentations
- Database Management Software: Oracle and Microsoft Access
- **Specialized Software:** AFOS, BANI, KRONOS, MUNIS, VECTOR, Expert Choice,  iThink, Extend5LT, Nortel Networks Symposium, POM and SPSS

D696

A60

**Petty-Judkins, Consuella**

| | |
|---|---|
| **From:** | Nilsen, Harold C. |
| **Sent:** | Monday, October 04, 2004 6:16 PM |
| **To:** | Ahren, Alan W.; Bailey, Kevin; Barnard, Paul; Berg, John E.; Bryant Jr., Joseph; Carson, Joe; Cawman, John W.; Coldren, Fred; Collins, Charles; Cornwell, John; Costa, Rocco M.; Craighton, Dennis L.; D'Imperio, Dave; DiNicola Owens, Gerry; Echols, Myra; Everett, Sue; Farmer, Aretha; Ferzetti, Victor A.; Fisher, Dominique; Goad, Shannon D.; Gonnella, Anna Marie; Greenling, Bill; Halbruner, Bud; Hanna, Laura N.; Harner, William; Herman, Dawn; Hopkins, Brad E.; Iannetta, George S.; James, Chris; Johnson, Christine D.; Johnson, James; Jones, Jay W.; Jones, John R.; Jordan, Mary Lou; Klineburger, Diane; Klochak, Richard; Kneipp, William B.; Lamanna, Peggy P.; Lane, Rick; Larotonda, Joseph; Laughlin, Marge; Ledwon, Edward T.; Littleton, Amy; Lucadema, Roy J.; McCarnan, John R.; McCarthy, Dave; McEwing, Brian; McGaughan, Lee T.; McGrody, John; Megonigal, Lew; Miller, Bonnie L.; Miller, R. Todd; Mitchell, Peggy; Moon, Howard L; Munno, Evelyn; Murray Jr., Thomas J.; Naglee, Thomas B.; Nutter, Bernard A.; Palmer, Clayton; Peltz, Joseph G.; Petty-Judkins, Consuella; Podgorski, Jerry L.; Polak, Susan O.; Powell, Thomas; Proud, Mickie; Quigg, Thomas; Rainear, Donald H.; Rausch, Lynne M.; Read, Dana D.; Reinhart, Richard W.; Riess, Pete; Ritchie, Andrew C.; Rudolph, Charisse P.; Russell, Steve; Salmon, James E.; Santoni, Pasqual P.; Sarro, John F.; Scanlon, Michael R.; Scarlett, Dianne E; Sharp, Larry G.; Spence-Parker,Trudy; Volk, Joe M.; Walls, James H.; Whittington, Mark; Zecca, Joseph M. |
| **Cc:** | 'heathkelli1@comcast.net' |
| **Subject:** | Assistant Director of Ferry Operations - Heath Gehrke |

I am pleased to announce that Heath Gehrke has accepted the position as Assistant Director of Operations at the Cape May - Lewes Ferry. Heath will be starting his new position on Monday, 18 October 2004 and will be primarily located at the Lewes Terminal. Heath's main areas of responsibility will include; Ferry Reservations, Customer Service, Business Management and the Lewes Terminal.

Heath brings with him a strong background in Marine and Facility Operations Management, Marketing, Program Sales, Project Management, Customer Service, Regulatory Compliance and Training.

Heath possesses a U.S. Coast Guard Master's License, including STCW certification, Tankerman PIC and Shipyard Competent Person. Heath is a graduate of the U.S. Merchant Marine Academy and has also obtained his Master of Business Administration from Purdue University.

Please join me in welcoming Heath to the Delaware River & Bay Authority!

Harry Nilsen - Director of Operations
Delaware River & Bay Authority
Cape May - Lewes Ferry
Ph: (609) 889-7220
Fax: (609) 886-1021
Harold.Nilsen@drba.net

D601

A61

DELAWARE RIVER AND BAY AUTHORITY
EQUAL EMPLOYMENT OPPORTUNITY ACTION PLAN
EXECUTIVE SUMMARY

The Delaware River & Bay Authority (referenced below as "the Authority") is fully committed to the concept and practice of equal opportunity in all aspects of employment. The Authority, a bi-state governmental agency created by Compact in 1962, operates three interstate transportation links and participates in many economic development initiatives in Delaware and the four southern counties of New Jersey. An organization of people serving people, the Authority values a skilled, knowledgeable and diverse work force with different backgrounds and perspectives that will foster unique ideas to positively benefit the Authority's operations and customers. The Authority is an Equal Opportunity Employer (EOE).

To further promote its goal of equal employment opportunity the Authority prepared an Equal Employment Opportunity Action Plan (referenced below as "the Plan"). The Authority is not a federal contractor and therefore is not required by law to prepare a written Affirmative Action Plan. However, the United States Department of Labor ("DOL") has, over many years, developed regulations governing written affirmative action plans for federal contractors. The regulations describe a method for developing statistical information to analyze whether race and sex appear to have any impact on workplace decisions. In addition, the regulations include suggestions for specific, results-oriented policies and procedures that, if undertaken in good faith, the DOL believes will provide equal employment opportunity to all persons, regardless of race, sex, or any other protected characteristic. The Authority used the DOL regulations as a model for its Plan.

The Authority's Human Resources Department devoted many hours to compiling and analyzing information about its workforce. The Authority's analysis revealed no statistically significant evidence of discrimination against applicants or employees based on race or sex.

The overall responsibility for implementation of the Equal Employment Opportunity Policy and the Plan is assigned to the Executive Director. The Authority has assigned primary management responsibility and accountability for ensuring full compliance with the plan to the Equal Employment Opportunity Recruitment Manager (EEO Recruitment Manager). The EEO Recruitment Manager has the authority, resources, support of and access to top management necessary to ensure the effective implementation of the Plan. The Executive Director actively supports the program and provides assistance whenever it is needed, making managers and supervisors aware of the program and requesting their cooperation and assistance.

1. The duties of the EEO Recruitment Manager include:

   A. Implementing policy statements, methods, and internal and external communication techniques. (Equal Employment Opportunity action policies and procedures will continue to be developed and implemented to ensure an efficient yet positive interaction between the EEO Recruitment Manager and the managers charged with making employment decisions.)

   B. Assisting line management and supervisors in devising solutions to equal employment problems, including counseling and training, to ensure full understanding of equal employment opportunity policies and procedures.

1

P 1537

A62

    C. Monitoring the Authority's employment decisions and meeting with senior managers to assure that the Authority's EEO policies are being followed.

    D. Serving as a liaison between the Authority and enforcement agencies.

    E. Serving as a liaison between the Authority and appropriate minority and women's organizations, and community action groups concerned with employment opportunities of minorities and women.

    F. Making contact with predominantly female and minority high schools, colleges, and technical schools in the area as needed.

    G. Keeping management informed of developments in the equal employment opportunity area.

2. The Authority recognizes that the cooperation of department supervisors and line managers is required to reach the full potential of the Plan. Therefore, supervisors and managers are expected to:

    A. Assist the EEO Recruitment Manager in the elimination of any barriers to equal employment opportunity.

    B. Whenever possible, participate in local minority organizations, women's organizations, community action groups, and community service programs.

    C. Adhere to the Authority's policy of equal employment opportunity for all employees.

    D. Take action to prevent the harassment of employees based on protected characteristics.

Updated November 2004.

2



# THE DELAWARE RIVER AND BAY AUTHORITY

Delaware Memorial Bridge
Post Office Box 71
New Castle, Delaware 19720
Tel.: (302) 571-6300
Fax: (302) 571-6367

Cape May-Lewes Ferry
Post Office Box 827
North Cape May, New Jersey 08204
Tel.: (609) 889-7200
Fax: (609) 886-1021

## \* REPOSTING OF OPEN POSITION \*

## SUPERINTENDENT-TOLL OPERATIONS

### Location: New Castle, DE

### Salary: $78,884 (Grade G)

**Opening Date: June 1, 2005**          **Closing Date: July 1, 2005**

## I.    POSITION SUMMARY

The Superintendent–Toll Operations is the senior-level manager in the Delaware Memorial Bridge (DMB) Toll Operations department and reports directly to the Chief Operations Officer. The Superintendent has overall responsibility for the 24x7-toll collection operation and the E-Z Pass Customer Service Center at the Delaware Memorial Bridge. The Superintendent is responsible for the leadership and management of approximately 115 employees. The Superintendent promotes high quality customer service and ensures resolution of all customer-related issues. The Superintendent is responsible for the preparation and management implementation of a multi-million dollar operating budget. The Superintendent serves as the Authority's representative at the E-Z Pass Interagency Group, the ad hoc governing body of the 21-member consortium of toll agencies throughout the Northeast and Mid-Atlantic regions. The Superintendent is on-call on a 24x7 basis.

## II.    ESSENTIAL DUTIES AND RESPONSIBILITIES

- Directs toll operations and E-Z Pass Customer Service Center operations for the Authority
- Management of personnel, which includes work allocation, training, and problem resolution; evaluates performance and makes recommendations for personnel actions; motivates employees to achieve peak productivity and performance
- Develops and executes annual and monthly business plans

P 0909

A64

- Interfaces with regulatory and governmental agencies, vendors, contractors, toll industry organizations, and customers on matters related to toll operations
- Participates in development, implementation of policies, objectives, short-and long-range planning; develops and implements projects and programs to assist in accomplishment of established goals
- Maintains detailed records of bridge traffic and provides reliable revenue estimates for the development of the Authority's annual operating budget

## III.    REQUIRED KNOWLEDGE, SKILLS AND ABILITIES:

- Ability to supervise, motivate, lead, and develop staff, including organizing, prioritizing, and scheduling work assignments in a complex operating environment
- Knowledge of sound management principles, practices, and procedures
- Knowledge of business and financial practices related to vehicle toll collection and customer service center operations
- Knowledge of relevant regulations, protocols, and procedures and how they relate to the DMB Toll Operations mission
- Ability to identify, develop, and implement strategic and tactical plans and solutions
- Ability to establish and maintain effective working relationships with internal and external contacts
- Working knowledge of the E-Z Pass toll operations system
- Excellent personal computer, analytical, and customer service skills
- Excellent verbal, written, and presentation skills

## IV.    MINIMUM QUALIFICATIONS:

- A minimum of five (5) years of managerial experience in transportation, toll operations, or related field, including direct supervision of personnel
- Bachelor's Degree in public administration, business, or related field, or equivalent experience
- Three (3) years of budget development and management experience

**Preferred**

- Experience in manual and electronic toll collection operations
- Participation in the E-Z Pass Interagency Group committee activities.

## V.  LICENSES, REGISTRATIONS AND CERTIFICATES

- Valid driver's license

P 0910

A65

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Interested applicants must contact the Human Resources office NO LATER than 4:00 p.m., July 1, 2005.**

**Trudy Spence-Parker**
**Chief Human Resources Officer**

P 0911

A66

# RICHARD FRASETTO

**Toll Superintendent**

HUMAN RESOURCES DEPT.

2005 APR 29 P 2: 55

591 Clinton Court
Mount Laurel, New Jersey 08054
(856) 234-0251
Email: RFrasetto@msn.com

## SUMMARY OF QUALIFICATIONS

- Proven Manager with Strong Integrity and Interpersonal skills
- Experienced Revenue Audit Manager and Toll Facility Operations professional
- In-depth knowledge of cash / electronic toll revenue collection systems
- Foster positive working relationships with internal and external customers

## EXPERIENCE:

### Mall Chevrolet, 75 Haddonfield Rd., Cherry Hill, New Jersey 08002

Present:  Sales and Leasing Consultant

### Freedom Security Systems Inc., 393 Jericho Tpke, Mineola, New York 11501

2004-2005:  Loss Prevention Specialist

Sale of Digital Video Surveillance systems and Loss Prevention Solutions to businesses

- **Consultant** in Loss Prevention
- **Sales training** including One-call Closing techniques

### Delaware River Port Authority, 2 Riverside Drive, Camden, New Jersey 08101

2002-2004:  Manager of Revenue Audit

Managed Cash Toll Transportation, Processing, Auditing operations and systems;
Coached a team of 15 auditors

- **Developed a Team** environment following Divisional Reorganization
- **Advisor for Senior Management** appraising ongoing revenue security / processing procedures; recommended innovative solutions
- **Prepared IFB, RFQ and Contract documents**
- **Directed the Development** of surveillance and audit hardware/software applications
- **Coordinated E-ZPass Committee and Chaired** monthly staff meetings
- **Assisted in developing training programs** and performance measurement for toll collectors

D4115

A67

# RICHARD FRASETTO

page 2

**1998-2002:** <u>Supervisor of Toll Security</u>

Responsible for Security Operation; supervised staff of 4 Toll Security Lieutenants

- **Initiated and Coordinated highly confidential investigations** into toll violations and employee theft, which resulted in apprehension of E-Zpass violators and toll collector terminations
- **Key Contributor** in development of the DRPA E-Zpass System Final Design Document, policies, procedures and Violation Enforcement System
- **Upgraded three surveillance systems** to accommodate downsizing of operations
- **Represented Management** at grievance hearings and toll collector termination cases
- **Increased Productivity** by implementing a Digital Video Audit System
- **Developed and Administered** revenue processing contract, reducing operating costs $600K+ annually
- **Prepared** Departmental Operating Budget of approximately $300K annually
- **Wrote three technology presentations** for the International Bridge, Tunnel and Turnpike Association and the Eastern States Transportation Network, as a member of their committees
- **Awarded** Certificates of Recognition, Appreciation and Commendation

**1993-1998:** <u>Toll Security Lieutenant</u>

Analyzed thousands of hours of surveillance video and audited 50 + tours of duty daily

- **Performed field audits** of revenue security procedures at four bridge facilities
- **Distributed and controlled** toll scrip and commuter stickers inventory

**1984-1993:** <u>Toll Plaza Supervisor</u>

- **Supervised Toll Plaza Operation** and Workforce of up to 20 staff during 24 hr. shifts, including management of cash fund, shift scheduling and traffic management
- **Managed customer service** issues and disputes on the toll plazas

**EDUCATION**

Professional skills-enhancement seminars ( SkillPath, Padgett/Thompson )
Liberal Arts, Burlington County Community College, Pemberton, NJ

**MILITARY**

**U.S. Air Force, Honorable discharge**
Minuteman Missile Mechanic; top-secret crypto security clearance; removed and replaced warheads and guidance and control systems

D4116

 

The Delaware River and Bay Authority
P.O. Box 71
New Castle, DE 19720

Solicited Resume/Applications
Position: *Supt Toll Ops*

DRBA
HUMAN RESOURCES DEPT.

2005 APR 28 A 9: 54

# THE DELAWARE RIVER AND BAY AUTHOR
### APPLICATION FOR EMPLOYMENT

Interview Date/Time *Aug 23 - 9:45 Am*

**PLEASE NOTE:** The Delaware River and Bay Authority is an equal opportunity employer and selects the best matched individuals for the job based upon job related qualifications regardless of race, color, creed, sex, national origin, age, disability or other protected groups under state or federal equal opportunity laws. You can aid us in making a fair appraisal of those qualifications by answering each question as accurately as possible. We assure you that this application will be considered a confidential record.

1. Name  Richard    Frasetto
   First   Middle (Full)   Last

2. Address  591 Clinton Court
   Number      Street

   Mount Laurel    NJ    08054
   City or Town   State   Zip Code

3. Telephone No. 856-234-0251   *856-266-3454 Cell*  4. Are you 18 years or older?  ☒ Yes  ☐ No.
   Proof of age is required prior to starting employment

5. Are you a U.S. citizen?  ☒ Yes  ☐ No
   NOTE: Please see attachment for questions concerning your eligibility for employment under the Immigration Reform and Control Act of 1986.

6. Social Security Number  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

7. Person to be notified in case of emergency:
   Christine Frasetto     856-234-0251
   Name          Telephone No.
   591 Clinton Ct    Mt. Laurel    NJ
   Address       City       State

8. Have you ever worked for the Authority?  ☐ Yes  ☒ No

9. Have you ever applied for Authority employment before?  ☒ Yes  ☐ No
   If so, please list date and type of work:  06/2004 Toll Superintendent

10. Position desired or type of work (In order of preference)
    A.  Toll Superintendent
    B.
    Will accept
    ☒ Permanent Position   ☐ Temporary Position

11. Date Available for work    05    01

12. Have you ever changed your name or been known by another name:  ☐ Yes  ☒ No
    If yes, explain below:

---

LICENSES

13. Do you have a current driver's license?  ☒ Yes  ☐ No    Type of license: Class D    Operator's No: F7209-65500-08526
    State of issue:            Expires  10 / 31 / 2008

14. Are you licensed to practice any trade or profession?  ☐ Yes  ☒ No    If yes, complete the following:

| NAME OF TRADE OR PROFESSIONAL LICENSE | ISSUED BY | DATE ISSUED | DATE EXPIRES |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

15. Special Skills: Operation of Office Machines (List shorthand and typewriting speeds), shop Equipment, Construction Machinery, Etc.
    **Typing: 45 wpm; Computer repair**

**16. Education: Circle last school year completed:**

|  |  |  | 1 2 3 4 5 6 7 8 | 9 10 11 12 | 13 14 15 16 | 17 18 19 20 |
|---|---|---|---|---|---|---|
|  |  |  | GRAMMAR | HIGH | COLLEGE | GRADUATE |

| NAME OF SCHOOL | ADDRESS (IN FULL) | From Mo. Yr. | To Mo. Yr. | Graduate Yes No | Type Degree or Diploma | Major | Minor | Class Standing or Grade Average |
|---|---|---|---|---|---|---|---|---|
| High School(s) Lenape Regional | Church and Hartford Rds, Medford, NJ | 09 1966 | 06 1970 | X | | | | |
| Undergraduate College(s) Burlington County College | Pemberton, NJ | 09 1970 | 06 1971 | x | | Liberal Arts | | |
| Graduate College(s) | | | | | | | | |
| Other | | | | | | | | |

**17. Extra Curricular Activities or Honors:** (Exclude those which indicate race, creed, color or national origin)

Commissioner for girl's basketball league in Mt. Laurel

Assistant coach for soccer and softball leagues

**18. Do you have a high school equivalency diploma?** ☐ Yes ☒ No

If yes, date received _____ Issuing agency _____

**19. Military Status.**

A.) Are you a veteran of the U.S. Armed Forces ☒ Yes ☐ No    D.) Serial Number: 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

B.) Branch of Service: Air Force    E.) Date of Entry: 01/10/1972

C.) Rank: E-4    F.) Date of Discharge: 01/10/1976

G.) Type of Discharge: Honorable

Are you a member of a Reserve? ☐ Yes ☒ No    If yes, Active ☐ Inactive ☐ Name of Unit _____

Briefly describe any special training while in Service which might be helpful to the Authority: _____

_____

_____

_____

**20. Foreign Languages:**

| Language: _____ | Read ☐ Yes ☐ No | Write ☐ Yes ☐ No | Speak ☐ Yes ☐ No |
| Language: _____ | Read ☐ Yes ☐ No | Write ☐ Yes ☐ No | Speak ☐ Yes ☐ No |
| Language: _____ | Read ☐ Yes ☐ No | Write ☐ Yes ☐ No | Speak ☐ Yes ☐ No |

**21.** Except for minor traffic violations, were you ever convicted of any violation of the law? ☐ Yes ☒ No If yes, complete below

| NATURE | DATE | NAME AND LOCATION OF COURT | DISPOSITION OR RESULT |
|---|---|---|---|
| | | | |
| | | | |

Are you presently charged or awaiting disposition? ☐ Yes ☒ No

If yes, explain _____

_____

_____

_____

NOTE: Arrest or conviction is not an automatic bar to employment, each case is considered on its own merits.

D4118

A70

**22. Employment History:**

List the last 5 positions you have held or all the positions held for the past five years. Accuracy of dates and addresses is essential.

| DATES | NAME AND ADDRESS OF EMPLOYER | SALARY | DESCRIPTION OF DUTIES |
|---|---|---|---|
| FROM: 03 Mo. 2005 Yr. TO: present Mo. Yr. | Name **Mall Chevrolet** Address **75 Haddonfield Rd** NUMBER STREET **Cherry Hill** NJ 08002 CITY or TOWN STATE ZIP Name of Supervisor **Rowland Haines** Title of Supervisor **Sales Manager** | LOWEST $ commission PER LAST $ PER | Title **Sales and Leasing Consultant** Duties **Sales of new and used vehicles** Reason for Leaving: **My ongoing desire to continue career in the Toll Industry** |
| FROM: 09 Mo. 2004 Yr. TO: 03 Mo. 2005 Yr. | Name **Freedom Security Systems** Address **393 Jericho Tpke, Suite 201** NUMBER STREET **Mineola** NY 11501 CITY or TOWN STATE ZIP Name of Supervisor **Jonathan Bloom** Title of Supervisor **District Sales Manager** | LOWEST $ commission PER LAST $ PER | Title **Loss Prevention Agent** Duties **Sale of video surveillance systems and loss prevention consultation** Reason for Leaving **Pursue an opportunity in the automobile industry** |
| FROM: 03 Mo. 2002 Yr. TO: 02 Mo. 2004 Yr. | Name **Delaware River Port Authority** Address **2 Riverside Dr** NUMBER STREET **Camden** NJ 08101 CITY or TOWN STATE ZIP Name of Supervisor **James Quinn** Title of Supervisor **Director of Revenue** | LOWEST $ 71,000 PER YR LAST $ 75,000 PER YR | Title **Revenue Audit Manager** Duties **Manage the transportation, processing and security of DRPA cash toll revenues.** Reason for Leaving **Management downsizing** |
| FROM: 06 Mo. 1998 Yr. TO: 03 Mo. 2002 Yr. | Name **Delaware River Port Authority** Address **2 Riverside Dr** NUMBER STREET **Camden** NJ 08101 CITY or TOWN STATE ZIP Name of Supervisor **James Quinn** Title of Supervisor **Director of Revenue** | LOWEST $ 54,000 PER YR LAST $ 58,000 PER YR | Title **Toll Security Supervisor** Duties **Supervise 4 toll security lieutenants and oversee the security of toll revenues** Reason for Leaving **Promotion** |
| FROM: 04 Mo. 1993 Yr. TO: 06 Mo. 1998 Yr. | Name **Delaware River Port Authority** Address **2 Riverside Dr** NUMBER STREET **Camden** NJ 08101 CITY or TOWN STATE ZIP Name of Supervisor **James Quinn** Title of Supervisor **Director of Revenue** | LOWEST $ 46,000 PER YR LAST $ 52,000 PER YR | Title **Toll Security Lieutenant** Duties **Conduct surveillance of toll collectors and toll accounting clerks; audit toll collector tours of duty** Reason for Leaving **Promotion** |

**23. References** (Give at least five personal references — Non-related)

| Name | Address | | | | Phone Number | Business or Occupation |
|------|---------|---|---|---|--------------|------------------------|
| Frederick Hartley | 2111 Georgian Dr | Cinnaminson | NJ | 08077 | 856-829-4701 | IT Security Specialist |
| Nancy D'Amico | 613 Josie Ct | Williamstown | NJ | 08094 | 856-629-4417 | Teacher |
| Linda Ashley | 2 Riverside Dr | Camden | NJ | 08101 | 856-968-2000 | HR Administrator |
| Stanley Ozalis | 1300 Route 73 North | Palmyra | NJ | 08065 | 856-829-1900 | Manager |
| Larry Gasperone | 2 Riverside Dr | Camden | NJ | 08101 | 856-968-2180 | Supervisor |

REMARKS

_____
_____
_____
_____
_____
_____
_____
_____

## READ THE FOLLOWING CAREFULLY BEFORE SIGNING

It is my understanding that the Delaware River and Bay Authority will make a thorough investigation of my entire work history and may verify all data given in this application for employment, related papers or oral interviews. I authorize such investigation and the giving and receiving of any information requested by the Delaware River and Bay Authority and I release from liability any person giving or receiving such information. I authorize any physician or hospital to release information that may be necessary to determine my ability to perform the duties of a job I am being considered for prior to employment or in the future during my employment by the Delaware River and Bay Authority. I consent to take a medical or mental examination by a qualified physician at the discretion of the Executive Director. I understand that falsification of data so given or other information which is unacceptable to the Delaware River and Bay Authority which is discovered as a result of this investigation may prevent my being hired, or if hired may subject me to immediate dismissal. I understand that business needs may at times make the following conditions mandatory: overtime, shift work, a rotating work schedule, or a work schedule other than Monday through Friday and I accept these as conditions of my continuing employment.

Signature _____     Date _____

## DO NOT WRITE BELOW THIS LINE

Application Received _____

Application Approved _____

Aptitude Tests Given _____

D4120

A72

Solicited Resume/Application
Position: *Supt Tolls 07*

Interview Date/Time
*Aug. 23 - 2:45*

Howard L. Moon Jr., MBA
6 South Merriment Drive
Newark, DE 19702

April 21, 2005

Delaware River and Bay Authority
Human Resources Department
Route 295 & New Castle Ave P.O. Box 71
New Castle, Delaware 19720

Re:    Toll Superintendent (Toll Administrator)

To whom it may concern:

I am very pleased at an opportunity to apply for the Delaware River and Bay Authority Toll Superintendent (Toll Administrator) position. My broad depth of transportation agency managerial experience, organizational insights and dedication to performance and service excellence ideally fit the position requirements.

My value proposition is to give the DRBA, surrounding communities, employees, customers and public, a commitment and dedication to performance and service excellence second to none. My experience, knowledge, and ability to influence and work with and through others will help me succeed in developing mission congruent leaders and employees to support the "DRBA Story" and Leadership Institute.

Attached is my resume for the Delaware River and Bay Authority Toll Superintendent (Toll Administrator) position. I look forward to interviewing for the position in the near future.

Sincerely,

Howard L. Moon Jr., MBA

cc:    Trudy Spence-Parker
       Andrew Ritchie
       Consuella Petty-Judkins

D4139

A73

6 South Merriment Drive     Phone: 302-571-6406
Newark, Delaware 19702     Fax:    302-571-6367
E-mail: howard.moon@villanova.edu

# Howard L. Moon Jr., MBA

| | |
|---|---|
| **Qualifications Summary** | Broad depth of transportation agency experience in strategic planning and execution, management and leadership, communications, customer service, operations, technology and financial analysis and administration. |

**Highlights include but not limited to:**

- Cape May Lewes Ferry business and revenue growth
- Developed Reservations and EZ-Pass consolidation business plans, DRBA Internet Business Case, and CML Ferry Communications, Customer Service and Marketing Support business case
- Toll and transportation industry research and trend analysis
- Electronic tolls planning , training and implementation
- Designed and oversaw building the EZ-Pass and Reservations Call Centers
- Worked with American Express and DRBA Bridge Director to lower DRBA EZ-Pass and CML Ferry credit card transaction rates and migrate additional businesses to accept Amex
- DRBA Strategic Planning Communications Task Force Co-Chairman
- Responsible for eliminating swing shift schedules for DMB manual toll operations employees
- Assisting in developing CML Ferry Standard Operating Procedures
- AFOS and Nortel Networks Symposium support and implementation
- Developing and implementing customer service and supervisors training programs

| | | | |
|---|---|---|---|
| **Education** | **Villanova University**      **Radnor, Pennsylvania** | | **5/04** |
| | **Masters Business Administration** | | **Executive Management** |

**International Study and Project Abroad**

- Santiago, Chile
- Buenos Aires, Argentina

**Decision Technology EZ-Pass Semester Team Project**

- Worked with Director of Bridge Operations and led VEMBA project team in developing an Analytic Hierarchy Process (AHP) decision analysis for the DRBA Electronic and Manual Toll Operation

| | | | |
|---|---|---|---|
| | **University of Delaware**      **Newark, Delaware** | | **5/02** |
| | **B.S. Business Administration – Cum Laude** | | |

- Beta Gamma Sigma
- 2002 Alfred Dunn III Business Administration Award
- Golden Key Honor Society

| | | | |
|---|---|---|---|
| **Executive Certificate** | **Harvard University**      **Boston, Massachusetts** | | **2/03** |
| | **Driving Organizational Performance** | | **JFK School of Government** |

D4140

A74

*moon*
*Sept Toll*
*2005*

| | | |
|---|---|---|
| **Professional**<br>**Experience** | **Delaware River & Bay Authority**<br>**Reservations Administrator/Manager** | **New Castle, Delaware**<br>**2/96 – Present** |

**Duties, experience and responsibilities include but not limited to:**

- Directing and maintaining Reservations operation, system and center
- Managing and supervising workforce including work allocation, problem resolution, evaluating performance, handling personnel actions, and influencing employees to achieve peak productivity and performance
- Designing and developing business plans, strategic plans and business cases
- Performing industry travel, ferry, economic, marketing and technology research
- Analyzing and reporting financial, technology and economic trends
- Forecasting revenues, growth and performing cost/volume/profit analysis
- Preparing annual operating budget proposals and presenting to budget committee
- Formulated DRBA Internal Factor Analysis Summary (IFAS)
- Conducted Communications Task Force Team presentation before DRBA Senior Leadership and Chain of Command, Communications, Leadership, and Social Functions and Recognition team members
- Formulating and conducting presentations before Board of Commissioners and Executive Staff
- Participating in DRBA Executive planning sessions
- Working with Marketing, Public Information Officer and Advertising agencies to develop and implement marketing strategies and programs
- Tracked and analyzed EZ-Pass performance metrics
- Negotiating contracts, hiring and managing vendors
- Led project management team in building new call centers
- Formulating written policies, procedures and SOP's
- Recruiting and maintaining highly diverse workforce
- Hiring, laying off and re-assigning personnel as operational needs dictate and performance warrants
- Creating, developing and implementing customer service and custom employee training and orientation programs
- Formulated computer systems analysis reports and facilitated implementation of AFOS Reservations and Nortel Symposium systems

D4141

A75

*Supt Toll 2005*

**Accomplishments include but not limited to:**

- Increased yearly revenue 246% (seven year period)
- Increased contribution margins 816% and net income 1000+%(seven year period)
- Increased profit margins from -.30 to 65% (seven year period)
- Achieved 85 – 90% excellent customer approval ratings on annual Cape May – Lewes Ferry surveys (five years consecutively)
- Represented DRBA and presented seminar at IQPC Conference in Atlanta, Georgia on Improving Quality through Employee Participation and Buy-In
- Created and implemented successful employee incentives program

**Delaware River & Bay Authority**                    New Castle, Delaware
Toll Collector Delaware Memorial Bridge              11/92 – 1/96

**Duties, experience and responsibilities include but not limited to:**

- Manual toll collection and customer service
- Money counting and deposits
- Handling and reporting traffic accidents and emergencies

**Professional Certificates**

**Certificates include but not limited to:**

- **Villanova University -** Strategy Execution and Leadership
- **RC Taylor & Associates -** DRBA Executive Management Development
- **KARRASS -** The Effective Negotiating Course
- **University of Delaware  -** Supervision and Leadership Certification Program
- **University of Delaware -** Training and Employee Development Program
- **State of Delaware -** Supervision Certification
- **IMCI  -** Strategic Planning for Senior Call Center Managers
- **IMCI  -** Incoming Call Center Management
- **Rutgers University –** Improving Call Center Processes
- **AT&T College of Call Center Excellence Certification:** Leadership and Strategy Development, Human Resource Planning and Management, Forecasting Call Loads, Maximizing Contact Center and Customer Enabling Technologies, Workforce Management and Scheduling, Customer Satisfaction, Contact Reporting and Tracking, and Benchmarking
- **AMA -** Developing Powerful Employee Orientation Programs
- **AMA –** Coaching and Teambuilding for Managers
- **DRBA -** Blue Ribbon Customer Service (DMB Tolls)

**Computer Literacy**

**Skills include but not limited to:**

- Microsoft Word and Corel WordPerfect
- Microsoft Excel and PHStat2
- Microsoft Power-Point and Corel Presentations
- Database Management Software: Oracle and Microsoft Access
- **Specialized Software:** AFOS, BANI, KRONOS, MUNIS, VECTOR(EZ-Pass), Expert Choice,  iThink, Nortel Networks Symposium, POM and SPSS

D4142

A76

**Superintendent Toll Operations**
**Full-Time**
**Tuesday, August 23, 2005**
**9:00 AM – 2:45 PM**
**Interviews conducted at the Bridge**

Attendee(s):    Jim Walls
                Gerry DiNicola Owens
                Trudy Spence-Parker

| Sec Tab | Candidate | Position | Time | Location | Jim Score | Gerry Score | Trudy Score | Score |
|---------|-----------|----------|------|----------|-----------|-------------|-------------|-------|
| 1 | James Tarburton | Super Toll Ops | 9:00 am | New Lower | 4.0 | 4 | 2 | 10 |
| 2 | Ricard Frasetto | Super Toll Ops | 9:45 am | New Lower | 9.5 | 9 | 9.2 | 27.7 |
| 3 | Gary Fullman | Super Toll Ops | 10:00 am | New Lower | 7.0 | 7.5 | 8 | 22.5 |
| 4 | Joe DeSantis [Internal] | Super Toll Ops | 1:00 pm | New Lower | 6.5 | 7.75 | 8.0 | 22.25 |
| Lunch Break 12:00 – 1:00 pm | | | | | | | | |
| 5 | Joe Zecca [Internal] | Super Toll Ops | 3:00 pm | New Lower | 2.0 | 5 | 5 | 12 |
| 6 | Jeff Hoffman [Internal] | Super Toll Ops | 3:45 pm | New Lower | 2.0 | 5 | 5 | 12 |
| 7 | John Hickey | Super Toll Ops | 2:00 pm | New Lower | 8.0 | 7.5 | 7.8 | 23.3 |
| 8 | Howard Moon [Internal] | Super Toll Ops | 4:45 pm | New Lower | 5.0 | 6.75 | 6 | 17.75 |

**All interviews are conducted In Person (45 minutes interviews)**

D4111

A77

Superintendent of Toll Operations 2nd Round Interview Scores Tuesday, August 23, 2005

| Applicants | Jim Walls Interview Scores | Interview Panel | | Total Scores |
| | | Gerry DiNicola–Owens Interview Scores | Trudy Spence–Parker Interview Scores | |
|---|---|---|---|---|
| James Tarburton | 4.0 | 4.0 | 2.0 | 10.0 |
| Richard Frasetto | 9.5 | 9.0 | 9.2 | 27.7 |
| Gary Fullman | 7.0 | 7.5 | 8.0 | 22.5 |
| Joe DeSantis (I) | 6.5 | 7.75 | 8.0 | 22.25 |
| Joe Zecca (I) | 2.0 | 5.0 | 5.0 | 12.0 |
| Jeff Hoffman (I) | 2.0 | 5.0 | 5.0 | 12.0 |
| John Hickey | 8.0 | 7.5 | 7.8 | 23.3 |
| Howard Moon (I) | 5.0 | 6.75 | 6.0 | 17.75 |

* I–indicates Internal Candidates

* All candidates are scored on a scale of 1 to 10

D4108

A78

**Superintendent Toll Operations**
**Full-Time**
**Tuesday, August 23, 2005**
**9:00 AM – 2:45 PM**
**Interviews conducted at the Bridge**

Attendee(s): _____

| Sec Tab | Candidate | Position | Time | Location | Jim Score | Gerry Score | Trudy Score | Score |
|---------|-----------|----------|------|----------|-----------|-------------|-------------|-------|
| 1 | James Tarburton | Super Toll Ops | 9:00 am | New Lower | | | 2 | |
| 2 | Ricard Frasetto | Super Toll Ops | 9:45 am | New Lower | | | .9.2 | |
| 3 | Gary Fullman | Super Toll Ops | 10:00 am | New Lower | | | 8 | |
| 4 | Joe DeSantis [Internal] | Super Toll Ops | 10:45 am | New Lower | 1:00 | | 80 | |
| colspan Lunch Break 12:00 – 1:00 pm | | | | | | | | |
| 5 | Joe Zecca [Internal] | Super Toll Ops | 1:00 pm | New Lower | 3:00 | | 5 | |
| 6 | Jeff Hoffman [Internal] | Super Toll Ops | 1:45 pm | New Lower | 1:45 | | 5 | |
| 7 | John Hickey | Super Toll Ops | 2:00 pm | New Lower | 30 | | 78 | |
| 8 | Howard Moon [Internal] | Super Toll Ops | 2:45 pm | New Lower | 2:45 | | 6 | |

**All interviews are conducted In Person (45 minutes interviews)**

D4144

A79

**Superintendent Toll Operations**
**Full-Time**
**Tuesday, August 23, 2005**
**9:00 AM – 2:45 PM**
**Interviews conducted at the Bridge**

Attendee(s): _TRUDY SPENCE-PARKER_

_JIM WALLS_

_GERRY DiNICOLA-OWENS_

_____

| Sec Tab | Candidate | Position | Time | Location | Jim Score | Gerry Score | Trudy Score | Score |
|---------|-----------|----------|------|----------|-----------|-------------|-------------|-------|
| 1 | James Tarburton | Super Toll Ops | 9:00 am | New Lower | 4.0 | | | |
| 2 | Ricard Frasetto ① | Super Toll Ops | 9:45 am | New Lower | 9.5 | | | |
| 3 | Gary Fullman ③ | Super Toll Ops | 10:00 am | New Lower | 7.0 | | | |
| 4 | Joe DeSantis [Internal] ④ | Super Toll Ops | 10:45 am 1ᵖᵐ | New Lower | 6.5 | | | |
| | Lunch Break 12:00 – 1:00 pm | | | | | | | |
| 5 | Joe Zecca [Internal] | Super Toll Ops | 1:00 pm | New Lower | 2.0 | | | |
| 6 | Jeff Hoffman [Internal] | Super Toll Ops | 1:45 pm | New Lower | 2.0 | | | |
| 7 | John Hickey ② | Super Toll Ops | 2:00 pm | New Lower | 8.0 | | | |
| 8 | Howard Moon [Internal] | Super Toll Ops | 2:45 pm | New Lower | 5.0 | | | |

**All interviews are conducted In Person (45 minutes interviews)**

D4177

A80

**Superintendent Toll Operations**
**Full-Time**
**Tuesday, August 23, 2005**
**9:00 AM – 2:45 PM**
**Interviews conducted at the Bridge**

Attendee(s):  *Kerry   DiNicola – Owens*

| Sec Tab | Candidate | Position | Time | Location | Jim Score | Gerry Score | Trudy Score | Score |
|---------|-----------|----------|------|----------|-----------|-------------|-------------|-------|
| 1 | James Tarburton | Super Toll Ops | 9:00 am | New Lower | | 4 | | |
| 2 | Ricard Frasetto | Super Toll Ops | 9:45 am | New Lower | | 9 | | |
| 3 | Gary Fullman | Super Toll Ops | 10:00 am | New Lower | | 7.5 | | |
| 4 | Joe DeSantis [Internal] | Super Toll Ops | ~~10:45 am~~ 1:00 pm :15 pm | New Lower | | 7.75 | | |
| | Lunch Break 12:00 – 1:00 pm | | | | | | | |
| 5 | Joe Zecca [Internal] | Super Toll Ops | 1:00 pm | New Lower | | 5 | | |
| 6 | Jeff Hoffman [Internal] | Super Toll Ops | 1:45 pm | New Lower | | 5 | | |
| 7 | John Hickey | Super Toll Ops | 2:00 pm | New Lower | | 7.5 | | |
| 8 | Howard Moon [Internal] | Super Toll Ops | 2:45 pm | New Lower | | 6.75 | | |

**All interviews are conducted In Person (45 minutes interviews)**

D4211

A81

**Delaware River and Bay Authority**
**Interview Questions**

Candidate Name: _Richard Fea~~gatto~~_ Date: _8/23/05_

Position: <u>Superintendent – Toll Operations</u>

Interviewed By: _____ Score: _9.2_

*This individual will be a key member of the Maintenance South Leadership Team and will need to provide the requisite organizational leadership to satisfy mission requirements and to effect change as appropriate. Operational excellence, integrity, teamwork, communication and accountability are cornerstones of the organization and the person in this position must be able to execute these roles is a passionate and competent manner.*

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

<u>Interview Questions:</u>

*good answer*

1. **What would you do in your first 30 days on the job?**

*What is the Toll's Philosophy as to the role as a leader person*

35/40 days – Learning curve – get to know employees
Chain of Command – Structure of the organization
Sept / Aug to get acquainted with personal

2. **Please describe your experience in preparing and managing operating budgets.**

involved in Budgets of DRBA
familiar of Transportation. Understands tolls
need to run toll operations efficiently

3. **Tell us about any experience you have in dealing with unions.**

*good answer*

DRBA Unions – familiar of Toll's Unions

ie Toll shortages Reimbursements & mediators of Toll

*good toll collector experience*

Collectors & Unions

Previous George Evans

*HLASETT*
*SUPT TOLLS*
*2005-TSF*

**4. How do you motivate employees and hold them accountable for what they do?**

- identify goals + keep employees focused on the goals
- need to delegate // communicate w team

**5. How do you handle employees who resist your changes? Please give an example.**

*feel for an answer*

lines of communications open - Clear communicates
w/ Resistors - Treat Resistors fairly o Communicate Clearly

**6. Do you have any experience in managing transportation, toll operations, or a related field, if so, please describe.**

*Best Practices Customer + revenue P[...]*

- Plaza - work w/ Toll collecting Staff -  *(How deep is his Mgt experience?)*
- w/Toll managers

Toll Plaza Supervisor 84 → 93 (Betsy Ross Br. &  Walt Whitman Bridge

**7. Please describe any experience you have with money-handling operations and the protection of revenues.**

- Revenue Audit Manager _____ (2 years 2002/2004
- Transaction based System
- Audit collectors using video Systems
- looked at activity in the lanes - DB Serves the count of //
- outsourced the counting of $ 2001

**8. Please describe any experience you have in managing a customer service center.**

*Listened to issues every week for 3 yrs*

DRBA - E2-Pass Development - Involved in this - developed this g question. (Telephones

How to create and increase efficiencies
ETC violation processing + enforcement System

*Confident [...]*

- believes he can Contribute [...] to job 2

D4150

A83

*MARSETTO*
*SUPT TOLL*
*2005-T85*

9. **Please describe your knowledge of, or experience with, credit card operations and equity.**

- Offer incentives ACH ?
- Educate customers
- Need to work around because it costs the Authorities more credit cards

10. **Please describe your experience in manual or electronic revenue collection operations, especially any experience in toll collections.**

- Very experienced
- Cash revenue system - new plan - or application for Toll industry

11. **This position represents the Authority on the E-ZPass Interagency Group, the governing body of E-ZPass toll agencies. What experience do you have in representing your employer on a professional or industry organization?**

DRPA Rep of IEG (Violations Team)
Manual U tols
I BTTA    PA Turnpike Policy Meeting Liaison

12. **Please describe any experience you may have with revenue recovery activities, including coordination with law enforcement agencies.**

Toll Collector - Cash
2002 ETC use
worked of Bridge directors
set parsing operation

Innovative of Fiscal.
Responsibility

"I Brought the string operation to light..."

13. **Have you ever been involved in a price change for customers? What steps would you take to make sure a toll increase was seamless to customers?**

DelDOT

1 way verople    - lane by lane basis shut down + bring back up
(3) times    - phased in the operation
- do at point of minimal Traffic

D4151

3

A84

14. **Please tell us about your experience in analyzing complex problems, formulating positions based on organizational needs, presenting positions to senior management, and building consensus among internal/external stakeholders.**

*Used on example based on his tell or genius.*

15. **What questions can we answer for you?**

D4152

4

A85

**Delaware River and Bay Authority**
**Interview Questions**

Candidate Name: _Richard Prateito_    Date: _8-22-05_

Position: **Superintendent – Toll Operations**

Interviewed By: _____    Score: _____

*This individual will be a key member of the Maintenance South Leadership Team and will need to provide the requisite organizational leadership to satisfy mission requirements and to effect change as appropriate. Operational excellence, integrity, teamwork, communication and accountability are cornerstones of the organization and the person in this position must be able to execute these roles is a passionate and competent manner.*

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

**Interview Questions:**

1. **What would you do in your first 30 days on the job?**
   - *Learn systems, hands-on individual, get to know people organization structure chain-of-command, would start learning before actual start date*
   - *Focus Tolls mission*
   - *Establish self as leader early on*

2. **Please describe your experience in preparing and managing operating budgets.**
   - *Port Authority Dept Budget - familiar with travel funding issues (SM costs, soft funding, need for cost-efficiency, look for ways to improve processes & control costs)*

3. **Tell us about any experience you have in dealing with unions.**
   - *DRPA unions - dealt closely*
   - *Security - end of business - $ over & $ shortage = toll collectors pay the difference (mediation with toll collectors)*
   - *Also involved in out-sourcing "money-counting" process.*
   - *Toll collector - disciplinary action (theft + problems)*
     - *incl. testifying in court*
   - *Union grievance hearings,*

1

D4182

A86

4. **How do you motivate employees and hold them accountable for what they do?**

— 1ST. IDENTIFY THE GOALS, KEEP EMPLOYEES FOCUSED, POSITIVE MANNER
— NEED TO DELEGATE (EMPOWER) YOUR TEAM/EMPLOYEES
— CONNECT EMPLOYEES IN MAINSTREAM.
—

5. **How do you handle employees who resist your changes? Please give an example.**

— ESPECIALLY TO KEEP LINE OF COMMUNICATION OPEN — UNDERSTAND REASON FOR RESISTANCE — MAKE SURE THEY KNOW MISSION/VALUE
— PERSONALITY CONFLICT — FOLLOW HR POLICY (DISCIPLINE) FOR THOSE WHO RESIST (TREAT THEM FAIRLY BUT BE DIRECT).
— I.E. TOLL OPS — COLLECTOR — GOT ON EMPLOYEES' NERVES, — EVENTUALLY FOLLOWED DISCIPLINARY ACTION + LEFT AUTHORITY

6. **Do you have any experience in managing transportation, toll operations, or a related field, if so, please describe.**

— TOLL OPS: PLAZA 24HR OPERATION, TOLL/FINANCE SECURITY PLAZA OVERSEES TOLL PLAZA SUPV. 8-9 YEARS, 1984-1993 BETSY ROSS O'WAY WATERBRIDGE
— 1999-2004 — E-ZPASS IMPLEMENTATION + NEW TOLL SYSTEM, DEVELOPED NEW TOLL SYSTEM + E-ZPASS AVOIDING, EXPERTISE IN SECURITY, INCL. VIOLATION ENFORCEMENT SYSTEM
— SERVED ON IBTTA COMMITTEES, "IRONING OUT ETC BUGS" "STAYS CURRENT WITH INDUSTRY"

7. **Please describe any experience you have with money-handling operations and the protection of revenues.**

— ORPA — REVENUE AUDIT MGR — (INCL. $6.00 THRESHHOLD FOR COLLECTOR REPAYMENT
↳ TOLL PROBLEMS RECONCILE WITH TOLL COLLECTOR RECORDS/CLARIFICATION) —
— VIDEO SECURITY — ROUTINE/REGULAR OBSERVATION OF COLLECTOR/MONEY COUNT.
— SENSITIVE ISSUE: ELIMINATED TOLL COUNTING — OUTSOURCED TO BANK
— WORKED WITH VENDOR TO ALLOW ORPA ACCESS TO VIDEOS OF BANK COUNT
(PARSONS MADE THIS HAPPEN) — [NOTE: SECURITY SAVED COLLECTION FROM LOSSES]

8. **Please describe any experience you have in managing a customer service center.**

— DURING E-ZPASS DEVELOPMENT: CSC STRATEGY, OPERATION, TELEPHONE ISSUES
(3 YEAR EXP) AUTOMATED PHONE SYSTEM, CSC REPS EFFICIENCY, ETC VIOLATION PROCESSING AT CSC CENTER — VIOLATION ENFORCEMENT SYSTEM.

2

D4183

A87

9. Please describe your knowledge of, or experience with, credit card operations and equity.

- CREDIT CARDS COST TOO MUCH (@4%)
- "ACH" INCENTIVES FOR CUSTOMERS.
- NEED TO WORK AROUND THE ISSUE ( CREDIT CARD COSTS VS. ACH No/Low COST )
- ETS SYSTEMS WILL EVENTUALLY BE INTEGRATED WITH HOMELAND SECURITY SYS
- AUSTRALIA: PRE-PAID, PREMIUM BASED TOLL CARDS

10. Please describe your experience in manual or electronic revenue collection operations, especially any experience in toll collections.

- TOLL PLAZA MGR THEN ETC/SECURITY ___ OPS.

- NOTE: CASH VAULTS IN TOLL BOOTHS (MONEY COUNTED "ALL DAY LONG"

11. This position represents the Authority on the E-ZPass Interagency Group, the governing body of E-ZPass toll agencies.  What experience do you have in representing your employer on a professional or industry organization?

- DRPA - IAG VIOLATIONS TEAM RE: MANUAL V-TOLLS
  IBTTA - MADE SOME PRESENTATIONS
  PA TURNPIKE - POLICY MEETING.
- ENJOYS SHARING INFORMATION WITH PEERS.

12. Please describe any experience you may have with revenue recovery activities, including coordination with law enforcement agencies.

- DRPA = COURT-READINESS - RECOUPING FARES WHEN LANE WAS CLOSED.



  ETC CUSTOMER: - $10,000 IN ARREARS, USED AUDIT SYSTEM TO
    DETERMINE WHEN CUSTOMER TRAVELED, DROVE TO CUSTOMER'S HOME,
    TO VALIDATE VEHICLE, ARRANGED STING OPERATION, ARRESTED ★
    WENT TO COURT TO RECOVER MONEY.

13. Have you ever been involved in a price change for customers?  What steps would you take to make sure a toll increase was seamless to customers?

- ESTABLISH TIME/DATE EFFECTIVE FOR INCREASE
  - SWITCH SOFTWARE OVER          (1-3 LANES AT A TIME)
  - DO DURING MINIMAL TRAFFIC
-

- BIG CHANGE: WHEN WENT TO ONE-WAY TOLL, PLUS
  5 OTHER TOLL RATE CHANGES

-

3

D4184

A88

14. Please tell us about your experience in analyzing complex problems, formulating positions based on organizational needs, presenting positions to senior management, and building consensus among internal/external stakeholders.

→ USED TOLL INCREASE AS AN EXAMPLE.

15. What questions can we answer for you?

• WEB-SIGHT - JUNE TRAFFIC FIGURES FOR JUNE (SEE MONEY WRITTEN OFF VIOLATIONS)

• 1% VIOLATION RATES (can always get better).
   ↳ LIENS TO VEHICLE REGISTRATIONS OPTION IN TRANS-BILL.

• WHAT ARE THE SHORT-TERM GOALS FOR TOLL OPERATIONS.

✷ DRPA - MGMT PROVISIONAL AT REASON FOR LEAVING DRPA (27 JOBS).

✷ MANAGED = 2 EMPLOYEES IN TOLL, AT-ATIME LIEUTENANT TOLL    13 IN AUDIT DEPT, 10 IN ACCOUNTING DEPT LIEUTENANT SECURITY

✷ ORGANIZATIONAL ABILITY: 9      ✷ VERY LOYAL, HANDS-ON STYLE
✷ PEOPLE SKILLS = 9.5             ✷ CONTINUED DEVELOPMENT OF PEOPLE SKILLS
✷ WEAKNESS: HARD, CRITICAL OF SELF   ✷ AVOIDS COMPLACENCY, IT'S A DISEASE.
                                   ✷

4

D4185

A89

*[handwritten top margin]* and electronic toll collection with strong recon and audit Security audit experience.

**Delaware River and Bay Authority**
**Interview Questions**

Candidate Name: *Richard Frasetto*    Date: *8/03/05*

Position: <u>Superintendent – Toll Operations</u>

Interviewed By: *[signature]*    Score: *9.0*

*This individual will be a key member of the Maintenance South Leadership Team and will need to provide the requisite organizational leadership to satisfy mission requirements and to effect change as appropriate. Operational excellence, integrity, teamwork, communication and accountability are cornerstones of the organization and the person in this position must be able to execute these roles is a passionate and competent manner.*

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

<u>Interview Questions:</u>

1. **What would you do in your first 30 days on the job?** *- become acquainted with systems - hands on with employees - areas of concern . Put in as much time as possible - Need to know toll ops mission - Establish self as a leader early*

*[margin: Good]*

2. **Please describe your experience in preparing and managing operating budgets.** *Prepare budget for department at DRPA - much smaller scale. Very mature with problems facing toll industry - dwindling funds, gas prices, privatization - Look ways to improve Exp. monitoring toll subsidies - overtime process*

*[margin: Good Answer]*

3. **Tell us about any experience you have in dealing with unions.** *Security work at DRPA - 30 Yrs - DRPA charges for shortage - dealt with conflict resolution - mediation DRPA outsourced recon - likes a problem when Union - solved to help the transition run smooth Handled theft of sources - involved in grievance hearings*

*[margin: Good Experience]*

1

A90

*Thrseuo*
*Sept Tolls*
*2005 - GDO*

4. **How do you motivate employees and hold them accountable for what they do?** Idnfy goals - keep employees focused on goals - great deal of oversight - need to delegate - let team do what's best - pull them if they go off track - keep positive

*God*

5. **How do you handle employees who resist your changes? Please give an example.** Keep lines of communication open - understand their situation attempt to one way they feel this way - explain how their actions affect team - stay focused on goals - there are problems individual - most follow HR rules

*Thought's to example*

6. **Do you have any experience in managing transportation, toll operations, or a related field, if so, please describe.** Plaza level management experience - Betsy Ross & Walt Whitman 8 to 11 years Trenton side was oversight. 1999 - Contributor in E-ZPass & New Toll System - helped setup audit. Expertise in Security - Key in developing VPS

*Staying up to date on Industry Knowledge Marketed Contract God !*

7. **Please describe any experience you have with money-handling operations and the protection of revenues.** DRPA - Revenue Management Manager - Audit collectors Using Video Surveillance - unique accounting system - only 1 of 2 agencies that charge shortages Out sourced counting money - shipping money to bank - required blue vests bus allow them to view video - developed process

*God Experience*

8. **Please describe any experience you have in managing a customer service center.** During DRPA E-ZPass setup - had weekly meetings driving everyone - out sourced CSC. Involved with Violation Processing at onset. Listened to process & sys. familiar with all aspects

*No hands on but experience applicable to job*

D4217

A91

*[handwritten at top right:]* FRASETTI
Supt Toll
2005-61

*[handwritten at top:]* Maxim working with C.C. client lower rates

**9.** Please describe your knowledge of, or experience with, credit card operations and equity.

*[handwritten left margin:]* Answered like DSPA Gives employer

*[handwritten:]* Costs too much - offering incentive to educate towards ACH - need to work around it

Cost the Authority more for C.C. reimbursement. Fewer the better

**10.** Please describe your experience in manual or electronic revenue collection operations, especially any experience in toll collections.

*[handwritten left margin:]* Not the answer I would like but close enough

*[handwritten:]* Developed a system for Cash Escrow System - Armored Car System - Used at CMLF - 400 500

**11.** This position represents the Authority on the E-ZPass Interagency Group, the governing body of E-ZPass toll agencies.  What experience do you have in representing your employer on a professional or industry organization?

*[handwritten:]* Represented DSPA at Violation Processing Team. on V-Tolls JBTTA. presented - Meeting at PA Turnpike - Policy Committee Meetings

*[handwritten left margin:]* Okay

*[handwritten right margin:]* Enjoys sharing Information with Peers

**12.** Please describe any experience you may have with revenue recovery activities, including coordination with law enforcement agencies.

*[handwritten:]* Available to appear in court for DSPA - for collector collection bill in closed lane - stolages Used VPS to track major violator their bills - ($10,000) set up sting operation - just before leaving DSPA. They have been very successful & responsible to this operation - Sho

*[handwritten left margin:]* Good

*[handwritten left margin:]* No Operations

**13.** Have you ever been involved in a price change for customers?  What steps would you take to make sure a toll increase was seamless to customers?

*[handwritten:]* Plan on time - Shut down the lane - stop traffic - phased in - 2 am in the morning - When traffic is a minimum

*[handwritten left margin:]* of public awareness
Not high level - too into the detail

3

D4218

A92

Monsello
Supp Tol
2005-6-0

14. Please tell us about your experience in analyzing complex problems, formulating positions based on organizational needs, presenting positions to senior management, and building consensus among internal/external stakeholders.

Okay - but may have confused by the question

Went through "thought process" of toll increase

15. What questions can we answer for you?

Asked about PMB - ~~~~~ " Allowance for Uncollectable Toll".

Asked about Violation Rate

Asked about Short Term Goals - next 6 month

Asked why we interact

Trudy's question - How many people do you manage

- 25 in tolls

- 13 in audit

- 10 accounting / indirects

Organizal Skills.     9
People Skills      - 9½

Describe Weakness  Get on self too hard about mistakes - bring me down

4

A93

*[handwritten at top: Howard Moon is a potential for this job - He does not have real knowledge skills + abilities.]*

**Delaware River and Bay Authority**
**Interview Questions**

Candidate Name: _Howard Moon_          Date: _8/23/05_

Position:  **Superintendent – Toll Operations**

Interviewed By: _____          Score: _____

*This individual will be a key member of the Maintenance South Leadership Team and will need to provide the requisite organizational leadership to satisfy mission requirements and to effect change as appropriate.  Operational excellence, integrity, teamwork, communication and accountability are cornerstones of the organization and the person in this position must be able to execute these roles is a passionate and competent manner.*

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

**Interview Questions:**

1.  **What would you do in your first 30 days on the job?**

    *[handwritten: Total assessment - Policies  ITCS  Audit  Toll booths / Safety  faults + equipment / Meet w/ Joe DeSantis + Doug Ayers / Meet w/ Jerry  Mike scanlan - all / Robin, Finance, - Show all budgets for a direction from Jim Walls]*

2.  **Please describe your experience in preparing and managing operating budgets.**

    *[handwritten: - 10 yrs of budget experience w/ DRBA / - Proposing Budgets w/ Personnel , forecasts / - Budget analysis for family Business]*

3.  **Tell us about any experience you have in dealing with unions.**

    *[handwritten: AmTRACK - NY Penn station - Train attendant 1.5 yrs / Check heading the Sunny side yards / familiar w/ Union issues]*

    *[handwritten in bracket: Not adequate response]*

1

D4172

A94

*Sept To 2005*

* need to Recognize Performance / hold people before they cost

**4. How do you motivate employees and hold them <u>accountable</u> for what they do?**

- Create an environment where employees motivate themselves
- Create Trust
- Communicate
- Look for Active Participation

**5. How do you handle employees who resist your changes? Please give an example.**

- Resister — try to understand underlying assumptions

Close interface w/ HR

- Gain
- follow policies & procedures

(not adequate before)

looking for the Turn around

**6. Do you have any experience in managing transportation, toll operations, or a related field, if so, please describe.**

3½ yrs toll collector

Transportation — Ferry operations — Some similarity 10 yrs experience in doing so — Active participation w/ entry of his input abort E-Z pass. 1 year of Training gave a lot of insight about ferry shifts. — Volunteered 3010 shift

**7. Please describe any experience you have with money-handling operations and the protection of revenues.**

- in Toll Collection only

As a Toll Collector Only

[Not adequate response] [xxx protection of revenues]

**8. Please describe any experience you have in managing a customer service center.**

- HM believes this is strongest suit. Reservations Center for Cape May Lewes Ferry

* looking to bring back the Customer Centered Culture (Ikea = this to the Blue Ribbon culture

2

D4173

A95

*Sept 2005*

9. Please describe your knowledge of, or experience with, credit card operations and equity.

*Not knowledgeable or hands on*

*Credit Cards are primarily used up*
*Ferry Reservations · [Does he have the*
*Equity issue correct?] — May know accidentally*
*but on xcel Since no hands on experience.*

*Charge lanes*
*Credit cards only*

10. Please describe your experience in manual or electronic revenue collection operations, especially any experience in toll collections.

*No strategy or managerial experience*

*Collector for 3½ years    → Some individual toll collector experience*
*toll collector experience only. No electronic*
*Revenue experience*

11. This position represents the Authority on the E-ZPass Interagency Group, the governing body of E-ZPass toll agencies. What experience do you have in representing your employer on a professional or industry organization?

*Believes he has the ability to represent the Authority*

*Negotiating skills — does not answer the question*
*Spoke about his fathers experience of DRPA*
*[Did not answer the question]*

12. Please describe any experience you may have with revenue recovery activities, including coordination with law enforcement agencies.

*Not adequate*

*Collections of Commercial accounts — Buses*
*7 years of collections*
*[No experience. but has knowledge]*

13. Have you ever been involved in a price change for customers? What steps would you take to make sure a toll increase was seamless to customers?

*"Involved in a lot of price changes for Authority"*
*→ Need to have good Public Relations, need to*
*ensure good communications & Customer Service*
*[No Manager level experience]*

3

D4174

A96

Sept 2005

**14. Please tell us about your experience in analyzing complex problems, formulating positions based on organizational needs, presenting positions to senior management, and building <u>consensus among internal/external stakeholders</u>.**

Complex problem - Call Center management Staffing
establish a standard. Meet customer demand for adequate
Service. Articulate & communicate to management.

Answers on Servers on the fly

Build Consensus - Must find common ground.
- does not necessarily have the experience to justify the answer.

**15. What questions can we answer for you?**

- No questions about the process
  or about the job

---

Jim Walls answers the leadership question

  - deliver results
  - have great relationships

Mgt. Philosophy → = leadership the ability to take
people to a place they did
not think they could go.

Understands the theory but I did not see examples in the interview

  = SC's g mgt.

  = drive to produce results

  = emotional intelligence &
  Self awareness

D4175

A97

# Delaware River and Bay Authority
## Interview Questions

Candidate Name: _Havard Moon_    Date: _____

Position: **Superintendent – Toll Operations**

Interviewed By: _____    Score: _____

*This individual will be a key member of the Maintenance South Leadership Team and will need to provide the requisite organizational leadership to satisfy mission requirements and to effect change as appropriate. Operational excellence, integrity, teamwork, communication and accountability are cornerstones of the organization and the person in this position must be able to execute these roles is a passionate and competent manner.*

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

**Interview Questions:**

1. **What would you do in your first 30 days on the job?**

   - TOTAL ASSESSMENT: SOPs, SAFETYS ISSUE, THIS SYSTEMS, LOOK AT AUDITS, LOOK AT FACILITIES + EQUIPMENT
   - MEET DEPUTYS + STAFF + SUPERVISORS, THEN GET AN PRELIM ISSUES, POLICE, SCANLON, TOLL RECONCILIATION,

   - THEN MEET WITH TIM WITH FEN DIRECTION

2. **Please describe your experience in preparing and managing operating budgets.**

   - 10 YRS - DRBA BUDGETING; PROPOSED BUDGET FOR PERSONNEL, RUNNING PROFIT CENTER

3. **Tell us about any experience you have in dealing with unions.**

   - YES.
   - WORKED FOR AMTRAK AS TRAIN ATTENDANT. (AS A UNION MEMBER) (18 MO
      - R.R ISSUE: DH TO SUNNYSIDE YARD (PHYSICIAN WORD ISSUE)

1

D4206

A98

4. **How do you motivate employees and hold them accountable for what they do?**

– Create environment where employees motivate themselves, recognize & reward employees, let employees talk, involve employees in the process.

– Hold employees accountable, rigorous not ruthless.

5. **How do you handle employees who resist your changes?  Please give an example.**

– Try to understand the employee's issue – be fair & consistent, document, follow appropriate procedures.

– Have good performance metrics in place

*(circled note in margin)* No example given

6. **Do you have any experience in managing transportation, toll operations, or a related field, if so, please describe.**

→ Managing transportation: very familiar, the CMLF has toll booth

→ 3½ years as toll collector – hired 11/92

7. **Please describe any experience you have with money-handling operations and the protection of revenues.**

– Toll collecting – $4-6,000/per ms/F.

– Bus group from BARSO – pays in cash for them self.

– No protection of revenues experience

8. **Please describe any experience you have in managing a customer service center.**

– Reservations customer service center – managed.

– Customer-centric culture – were on the resort place.

D4207

A99

9. **Please describe your knowledge of, or experience with, credit card operations and equity.**

— CREDIT CARDS, RETENTION IS A GREAT CARD OPERATION.

— CREDIT EQUITY/TOLLS ISSUED ACCOUNT REPLENISHMENT WITH CREDIT CARDS, WE USE A BLENDED RATE OF CC FEES, → I WORKED WITH CURR TO LOWER AX FEES.

10. **Please describe your experience in manual or electronic revenue collection operations, especially any experience in toll collections.**

— MANUAL: TOLL COLLECTION FOR 3½ YEARS, THIS IS A CRITICAL JOB.

—

ADMISSION ...

11. **This position represents the Authority on the E-ZPass Interagency Group, the governing body of E-ZPass toll agencies.  What experience do you have in representing your employer on a professional or industry organization?**

*(circled note in margin: DID NOT ANSWER QUESTION)*

— I HAD VERY GOOD NEGOTIATING SKILLS,

— YOU NEED HIGH DEGREE OF EMOTIONAL INTELLIGENCE AND SOCIAL SKILLS.

— EXECUTIVE MBA EXPERIENCE

12. **Please describe any experience you may have with revenue recovery activities, including coordination with law enforcement agencies.**

→ COLLECTIONS FOR COMMERCIAL ACCOUNTS (GULF PARKS) — 7 YEARS EXPERIENCE

13. **Have you ever been involved in a price change for customers?  What steps would you take to make sure a toll increase was seamless to customers?**

→ QUITE A FEW PRICE CHANGES: TOLL INCREASE + GULF PARK INCREASE

→ WANT GOOD PUBLIC RELATIONS

→ MAKE SURE EVERYBODY IS SAYING THE SAME THING, THAT'S WHERE CUSTOMER SERVICE CENTERS ARE IMPORTANT

3

A100

14. Please tell us about your experience in analyzing complex problems, formulating positions based on organizational needs, presenting positions to senior management, and building consensus among internal/external stakeholders.

→ ~~Analyze~~ COMPLEX ISSUES: CALL ~~STAFF~~ CENTER STAFFING + TOO MANY OR TOO FEW, (ESTABLISH STANDARDS, DEVELOP POSITIONS

→ CONSIDER THE VISION OR THE AUTHORITY TO CREATE POSITIONS.

→ BUILDING CONSENSUS: HAVE TO FIND COMMON GROUND, MAKING OBSERVATIONS GETS MOST OF THE ATTENTION,

15. What questions can we answer for you?

Q: "WHAT DO YOU LOOK FOR IN AN EFFECTIVE LEADER?"

Q:

MGMT Philosophy: "TAKE PEOPLE TO A PLACE WHERE THEY DON'T THINK THEY CAN GO"

4

D4209

A101

*as interview went on - Did not express how past experience applied # to this job*

# Delaware River and Bay Authority
## Interview Questions

**Candidate Name:** Howard Moon   **Date:** 8/03/05

**Position:** Superintendent – Toll Operations

**Interviewed By:** _[signature]_   **Score:** 6.75

*This individual will be a key member of the Maintenance South Leadership Team and will need to provide the requisite organizational leadership to satisfy mission requirements and to effect change as appropriate. Operational excellence, integrity, teamwork, communication and accountability are cornerstones of the organization and the person in this position must be able to execute these roles is a passionate and competent manner.*

*This interview is structured so that we can compare and contrast various candidates in order to identify the individuals who are best suited for this role. Please feel free to ask for clarification on any questions.*

## Interview Questions:

1. **What would you do in your first 30 days on the job?**

*Ask Grant Tinney - Dail Asessment - Policies, Procedures, SOPs and Safety. Look at ITCS & TWS*

*Good — took Meet with Managers & Supervisors and CIO, meet with Director of Tech Ops, Meet with Police, Teccon & John Jones - give report to COO*

2. **Please describe your experience in preparing and managing operating budgets.**

*Good Experience — 10 yrs - prepare budget & personnel - a little capital - some forecasting. budget analysis for family business*

3. **Tell us about any experience you have in dealing with unions.**

*No real experience — Yes - worked for Amtrak as rail road police. Contract - most vivid memory. Instrumental in [crossed out] negotiations for both sides - (not part of negotiating team) Familiar with the issues*

1

A102

*Supt Toll*
*2005-GD*

4. **How do you motivate employees and hold them accountable for what they do?** Create environment where employees motivate themselves - build ~~want~~ respect - line of communication open

*Good* Reward System

Protect voices from below -

Get active Participation - Ownership in process

Hold them accountable - rigorous not ruthless

5. **How do you handle employees who resist your changes? Please give an example.** Try to identify underlying assumptions - fair & consistent

*Okay* Follow policies & procedures - document - better to get employee to turn around - good performance metrics in place - need close interface with HR

6. **Do you have any experience in managing transportation, toll operations, or a related field, if so, please describe.** Ferry Ops - toll booths at ferry & at the bridge -

*Poor Answer* Very familiar with ferry port & toll operations -

Very beginning spent a lot of time with Electronic tolls ( 3½ yrs as toll collector ) - As toll collector Put together proposal for permanent shifts

7. **Please describe any experience you have with money-handling operations and the protection of revenues.** Toll Collectors - counted money - interaction others

*Limited Experience* Toll collectors

Handle money in reservations - cash - limited and checks - collection with commercial accounts

8. **Please describe any experience you have in managing a customer service center.** Strongest Point - ~~create~~ developed training programs

*Good Experience* moving in the right direction - concentric customer service -

Developing Programs, Teams, One-Contact

2

D4241

A103

9. Please describe your knowledge of, or experience with, credit card operations and equity.

*[handwritten]* ~~Concern~~ primary ~~concerns~~ credit card issues. Understands concept of equity - price of doing business involved with lower AMEX rate - use to handle charge backs -

10. Please describe your experience in manual or electronic revenue collection operations, especially any experience in toll collections.

*[handwritten]* Collector for — Limited 3½ yrs at bridge - gave different insight on two important — toll collector is - critical job -

11. This position represents the Authority on the E-ZPass Interagency Group, the governing body of E-ZPass toll agencies. What experience do you have in representing your employer on a professional or industry organization?

*[handwritten left margin]* Does Not Apply

*[handwritten]* Good negotiating skills and abilities - competitive advantage in 1987 failure was Commission with DEPA - would see what was going on - must be a person with a high degree of Emotional Intelligence, Communication Skills,

12. Please describe any experience you may have with revenue recovery activities, including coordination with law enforcement agencies.

*[handwritten left margin]* Not really applicable

*[handwritten]* Collection for Commercial Accounts - 7 yrs ~~experience~~ dealing with G.M. of companies. Good knowledge of VES + meeting with Joe DiStefano. Knows about Violators lists

13. Have you ever been involved in a price change for customers? What steps would you take to make sure a toll increase was seamless to customers?

*[handwritten left margin]* OKay

*[handwritten]* Quite a few price changes. Toll increase in tolls and several ferry. Make sure everyone has the same answer - Good PR - Were CSC care in Communicate to customers + people

3

D4242

A104

*Supt Toc*
*2005-6 D*

14. **Please tell us about your experience in analyzing complex problems, formulating positions based on organizational needs, presenting positions to senior management, and building consensus among internal/external stakeholders.** Call Center Mgmt. - Too Many People for Calls / Not Enough People - Must do regression / Staff Array / Look at Standards - try to establish what the statistics are - Work the positions in reservations - based upon needs of business. Articulate & communicate to management

*Answer Way Off Track*

15. **What questions can we answer for you?** connect vision & goals -

Must find common ground -
Yes - out of sight - out of mind
trying to get Top Cap to understand
need for additional support.
Internal - I see yourself
to External customers

Howard's Comments -
"Leadership is the ability to take a group of people to places
they do not think they can go "

Competent
Courageous
Committer
Caring

Good manager will take people under their - when move
on Autonomy will not suffer

Ask tough questions - drive to produce result
Emotional Intelligence - "Self Awareness" "Self Regulation"
Motivations - drive to be Ethical, Moral - Make a difference

4

D4243

A105



# THE DELAWARE RIVER AND BAY AUTHORITY

Delaware Memorial Bridge
Post Office Box 71
New Castle, Delaware 19720
Tel.: (302) 571-6300
Fax: (302) 571-6367

Cape May-Lewes Ferry
Post Office Box 827
North Cape May, New Jersey 08204
Tel.: (609) 889-7200
Fax: (609) 886-1021

## DIRECTOR-FERRY OPERATIONS

### Location: Cape May, NJ

### Salary: $90,716 (Grade F)

**Opening Date: July 29, 2005**                **Closing Date: August 29, 2005**

(External recruitment may continue beyond posting date.)

### POSITION SUMMARY

This position reports to the Chief Operations Officer and directs the development, planning, operation, and administration of the Cape May-Lewes Ferry System and the Three Forts Crossing. The position provides leadership and direction of ferry operations in strict compliance with U.S. Coast Guard regulations and other government laws and regulations to ensure a safe operating environment for employees and the public. This position represents the Authority in ferry affairs and acts as liaison with government agencies and industry contacts to market the ferry system and to improve services. This position directs operations, vessel maintenance, and administrative staff in support of ferry activities. The Director-Ferry Operations reports to the Chief Operations Officer.

### ESSENTIAL DUTIES AND RESPONSIBILITIES

- Directs CMLF and Three Forts ferry activities, including marine operations, customer service, vessel maintenance, and terminal operations
- Serves as the ferry industry domain expert for the Delaware River & Bay Authority
- Working with organized labor force
- Oversees the development and management of new programs, productivity standards, operating procedures, security plans, and strategic business plans
- Supports the Deputy Executive Director in the development and implementation of ferry marketing plans
- Interfaces with regulatory agencies on operational and facilities issues
- Ensures compliance of ferry operations with U.S. Coast Guard (USCG) and other regulatory standards

P 0906

A106

- Acts as the Authority's liaison with the American Bureau of Shipping
- Prepares, coordinates, and manages $20-25 million annual operating budget
- Provides technical and business input on five-year Capital Plan; responsible for execution
- Represents the Authority on committees, boards, and working groups for the development of policies related to the ferry community and industry
- Manages CMLF and Three Forts workforce

## REQUIRED KNOWLEDGE, SKILLS, AND ABILITIES

- Knowledge of effective leadership and management theories, principles, and practices and how to best apply them to ensure optimal effectiveness
- Knowledge of ferry and maritime business procedures and practices
- Management principles and practices of ferry and maritime operations, safety, and maintenance
- Knowledge of state and federal laws, regulations, and certification requirements applying to ferry/maritime operations, maintenance, environment, safety, and security
- Operation and maintenance of ferry vessels, facilities, and equipment
- Financial practices related to ferry transportation systems
- Lead and manage a diverse, highly-skilled workforce in a complex operating environment
- Identify, develop, and implement strategic and tactical plans and solutions
- Create and sustain a positive work environment that enables staff to achieve their priorities
- Attract, develop, and retain capable and committed staff who are dedicated to the success of the Authority
- Establish and maintain effective working relationships with internal and external contacts
- Communicate effectively, verbally and in writing

## MINIMUM QUALIFICATIONS

- Bachelor's Degree in Business or Marine Sciences, or equivalent work experience
- Five years of managerial experience in marine transportation operations, with transportation of vehicles and/or passengers preferred

## LICENSES, REGISTRATIONS, AND CERTIFICATES

- A valid driver's license
- USCG Chief Engineers or Masters license for vessels of the size used in Cape May-Ferry operations and valid U.S. Merchant Mariners Document (MMD) preferred

**************************

Interested applicants must contact the Human Resources office
NO LATER than 4:00 p.m., August 29, 2005.

Trudy Spence-Parker
Chief Human Resources Officer

P 0908

A108

*Internal Applicant*

MUNS 10.31.06
APP-00-1682
20132

## DELAWARE RIVER AND BAY AUTHORITY
### EMPLOYEE APPLICANT FORM

DRBA
EXECUTIVE DEPARTMENT

DRBA
HUMAN RESOURCES DEPT.

2006 OCT 25 P 4: 24

2006 OCT 27 P 12: 06

To be considered for job classifications currently being recruited for by the Authority, all information requested on this form must be completed.

DATE *October 25, 2006*

NAME *Howard L. Moon Jr., MBA*

CURRENT POSITION *Reservations Manager*

POSITION APPLYING FOR *Director of Ferry Operations*

List all relevant experience and/or education that demonstrates that you meet the minimum qualifications and possess the knowledge, skills, and abilities required for the position being applied for (an additional page may be used if necessary). A recent resume may also be attached.

*See attached resume*

D3124

A109

6 South Merriment Drive    Phone: 302-571-6406
Newark, Delaware 19702    Fax:    302-571-6367
   E-mail: howard.moon@villanova.edu

# Howard L. Moon Jr., MBA

**Qualifications Summary**

Broad depth of transportation agency experience in strategic planning and execution, management and leadership, communications, customer service, operations, technology and financial analysis and administration.

**Highlights include but not limited to:**

- Forecasting and driving ferry business and revenue growth
- Working with Port Captain and Marine Operations managing, setting up and adjusting ferry vessel and passenger capacities through ferry system
- Directing and managing the DRBA's most diverse operations work group
- Participating in executive and strategic planning sessions
- DRBA Strategic Planning Communications Task Force Co-Chairman
- Strategic and business plans, DRBA Internet business and Cape May - Lewes Ferry communications, customer service and marketing support business cases
- Conducting financial, statistical and productivity analysis
- Project management and leading ferry operations process action teams
- Developing Cape May - Lewes Ferry Standard Operating Procedures
- Developing Ferry Reservations and Fare System Analysis
- Managing customer service and marketing research, support and development
- Developing, implementing and conducting leadership, customer service and supervisors training programs

**Accomplishments include but not limited to:**

- Increased yearly revenue 246% (seven year period)
- Increased contribution margins 816% and net income 1000+%(seven year period)
- Increased profit margins from -.30 to 65% (seven year period)
- Achieved 85 – 90% excellent customer approval ratings on annual Cape May – Lewes Ferry surveys (five years consecutively)
- Represented DRBA and presented seminar at IQPC Conference in Atlanta, Georgia on Improving Quality through Employee Participation and Buy-In

**Education**

**Villanova University**     **Radnor, Pennsylvania**     **5/04**
**Masters Business Administration**

**International Study and Project Abroad**
- Santiago, Chile
- Buenos Aires, Argentina

D3125

A110

**University of Delaware      Newark, Delaware**                                    5/02
**B.S. Business Administration – Cum Laude**
- Beta Gamma Sigma
- 2002 Alfred Dunn III Business Administration Award
- Golden Key Honor Society

**Executive**        **Harvard University      Boston, Massachusetts**              2/03
**Certificate**      **Driving Organizational Performance**        JFK School of Government

**Professional**     **Delaware River & Bay Authority**             **New Castle, Delaware**
**Experience**       **Reservations Administrator/Manager**         **2/96 – Present**

**Duties, experience and responsibilities include but not limited to:**

- Managing and supervising ferry operations workforce including work allocation, problem resolution, performance planning and reviews, personnel actions, and influencing employees to achieve peak productivity and performance
- Collaborating with Port Captains and ferry management regarding ferry vessels schedules, weather conditions, traffic, operational issues and all vessels matters affecting ferry operations, patrons or general public
- Managing mail in, phone and electronic customer service for ferry operations
- Designing and developing strategic and business plans and business cases, performing industry travel, ferry, economic, marketing and technology research
- Analyzing and reporting financial, technology and economic trends, forecasting revenues, growth and performing cost/volume/profit analysis, and preparing annual operating budget proposals and presenting to budget committee
- Formulating and presenting Internal Factor Analysis Summary (IFAS)
- Conducting Communications Task Force Team presentation before DRBA Senior Leadership and Chain of Command, Communications, Leadership, and Social Functions and Recognition team members
- Conducting presentations before Board of Commissioners and Executive Staff
- Working with Marketing, Public Information Officer and Advertising agencies to develop and implement marketing strategies and programs
- Negotiating contracts, hiring and managing vendors

**Delaware River & Bay Authority**                **New Castle, Delaware**
**Toll Collector Delaware Memorial Bridge**        **11/92 – 1/96**

**Duties, experience and responsibilities include but not limited to:**

- Manual toll collection, money counting and deposits and customer service
- Handling and reporting traffic accidents and emergencies

D312(

A111

**Professional Certificates**

Certificates include but not limited to:

- **Villanova University** - Strategy Execution and Leadership
- **RC Taylor & Associates** - DRBA Executive Management Development
- **KARRASS** - The Effective Negotiating Course
- **University of Delaware** - Supervision and Leadership Certification Program
- **University of Delaware** - Training and Employee Development Program
- **State of Delaware** - Supervision Certification
- **IMCI** - Strategic Planning for Senior Call Center Managers
- **IMCI** - Incoming Call Center Management
- **Rutgers University** – Improving Call Center Processes
- **AT&T College of Call Center Excellence Certification:** Leadership and Strategy Development, Human Resource Planning and Management, Forecasting Call Loads, Maximizing Contact Center and Customer Enabling Technologies, Workforce Management and Scheduling, Customer Satisfaction, Contact Reporting and Tracking, and Benchmarking
- **AMA** - Developing Powerful Employee Orientation Programs
- **AMA** – Coaching and Teambuilding for Managers
- **DRBA** - Blue Ribbon Customer Service (DMB Tolls)
- **DRBA** – SCC Business & Community Outreach - Supervisory Leadership

**Computer Literacy**

Skills include but not limited to:

- Microsoft Word and Corel WordPerfect
- Microsoft Excel and PHStat2
- Microsoft Power-Point and Corel Presentations
- Database Management Software: Oracle and Microsoft Access
- **Specialized Software:** AFOS, BANI, KRONOS, MUNIS, VECTOR(EZ-Pass), Expert Choice, iThink, Nortel Networks Symposium, POM and SPSS

**D3127**

A112

01/22/2008 13:35 FAX 3025716305          DRBA EXEC OFFICES          → MARTINELLI YCST    @001

# The Delaware River and Bay Authority

# EMPLOYEE SERVICE RECORD

EMPLOYEE NUMBER    3377

NAME  MOON,  Howard  L.,  Jr.          S.S. NO.  163-48-14.·    PHONE  302-836-3894 (608) 795-8378

ADDRESS  Mark 70/Condos, Apt. 802       DATE OF BIRTH  5/27/56      SPOUSE
95  Cherry Hill, NJ  08034              MARITAL STATUS  M          S.S.NO.
Old Mill Village, 65 Merriment Dr       SEX  M                     DATE OF BIRTH
Newark, DE 19702                        EDUCATION YRS.    GRAMMAR ___ HIGH ___ COLLEGE ___

| DATE | EVENT | DEPARTMENT | CLASSIFICATION | RATE | REASON OR REMARKS |
|---|---|---|---|---|---|
| 11/20/92 | Physical Exam | | | | Dr. Aldridge |
| 11/23/92 | Hire | Tolls | Toll Collector | $10.00 | 6-month - Temp. |
| 5/30/93 | Inc/chg. | Tolls | Toll Collector I | $12.00 = 24,960.00 | probationary |
| 8/26/93 | OTT | | | | Medical attention |
| 1/1/94 | increase | " | " | $12.788 $26,600.00 | annual |
| 8/4/94 | change rate | " | " | | Permanent |
| 1/1/95 | inc. | " | " | $13.236 = 27,530.00 | annual |
| 1/1/96 | | | | 13.765 = 28,631.00 | Annual |
| 2/29/96 | Change | Ferry Res. | Ferry Reservations Administrator | 30,062.00 | Promotion/Selection Process |
| 1/1/97 | inc | " | " | $30,663.00 | Annual Permanent |
| 1/1/98 | inc | " | " | 31,583.00 | " |
| 12/6/98 | inc. | " | " | 33,793.00 | |
| 1/1/99 | inc | " | " | $34,976.00 | |
| 12-19-99 | inc | " | " | $37,976 | |
| 1/1/2000 | inc | " | " | $39,305.00 | |
| 3-26-00 | CHG | " | " | $46,000 (22.115) P | |
| 1-1-01 | Inc | " | " | 47,150.00 | Annual |
| 1-1-02 | Inc | " | " | 48,565.00 | Annual |
| 1-1-03 | Inc | " | " | 50,264.00 | Annual |
| 1-1-04 | Inc | " | " | 52,275 | Annual |
| 5-16-04 | CHG | " | Ferry Reservations Mgr. | 57,969 | Annual |
| 1-1-05 | ANN | " | " | 59,998 | Annual |
| 1-1-06 | ANN | " | " | 62,240 | Annual |
| 1-1-07 | ANN | " | " | 64,729 | Annual |

A113

**The Delaware River and Bay Authority**    EMPLOYEE SERVICE RECORD

Employee Number __3377__    Social Security # _____

Name __Moon    Howard_____    Phone ( ) _____
     Last     First     Middle
Address _____    Date of Birth _____    Spouse _____
_____    Marital Status _____    S.S.No. _____
_____    Sex _____    DOB _____
_____    Education  Years _____    Grammar _____
     High School _____    College _____

| Date | Event | Department | Classification | Rate | Reason or Remarks |
|------|-------|------------|----------------|------|-------------------|
| 1-1-08 | ANN | CMLF | Ferry Res. Manager | 66,671 | Annual |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

A114



**WILCOX & FETZER LTD.**

In the Matter Of:

# Moon

## v.

# The Delaware River and Bay Authority

### C.A. # 05-261-JJF

---

### Transcript of:

### Moon, Howard, Jr. - Vol. 1

### February 13, 2007

---

Wilcox and Fetzer, Ltd.
Phone:  302-655-0477
Fax:  302-655-0497
Email:  depos@wilfet.com
Internet:  www.wilfet.com

A115

## Moon v. The Delaware River and Bay Authority
## Howard L. Moon, Jr.

Page 93

1    A.    Yes.

2    Q.    I would like to direct your attention to the

3  second page labeled in the corner D0443.  The top

4  paragraph, I guess the second sentence in that

5  paragraph states "our records indicate that the

6  Authority, through this program," referring to the

7  educational benefits program, "has made payments on

8  your behalf in the amount of $27,745.14."

9          Do you have any reason to dispute that

10  figure?

11    A.    Yes.

12    Q.    What information do you have that that figure

13  is incorrect?

14    A.    The $27,000 doesn't encompass the programs paid

15  for that are depicted on this sheet here (indicating).

16  It only relates to University of Delaware.

17    Q.    So the figure, the total figure is actually

18  higher than that?

19    A.    The total figure is higher, yes.

20    Q.    Do you have any estimate as to how much higher?

21    A.    No.

22    Q.    So this, I believe, just encompasses education

23  as opposed to training.  Is that correct?

24    A.    It encompasses the degreed program at the



**WILCOX & FETZER LTD.**

In the Matter Of:

# Moon

v.

# The Delaware River and Bay Authority

C.A. # 05-261-JJF

Transcript of:

# Moon, Howard, Jr. - Vol. 2

Volume # 2

February 28, 2007

Wilcox and Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: depos@wilfet.com
Internet: www.wilfet.com

Moon v. The Delaware River and Bay Authority
Howard L. Moon, Jr.

Page 306

1    the COO and all the top managers under his control:

2    Director of Bridge Operations, Director of Ferry

3    Operations, Director of Engineering, Police

4    Administrator, Director of MIS, Director of Technical

5    Operations, Director of Airports and Director of Human

6    Resources."

7                I was selected by Jeff Lewis to train with

8    them as a future executive leader.  He also spent a

9    lot of time and he was instrumental in pushing me

10   towards the executive M.B.A. program to get a broader

11   perspective on how to manage five divisions.  And if

12   you look in the letter that you presented, he also

13   makes that on his recommendations to Villanova.  He

14   also spent a lot of time going through the official

15   statement teaching me how the organization worked.

16                So, yes, I did have experience.

17   Q.    Your experience being through this training

18   program that you described?

19   A.    Through the training, through strategic

20   planning, through presentations before the board of

21   commissioners, through being mandated to attend

22   commission meetings, through experience working and

23   meeting weekly with the executive director.

24   Q.    Did you manage a budget of over $50 million at

Wilcox and Fetzer, Ltd.  Registered Professional Reporters         302-655-0477
Electronically signed by Kurt Fetzer (001-392-517-4448)                    b611bbbc-5d64-4186-a3eb-bdd00b3998fd

A118

Moon v. The Delaware River and Bay Authority
Howard L. Moon, Jr.

Page 307

1    the time you applied for this position?

2      A.    No.

3      Q.    Did you manage more than 450 employees?

4      A.    No.

5      Q.    Did you have experience with organized labor?

6      A.    I've had experience in the past with organized

7    labor, yes.

8      Q.    What was your experience?

9      A.    I worked for Amtrak.

10     Q.    You worked for Amtrak?

11     A.    Yes.

12     Q.    What experience did you have with organized

13   labor at Amtrak?

14     A.    Negotiating union contracts between the

15   railroad porters union with Amtrak and working with at

16   the time I believe his name was Mr. Hamilton and was

17   very instrumental in negotiating contracts.

18     Q.    You negotiated union contracts?

19     A.    Well, I was instrumental in bringing the two

20   sides together, yes.

21     Q.    Did you sit at the table and negotiate those

22   contracts?

23     A.    Well, I was brought in, as I said.  One of the

24   main issues was there was an issue at the time that

Wilcox and Fetzer, Ltd.  Registered Professional Reporters          302-655-0477
Electronically signed by Kurt Fetzer (001-392-517-4448)                           b611bbbc-5d64-4186-a3eb-bdd00b3998fd

A119

Moon v. The Delaware River and Bay Authority
Howard L. Moon, Jr.

Page 308

1    it's called Sunnyside Yards, whether we would get

2    paid.  There was an issue in terms of solving the

3    contract whether we would get paid for deadheading at

4    the Sunnyside Yards.  And, yes, I brought the two

5    sides together and was very instrumental in helping to

6    negotiate and finish that contract, yes.

7        Q.    On the union side?

8        A.    Yes.

9        Q.    Is that the kinds of experience you understood

10   to be required by the job posting?

11       A.    It said experience with organized labor.

12       Q.    It also said interpreting policy regarding

13   labor issues.

14       A.    Now, where are you referring to?

15       Q.    We'll come back to that.

16            Moon Exhibit 20, which you I think still

17   have in front of you, the posting on the final page,

18   2166 at the bottom right-hand corner.

19       A.    Mm-hmm.

20       Q.    It says under Abilities the first one is "Able

21   to interpret policy regarding labor issues in a

22   consistent manner."

23       A.    Right.

24       Q.    The experience you described with unions at

Wilcox and Fetzer, Ltd. Registered Professional Reporters        302-655-0477
Electronically signed by Kurt Fetzer (001-392-517-4448)                    b611bbbc-5d64-4186-a3eb-bdd00b3998fd

A120

Moon v. The Delaware River and Bay Authority
Howard L. Moon, Jr.

Page 309

1    Amtrak, did that give you the ability to interpret

2    policy regarding labor issues?

3        A.    That's just one of the many things that gives

4    me the ability to interpret.  There's a lot of other

5    things within my past experience that gives me the

6    ability to interpret policy.

7        Q.    Did you have the experience interpreting

8    policy?

9        A.    Well, as I said, as being part of a union and

10   spending hours studying and reading, yes.

11       Q.    Did you have experience with facility

12   management?

13       A.    Could you explain the question when you say,

14   "experience"?  Do I have experience --

15       Q.    In facility management.

16       A.    I was experienced being exposed to facilities

17   management being a part of the management team at the

18   DRBA, yes.

19              Do I have it?  Yes.

20       Q.    You have experience in facility management?

21       A.    I have experience and exposure to facility

22   management and an understanding of what goes on within

23   that, yes.

24       Q.    My question is not whether you have been

Wilcox and Fetzer, Ltd.  Registered Professional Reporters          302-655-0477
Electronically signed by Kurt Fetzer (001-392-517-4448)                    b611bbbc-5d64-4186-a3eb-bdd00b3998fd

A121

Moon v. The Delaware River and Bay Authority
Howard L. Moon, Jr.

Page 310

1    exposed to it but whether you have experience in it.

2       A.    Well, if you are exposed and you work with it

3    in the context and it's a part of meeting every week

4    and hearing all the issues, then, yes, I have

5    experience.

6       Q.    So your experience consists of having meetings

7    with facility management people and others on a

8    regular basis?

9       A.    In being a director, yes, every Monday morning

10   we would meet with the executive director to where

11   facilities and engineering would come up and be part

12   of the topic.

13            To that extent, yes, I did have

14   experience.

15      Q.    Did you have knowledge of relevant economic,

16   financial, political and government trends in which

17   The Authority operates?

18      A.    Yes.

19      Q.    Can you explain that?

20      A.    I've been with The Authority, as I said, for

21   almost fourteen years.  I've sat through commission

22   meetings for years.  I've sat through management

23   meetings for years.  I have done studies and I have

24   the education and I have studied the areas so, yes, I

Wilcox and Fetzer, Ltd.  Registered Professional Reporters        302-655-0477
Electronically signed by Kurt Fetzer (001-392-517-4448)                    b611bbbc-5d64-4186-a3eb-bdd00b3998fd

A122

Moon v. The Delaware River and Bay Authority
Howard L. Moon, Jr.

Page 326

1   these proceedings was the fact that when they cut the

2   reservation budget, when Walls went in and slashed my

3   budget, cut the budget, Harry, nor Heath Gehrke was

4   made aware until after he had done it.

5       Q.   Do you have experience in ferry and maritime

6   business practices?

7       A.   Yes, I do.

8       Q.   And what is that experience?

9       A.   I've been in ferry operations for almost twelve

10  years and my job directly works with the port

11  captains.  I deal with regulatory issues with the

12  Coast Guard.  If you look on past documentation, you

13  will see me copied.  You will see me copied on the

14  hurricane policy.

15          I was involved in a lot of the strategic

16  planning and the decisions.  I've led process action

17  teams and I work for ferry operations.

18      Q.   In reservations, correct?

19      A.   Reservations is a part of ferry operations.

20      Q.   And you believe that being copied on memos

21  makes you qualified in that area?

22      A.   No.  I work within the process, everything from

23  vessels schedules.  Prior to this new system all the

24  vessel schedules was coordinated through me, the

Wilcox and Fetzer, Ltd.  Registered Professional Reporters          302-655-0477
Electronically signed by Kurt Fetzer (001-392-517-4448)                          b611bbbc-5d64-4186-a3eb-bdd00b3998fd

A123

Moon v. The Delaware River and Bay Authority
Howard L. Moon, Jr.

Page 327

1  capacities that are put on the vessels when you're

2  setting up PCU's, which are per car units.  That

3  determines the allocation of space between the

4  vehicles, the amount of passengers, what the cap --

5  anything that affects those ferry boats involves me

6  because it deals not only with communications within

7  the organization but externally to outside of the

8  organization.

9           So, again, I have twelve years experience

10 in ferry operations, including marine.

11 Q.   You feel qualified to walk in and run the

12 entire ferry operations?

13 A.   Well, I am qualified to go in and run it.

14 Q.   Do you have a Coast Guard chief engineer's or

15 master's license?

16 A.   No, I don't.

17 Q.   Do you have a U.S. merchant mariner's document?

18 A.   No.

19 Q.   Do you have managerial experience in

20 transportation, marine transportation operations?

21 A.   Yes.

22 Q.   And is that the experience that you've already

23 described?

24 A.   Well, part of the experience.  As I said, the

Wilcox and Fetzer, Ltd.  Registered Professional Reporters          302-655-0477
Electronically signed by Kurt Fetzer (001-392-517-4448)                    b611bbbc-5d64-4186-a3eb-bdd00b3998fd

A124

Moon v. The Delaware River and Bay Authority
Howard L. Moon, Jr.

Page 328

1   way it's termed I do have experience managing in that

2   environment and working with marine operations.

3       Q.   Do you have knowledge of the operation and

4   maintenance of ferry vessels, facilities and

5   equipment?

6       A.   Yes, I do.

7       Q.   Anything more than what you have already

8   described?

9       A.   For twelve years I sit through maintenance and

10  I sit through staff meetings on a weekly basis.  I've

11  been down to Norfolk.  I've been to the shipyard.

12  I've sat through engineering meetings as we've

13  redesigned and rebuilt those vessels.

14          Actually, the experience where I talked

15  about the plane where we had to make the emergency

16  landing in Norfolk, that was with Glenn Cox, who was

17  the port engineer at the time, and Mike Harkins.  I

18  have enormous experience in ferry operations,

19  everything from vessel, vessel design, vessel

20  maintenance, the overall moving of the ships, the

21  maritime law, the Homeland Security issues, parking

22  lot issues, logistics.  You name it, I have broad

23  experience within ferry operations.

24      Q.   So anyone else present at these meetings that

Wilcox and Fetzer, Ltd.  Registered Professional Reporters          302-655-0477
Electronically signed by Kurt Fetzer (001-392-517-4448)                    b611bbbc-5d64-4186-a3eb-bdd00b3998fd

A125

Page 1

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE


HOWARD L. MOON, JR.          :   C.A. No. 05-261 (GMS)
     Plaintiff              :   C.A. No. 07-358 (GMS)
                            :
     - vs -                 :
                            :
THE DELAWARE RIVER AND BAY   :
AUTHORITY                   :
     Defendant              :


        ORAL DEPOSITION OF JAMES JOHNSON, JR., taken

before Nancy R. Toner, Registered Professional Reporter,

Notary Public, at the offices of Young, Conaway, Stargatt

and Taylor, 1000 West Street, Wilmington, Delaware on

Wednesday, February 20, 2008, commencing at 10:05 a.m.




                KARASCH & ASSOCIATES
           REGISTERED PROFESSIONAL REPORTERS
              PENNSYLVANIA AND DELAWARE
                   800-621-5689

A126

Johnson, James T., Jr. - Vol. 1

Page 103

1  different technical reasons or career moves.

2      Q.   So this conversation you had with Mr. Moon

3  was after he was denied the position of COO,

4  correct?

5      A.   I believe that's what it was.  And I

6  believe that either there was some form of

7  correspondence or something that initiated that

8  meeting.

9      Q.   So you personally met with Mr. Moon to

10  talk about why you believe he was denied the

11  position?

12      A.   I believe what may have happened is there

13  was a request or something to find out why Howard

14  was not a successful candidate on the short list.

15      Q.   And that would have been made by Mr. Moon,

16  the request was made by him?

17      A.   I believe.  I don't remember exactly.  I

18  don't think it was something that I would have

19  initiated with people who did not make the short

20  list.

21      Q.   And you explained to him he didn't make

22  the short list of candidates and that's why he did

23  not obtain the position, correct?

24      A.   Yes.

25      Q.   And you told him that there was an outside

Johnson, James T., Jr. - Vol. 1

Page 104

1  firm that was retained in order to evaluate the list

2  of candidates, correct?

3      A.   That's correct.

4      Q.   And that's The Touchstone Group?

5      A.   That's correct.

6      Q.   Who hired The Touchstone Group?

7      A.   The Board.  I signed the contract, I

8  believe.  But it was through Board approval.

9      Q.   Did you recommend to the Board to hire an

10 outside agency such as Touchstone?

11     A.   Yes.  I recommended that the process --

12 recognizing what was going on in the organization at

13 the time with the previous executive director that

14 this would be a proper thing to do, would be going

15 outside of this organization and have someone

16 independent review applications and whatnot for that

17 position.

18     Q.   How did you come across The Touchstone

19 Group?  Did you work with them at DelDOT or prior

20 employment?

21     A.   During my employ at DelDOT, there was a

22 particular position -- I don't remember which one --

23 but at that time there was an outside service used

24 for that particular position.

25          When I got to the place of recommending to

Johnson, James T., Jr. - Vol. 1

Page 115

1    potential applicant would submit a resume and submit

2    their name for consideration and you would forward

3    that to the Touchstone Group?

4        A.    No.   I believe what it says here, present

5    employees who meet the requirements and want to be

6    considered for this position must submit a resume

7    and salary history to NAS Confidential Reply, 1601

8    Walnut Street, Suite 400, Philadelphia PA, 19102.

9        Q.    Was that an address set up by Touchstone

10   Group or set up by DRBA?

11       A.    It was set up by The Touchstone Group I

12   believe.

13       Q.    And it's your understanding that Mr. Moon

14   as well as others submitted a resume and their name

15   for consideration as COO, correct?

16       A.    Correct.

17              MR. HALL:  Can I have that document

18       marked as Exhibit 8.

19   EXHIBIT:

20              (Whereupon, EXHIBIT 8 was marked for

21       identification.)

22   BY MR. HALL:

23       Q.    What was your understanding in your

24   communications with -- is it Ms. Smith or

25   Mr. Lange -- about how the procedure would work at

Johnson, James T., Jr. - Vol. 1

Page 116

1  that point in evaluating potential applicants to the

2  COO position?

3       A.   They established like a scoring criteria

4  and utilized a scoring criteria from the resumes

5  that were submitted.  And then they scored those

6  candidates.

7       Q.   Were you involved at all in scoring

8  potential candidates?

9       A.   No.

10      Q.   Who would score the candidates?

11      A.   Touchstone.

12      Q.   Do you know specifically whether it was

13 Mr. Lange or someone else?

14      A.   I think it may have been Mr. Lange and/or

15 Ms. Smith.

16      Q.   Sir, I'm going to show you a letter and

17 some attached documents from The Touchstone Group.

18 It's identified D-2460 to D-2466.  Do you see that,

19 sir?

20      A.   Yes, I do.

21      Q.   Can you identify that document for me?

22      A.   This is a letter from Touchstone

23 Partnership signed by Edward L. Lange to Mr. Howard

24 Moon dated November 14th, 2002.

25      Q.   And is it fair to say that this letter

Johnson, James T., Jr. - Vol. 1

Page 118

1          A.    That's right.  That's what -- yes.

2          Q.    And down at the bottom of that document,

3     it has prepared by and it appears to be two sets of

4     initials.  Do you know --

5          A.    I think -- sorry.

6          Q.    My question was do you know who signed the

7     document or initialed the document?

8          A.    I believe who would have initialed it SL,

9     that's Skip Lange; and JS looks like is Joey Smith.

10         Q.    Did you have any role or process --

11         A.    No.

12         Q.    -- in evaluating Mr. Moon or any of the

13    other applicants of COO --

14         A.    No.

15         Q.    -- with this scoring located on D-2461?

16         A.    No.

17         Q.    The total points shown on the COO position

18    is 6 out of 11 under total score; is that correct?

19         A.    That's what it looks like, yes.

20         Q.    Did I read that right?

21         A.    Yes.

22         Q.    Did you have any role in evaluating or

23    making a final determination as to who ultimately

24    was --

25         A.    After the short listing?

Johnson, James T., Jr. - Vol. 1

Page 119

1      Q.   Yes, sir.

2      A.   After the short listing, a number of

3  candidates came in for interviews.  Those interviews

4  were conducted with myself and other members of the

5  senior staff at the time.

6          I believe it was Don Rainear who is the

7  deputy executive director.  I believe the CFO, Brad

8  Hopkins.  And I believe the personnel committee,

9  which consisted of a group of commissioners at the

10 time.  There was an interview panel at that point.

11         After that was done, I believe I

12 interviewed -- actually, it was Brad Hopkins, Don

13 Rainear, and myself interviewed candidates again for

14 maybe a second round.

15     Q.   Do you know --

16     A.   And what I would have done was I would

17 have recommended to the Board a candidate for this

18 particular position.

19         There may have been some discussion at the

20 time about the candidates or candidate.  But I did

21 make a recommendation to the Board for a particular

22 candidate.  And then that went to the form of a

23 resolution which the Board passed in a public

24 session.

25         It did not include the person's name.  It

Johnson, James T., Jr. - Vol. 1

Page 121

1   round of interviews they may have provided

2   references.

3          And I may have checked maybe one or two

4   references that were on Mr. Walls' documents.   I

5   don't remember who the actual names of the people

6   were or anything at the time.  But I do remember

7   contacting a reference or two references.

8          Q.   Was there any correspondence between you

9   and The Touchstone Group concerning the short list

10  of candidates that were interviewed?

11         A.   I don't recollect.

12         Q.   How is it that you knew that these are the

13  candidates that The Touchstone Group recommended to

14  you?

15         A.   I'm sorry.  They would provide the listing

16  of the short-listed candidates that I was to

17  schedule to go beyond with probably the resumes and

18  scoring information for that group.

19         Q.   For those group of individuals that were

20  recommended by The Touchstone Group for you to

21  interview and move on to the next process?

22         A.   Yeah.  As I said before, I did receive all

23  of the applications at some point after -- it was

24  either after the short listing or after the process

25  was over.  I don't remember exactly when.

Johnson, James T., Jr. - Vol. 1

Page 122

1          MR. HALL:  Let's mark this as the
2      next exhibit.
3  EXHIBIT:
4          (Whereupon, EXHIBIT 9 was marked for
5      identification.)
6  BY MR. HALL:
7      Q.   All of the writing that would be on Page
8  D-2461 of Exhibit No. 9 would have been by someone
9  from The Touchstone Group?
10     A.   That's what I would believe.
11     Q.   And they came up with this form on how
12  to --
13     A.   They did.
14     Q.   -- rank -- how to rank the particular
15  candidates -- you have to let me finish because the
16  court reporter will kick us both out of the room in
17  a few minutes.
18     A.   Sorry.
19     Q.   This scoring was developed by The
20  Touchstone Group and they provided then the list of
21  candidates that they recommended you should move
22  forward with based on this scoring?
23     A.   Yes.
24     Q.   Did you have any discussions with
25  Ms. Smith or Mr. Lange about the scoring format or

A134

Johnson, James T., Jr. - Vol. 1

Page 128

1    fact that a candidate did not make the short list,

2    what I can remember.

3         Q.   When you made the recommendation to hire

4    Mr. Walls, that was based on your personal belief

5    through the interviewing process and the

6    recommendation from Touchstone as well?

7         A.   I think that was based on the interviews.

8    I think that was based on the commissioner's

9    feedback at the particular time because the

10   commissioners did sit in on the interview process

11   and they did express some opinions.

12            What they were, I can't tell you the

13   exact.  I know they had feelings and expressed

14   feelings.  They are not shy on expressing feelings.

15            So I think it was my recommendation.  But

16   I don't think if -- I don't think that if I made a

17   recommendation that was contrary to their feelings

18   that it would have moved forward.

19        Q.   Did you interview Mr. Walls with respect

20   to issues on diversity and racial discrimination and

21   handling issues like that in the workforce?

22        A.   I do remember discussing union issues and

23   that was about it.  So, no.

24        Q.   You don't recall discussing with him

25   diversity?

Page 169

IN THE U.S. DISTRICT COURT IN AND FOR THE
DISTRICT OF DELAWARE

- - -

HOWARD L. MOON, JR.,            :
                               :
    Plaintiff,                 : No. 05-261GMS/07-358GMS
                               :
    Vs.                        :
                               :
THE DELAWARE RIVER & BAY       :
AUTHORITY,                     :
                               :
    Defendant.                 :


- - -
WEDNESDAY, APRIL 2, 2008
- - -
VOLUME II


        Continuing oral deposition of JAMES T. JOHNSON,
JR., taken pursuant to Notice, before Shari Bowen,
Certified Shorthand Reporter and Notary Public, at
Young, Conaway, Stargatt & Taylor, LLP, 1000 West
Street, 17th Floor, Wilmington, Delaware, commencing at
10:00 a.m.


KARASCH & ASSOCIATES
REGISTERED PROFESSIONAL REPORTERS
PENNSYLVANIA and DELAWARE

Page 258

1    I --

2        Q.    Marylou Dudley, D-U-D-L-E-Y?

3        A.    Marylou's is at the ferry as well as Cape

4    May.

5        Q.    Are you aware of whether she's received a

6    promotion?

7        A.    She was Glenn Cox's secretary or

8    administrative assistant at a particular point in time.

9    If she's gotten -- I don't know.

10        Q.    Andrew Johnson, same question?

11        A.    Andrew Johnson is in computer.

12        Q.    Do you know whether he was promoted to system

13    administrator in 2005?

14        A.    If that's what you're -- if that's what

15    you're attesting then I guess --

16        Q.    You don't have any reason to dispute it?

17        A.    I don't -- I don't have no -- yes.

18        Q.    Heath Gehrke?

19        A.    Yes.

20        Q.    He was promoted?

21        A.    Yes.  He came in as the Assistant Director

22    and he was promoted through a posting Director of Ferry

23    which is --

24        Q.    In June of 2005; correct?

25        A.    If that's the date.

A137

```
            IN THE UNITED STATES DISTRICT COURT
            IN AND FOR THE DISTRICT OF DELAWARE

                        - - -


HOWARD L. MOON, JR.,          :

       Plaintiff,             :

       -vs-                   :C.A. No. 05-261 GMS/07-358GMS

THE DELAWARE RIVER AND        :
BAY AUTHORITY,
                              :
            Defendant.
```

```
            DEPONENT:   Consuella Petty-Judkins

            DATE:       Thursday, March 20, 2008

            TIME:       10:05 a.m.

            PLACE:      1000 West Street, 17th Floor
                        Wilmington, DE

            REPORTER:   Lorraine Shickora, CRS-DEL#199
                        And Notary Public
```

KARASCH & ASSOCIATES
REGISTERED PROFESSIONAL REPORTERS
PENNSYLVANIA and DELAWARE
(800) 621-5689

Petty-Judkins, Consuella - Vol. 1

Page 22

1    concerned about your level of experience working as an EEO

2    officer given that you'd only worked for about a year and

3    a half to two years at the most at MBNA in their human

4    resources department?

5        A.      Not that I recall, no.  I was asked very

6    specific questions that pertain to the position but I

7    don't recall.

8        Q.      What was your goal or what was your job

9    responsibility as you saw it as the EEO compliance officer

10   and recruitment coordinator for The Authority when you

11   began in August of 2003?

12       A.      Well, I wasn't hired as a coordinator.  I was

13   hired as a manager.  So I -- when I came in I was

14   basically -- the objective that I was given is that they

15   really needed to take a strong program in place that would

16   incorporate doing some type of diversity recruitment

17   getting out into the communities, attending venues,

18   something that the DRBA had never done before.  They

19   wanted someone who was familiar with diverse organizations

20   and associations that were out there and they really

21   wanted someone who had the ability to put in place some

22   type of affirmative action plan.

23       Q.      When you started work in August of 2003 did

24   you at that time begin to learn that there were grievances

25   and lawsuits that had been filed by African American

Petty-Judkins, Consuella - Vol. 1

Page 26

1   Q.   And what efforts did you make in order to try

2   to bring in minorities to The Authority?

3   A.   I aggressively started applying, filling out,

4   attending job fairs.  I attended job fairs in Delaware;

5   attended them as far as Washington to New York.  I started

6   putting listings in Hispanic magazines.  I contacted

7   minority organizations, various organizations for Asian

8   Americans, for Hispanic or African American.  I put job

9   postings on their websites.  I attended diversity job

10  fairs.  I started attending historical black colleges and

11  universities, again as far as D.C. to Delaware.  I put

12  things online.  I did a number of things.

13  Q.   Okay.  Was one of your responsibilities also

14  to see that the current or existing minority employees

15  were given full and adequate opportunities to advance

16  within The Authority?

17  A.   I would assume that that would have been one

18  of the things but I don't recall specifically having a

19  conversation about that at that time.  The objective

20  wasn't to exclude any of the minority employees from

21  applying for any positions.  But early on I don't recall

22  really when we first started out having too many minority

23  employees who initially applied for a lot of the positions

24  for the first set of positions that we had out there.  I

25  think if I had maybe two or three.

A140

Petty-Judkins, Consuella - Vol. 1

Page 165

1            MR. HALL:  Why don't we mark that as the

2      next exhibit.

3            (Exhibit No. 3 marked for identification.)

4   BY MR. HALL:

5      Q.      Do you know what Mr. Frasetto was doing, what

6   his employment was at the time that he applied for the

7   position of superintendent of tolls?

8      A.      No.

9      Q.      Do you know why when Mr. Frasetto put down

10  managed customer service issues and disputes on the toll

11  plazas you gave him credit for management experience but

12  when Mr. Moon wrote down marine experience on his resumé

13  you did not give him any points on that?

14     A.      Marine experience for being a ferry

15  reservations manager?

16     Q.      Or for the director of ferry operations.

17     A.      Because as a ferry reservation manager what

18  experience would he have?  If it wasn't explicitly written

19  in his resumé I wouldn't give him points for being -- an

20  experience that related to a marine vessel when you run a

21  customer service center.

22     Q.      That's my point here exactly.  Why did you

23  give credit to Mr. Frasetto for management listing it down

24  there simply because it's listed in his resumé but not Mr.

25  Moon when he listed marine experience in his resumé?

Page 184

IN THE U.S. DISTRICT COURT IN AND FOR THE
DISTRICT OF DELAWARE

- - -

HOWARD L. MOON, JR.,            :
                                :
      Plaintiff,                : No. 05-261GMS/07-358GMS
                                :
      Vs.                       :
                                :
THE DELAWARE RIVER & BAY        :
AUTHORITY,                      :
                                :
      Defendant.                :


- - -
WEDNESDAY, APRIL 2, 2008
- - -
VOLUME II


      Continuing oral deposition of CONSUELLA
PETTY-JUDKINS, taken pursuant to Notice, before Shari
Bowen, Certified Shorthand Reporter and Notary Public,
at Young, Conaway, Stargatt & Taylor, LLP, 1000 West
Street, 17th Floor, Wilmington, Delaware, commencing at
1:50 P.m.


KARASCH & ASSOCIATES
REGISTERED PROFESSIONAL REPORTERS
PENNSYLVANIA and DELAWARE

A142

Petty-Judkins, Consuella - Vol. 2

Page 195

1     A.    Correct.

2     Q.    And you told me that the only thing you would

3  do is review the resume that was submitted by Mr. Moon

4  in evaluating this checklist; correct?

5     A.    I would review whether it was a resume,

6  whether it was an application, whether it was any

7  additional materials that he would attach to it.

8     Q.    Right.  But you never spoke to anybody in the

9  ferry operations department concerning Mr. Moon's

10  experience or his work, you just basically looked at

11  what was in front of you; is that fair to say?

12     A.    At the time I scored the sheet, that is

13  correct.  And then I would take them in along with the

14  other ones that were scored to Mr. Walls, and we would

15  review them together and that way if there was

16  something that was missed in Howard's resume, he felt

17  maybe I had mistaken, then he could have very easily

18  have said, I disagree with this.  There's some

19  qualifications I know that Howard has, I want to put

20  him into a process and that never came about.

21     Q.    Right.  Did you talk to Mr. Walls about

22  Mr. Moon's application for the Assistant Director of

23  Ferry Operations?

24     A.    Yes, we would have reviewed that.

25     Q.    And who made the decision between Mr. Walls

A143

Petty-Judkins, Consuella - Vol. 2

Page 196

1   or you as to whether Howard would move forward in the

2   process and get an interview?

3        A.    For the Assistant Director of Ferry?

4        Q.    Yes, ma'am.

5        A.    That would have been a discussion that Jim

6   Walls and I would both have.

7        Q.    And what was the conclusion on that?

8        A.    That he did not meet the minimum quals to get

9   an interview.

10        Q.    And why is that?

11        A.    I think we both felt that he did not have the

12   marine backing that was listed in the job description

13   at the time, whether it was a license, whether it was

14   specific things that related to operating and running a

15   vessel, could have been a number of things.

16   Specifically I remember those.

17        Q.    Okay.   But marine background stood out as

18   something you remember being discussed with Mr. Walls

19   as to why Mr. Moon was not one of the candidates

20   recommended for interview for Assistant Director of

21   Ferry Operations; correct?

22        A.    Correct.

23        Q.    And do you have a marine background?

24        A.    No, I do not.

25        Q.    Does Mr. Walls have a marine background?

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HOWARD L. MOON, JR.,                          )
                                              )
            Plaintiff,                        )
                                              )   C.A. No. 05-261-GMS
      v.                                      )   C.A. No. 07-358-GMS
                                              )
THE DELAWARE RIVER AND BAY AUTHORITY,         )
                                              )
            Defendant.                        )

## AFFIDAVIT OF JAMES H. WALLS

I, James H. Walls, under penalty of perjury, do hereby declare as follows:

1.     I am the Chief Operations Officer ("COO") of the Delaware River and Bay Authority, a position I have held since March 3, 2003.

2.     As Ferry Reservations Manager for the Cape May-Lewes Ferry, Plaintiff Howard L. Moon, Jr. ("Moon") supervises two permanent full-time employees, and additional part-time employees hired on a seasonal basis.

3.     Moon reports directly to Heath Gehrke ("Gehrke"), Director of Ferry Operations, who in turn reports to me.

4.     For the Director and Assistant Director of Ferry Operations openings, the initial screening process was similar.

5.     Consuella Petty-Judkins would do an initial review of the applications and make recommendations to me regarding which candidates should be interviewed for the position.

6.     Ms. Petty-Judkins and I would review her recommendations and I would make the final decision on who would be interviewed for the positions.

A145

7.      For both the Director and Assistant Director of Ferry Operations positions, Ms. Petty-Judkins and I were in agreement that Moon was not qualified based on his lack of marine operations experience, and did not move him forward for an interview based on this.

8.      All of the candidates who were interviewed for these positions had what we believed to be significant marine operations experience.

9.      For the Superintendent of Tolls Operations opening, I made the final decision as to who would be interviewed for the position based on Ms. Petty-Judkins' recommendations.

10.     Along with Ms. Petty-Judkins, Gerry DiNicola-Owens, and P.J. Wilkins (who was from outside the DRBA), I sat on an interview panel for the selection of this position in 2004.

11.     Following the interviews, I concurred with the other panel members that none of the interviewed applicants should be selected for the position, and that we would need to re-advertise the position.

12.     In 2005, we reposted for the opening, and Moon was again interviewed for the position.

13.     The interview panel for the 2005 selection process was comprised of DiNicola-Owens, Trudy Spence-Parker, and me.

14.     It was the consensus of the panel following Moon's interview that his answers were inadequate and often non-responsive, demonstrating his lack of knowledge of this line of business.

15.    The panel made the decision to hire Richard Frasetto ("Frasetto"), an outside candidate who had direct relevant work experience at the Delaware River Port Authority, and whose answers to the interview questions demonstrated a thorough understanding of toll operations.

_____
JAMES H. WALLS

SWORN TO AND SUBSCRIBED before me, a Notary Public, for the State of Delaware in and for New Castle County this 8th day of May, 2008.

_____
Notary Public

_____
Commission Expires    9/17/2009

DB01:2539661.2

051649.1010

A147

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HOWARD L. MOON, JR.,                          )
                                              )
            Plaintiff,                        )
                                              )
                                              )    C.A. No. 05-261-GMS
            v.                                )    C.A. No. 07-358-GMS
                                              )
THE DELAWARE RIVER AND BAY AUTHORITY,         )
                                              )
            Defendant.                        )

**AFFIDAVIT OF JAMES T. JOHNSON, JR.**

I, James T. Johnson, Jr., under penalty of perjury, do hereby declare as follows:

1.      I am the Executive Director of the Delaware River and Bay Authority ("DRBA" or the "Authority"), a position I have held since April 2002.

2.      The Executive Director position is one of six executive-level positions in the Authority, which also include the Deputy Executive Director, the Chief Financial Officer, the Chief Operations Officer, Chief Human Resources Officer, and Chief Information Officer (position created in 2004).

3.      Since I began in the position of Executive Director, I, along with the Board of Commissioners, have made a concerted effort to recruit qualified minority candidates for employment with the DRBA.

4.      On August 18, 2003, Consuella Petty-Judkins began work in the newly-created position of EEO/Recruitment Coordinator.

5.      Ms. Petty-Judkins' primary responsibilities include: overseeing recruitment programs, with a focus on minority recruitment; investigating alleged discrimination complaint, and developing educational programs related to diversity and equal opportunity.

DB01:2539662.1                                              051649.1010

A148

6.    Ms. Petty-Judkins has participated in dozens of diversity job fairs and regional college recruitment activities, resulting in hundreds of contacts and a diverse candidate pool for potential job openings at the Authority.

7.    The DRBA is not a federal contractor and is therefore not required by law to prepare a written Affirmative Action Plan.

8.    However, because the DRBA views its oversight role seriously, it developed a voluntary EEO Action Plan, completed in 2005.

9.    The analysis revealed no statistically significant evidence of discrimination against applicants or employees based on race or sex.

10.    An Executive Summary of the EEOC Action Plan was placed on the DRBA website.

11.    The Authority is in the process of revising its EEOC Action Plan based on more recent statistics.

12.    Since 2002, DRBA has hired 132 permanent, full-time employees, and 28% of those have been African American, Asian or Hispanic.

13.    As a result of the minority recruitment efforts, the overall minority level of employment since 2002 has increased from 8% to the current level of 11%.

14.    Howard Moon filed internal grievances regarding his pay on February 17, 2006 and December 13, 2007. Exhibit A.

15.    Mr. Moon spoke before the public session of the Board of Commissioners meeting regarding his concerns about racial discrimination and diversity at the DRBA on January 20, 2006, November 21, 2006, and on March 18, 2008.   Exhibit B.

16.    Mr. Moon has involved the Interdenominational Ministers Action Council (IMAC), who presented at the Board of Commissioners' Meeting on March 18, 2008, and is organizing a press conference on the issue of racial discrimination at the DRBA. Exhibit C.

17.    As represented to the DRBA in 2008, Mr. Moon plans to file a fourth charge of discrimination with the EEOC, and is organizing other employees to file a class action lawsuit against the DRBA alleging racial discrimination. Exhibit D.

_____
JAMES T. JOHNSON

SWORN TO AND SUBSCRIBED before me, a Notary Public, for the State of Delaware in and for New Castle County this _____ day of May, 2008.

_____
Notary Public

_____
Commission Expires

Richard A. Lane, Sr.
Notary Public
State of Delaware
My Commission Expires
April 5, 2012

# EXHIBIT A



## THE DELAWARE RIVER AND BAY AUTHORITY

Delaware Memorial Bridge
Post Office Box 71
New Castle, Delaware 19720
Tel.: (302) 571-6300
Fax.: (302) 571-6367

Cape May – Lewes Ferry
Post Office Box 827
North Cape May, New Jersey 08204
Tel : (609) 889-7200
Fax: (609) 889-1021

February 17, 2006

**TO:**   Heath Gehrke, Acting Director of Ferry Operations

**FROM:**   Howard Moon Jr., MBA – Ferry Reservations Manager

**CC:**   Commissioner Warren Wallace, Chairman
Commissioner Edward Dorn, Chairman Personnel Committee
James Johnson Jr, PE – Executive Director
Jim Walls – Chief Operations Officer

**RE:**   **Grievance for Unfair Pay and Employment Treatment**

Dear Mr. Gehrke,

As per directed by our Executive Director James Johnson (see February 10, 2006 letter from James Johnson - enclosure 1), I am officially filing this **Grievance** (under section XIX of the DRBA Personnel Manual) for patiently and painfully enduring a long and drawn out process that involved broken promises, references to my pending litigation with the DRBA as being the driving force and road block for preventing me from advancement and pay increase opportunities, false accusations with threatening overtones that were placed in my personnel file, significant components were re-worded and taken out of my job description without my knowledge including components that Jim Walls added in May 2004, and projects were suspended that were in the best interest of improving ferry business and services, all which served to keep me from amicably resolving a fundamental fairness issue regarding my added job responsibilities, pay and career advancement opportunities. I am writing this grievance to request changing the results of my Pay Grade remaining at J and to increase it to I and back pay compensation for performing duties above my scope of responsibilities from March 1, 2005.

I believe the actions taken and the process used to address the re-evaluation of my job description and the business needs of Marketing, Customer Service and the Reservations Department were compromised and tainted. The end results are me taking on significant increases in responsibilities for the same pay while at the same time missing an opportunity to better leverage my skills and marketing service efforts to grow and improve our ferry business and services.

A152

–2–                                February 17, 2006

The added changes to my job duties and responsibilities that were approved and communicated by you and Jim Walls – Chief Operations Officer that were **not** included in nature of work or **accurately included** in my revised job description sent to the Hay Group follows:

1. Managing Cape May – Lewes Ferry Group Sales (Groups include Non-Profit, Churches/Religious, Clubs/Organizations, Senior Citizens, School Outreach Program, Scouting Troops, Nursing Homes, Assisted Living, Disabled, PED (Outside Partnership Employee Discounts) and others)

   o The only reference on my revised job description to this area of responsibility is deeply embedded in "examples of work" in the 22nd bullet where group bookings were added to "oversees commercial bookings" and "works with Controller and Director of Operations to establish policies and procedures" were taken out *Just recently worked with Controller and Director of Operations to revise these same policies I helped develop*

   o This function was formerly shared between Cape May and Lewes Customer Service Managers, then with promoted Ferry Customer Service Manager who could not effectively handle the function in addition to other duties and now it is my responsibility.

   o Additional functions include creating and forwarding confirmations, handling and making decisions on payment arrangements, drafting and sending letters, terms and conditions, policy and procedures and sign off, communicating and applying appropriate rates, correspondence to ferry customer service personnel and manager, keeping CMLF Group Sales Database updated, and acting as the liaison in coordinating group travel and activities with ferry personnel, solving problems etc…

   o The way this area of responsibility is written on my job description compromises the process and serves to deny me pay advancement opportunities.

2. Managing and supervising the handling, investigating and resolution of Cape May – Lewes Ferry phone, e-mail and web-site inquires and correspondence, problems, complaints and customer service, and maintaining the CMLF Customer Service Data-Base.

   o My revised job description narrative says "with the Customer Service Manager tracks and resolves customer issues and makes decisions on customer service, refunds and passage," and under examples of work also says "with Customer Service Manager ensures timely follow up."

A153

- Again, these statements down play what I actually do and should not have been communicated in this way which was framed to down play what I actually do. I work with a broad spectrum of managers and also manage and supervise customer service activities, depending on what the issue is. My staff and I work with the Customer Service Manager only when it involves her reports. Additionally the above mentioned component is adequately communicated in the 3rd bullet of my job description where it says "Collaborates and communicates with police, customer service and other departments."

- This added responsibility also involves developing and maintaining target service level responses and resolution targets as well as monitoring for quality assurances and acting as a liaison between customers, the public and various business units

- The way this area of my job description is written compromises the process and serves to deny me pay advancement opportunity.

3. Managing the CMLF Customer Service Survey Program including designing surveys, creating and developing questions and questionnaires, identifying target population and sample groups, creating and maintaining target customer e-mail databases and administering surveys.

   o This added responsibility in my duties should have been included in the "nature of work," however the only mention of this area of my responsibility is under "examples of work" in the 7th bullet of my revised job description where it says "Manages the online ferry customer service survey program under the direction of the Assistant Director of Ferry Operation."

   o The way this area of my job description is written compromises the process and serves to deny me a pay advancement opportunity.

4. Managing and supervising and selling, mailing and tracking of CMLF Six Pack Discount Ticket Books and Gift Certificates.

   o There is no mention anywhere in my job description of the above responsibility yet, I assumed this added duty in March 2005.

   o Leaving this component out of my job description compromises the process and serves to deny me a pay advancement opportunity.

5. Managing, supervising and tracking the distribution of promotional literature to customers (i.e..ferry brochures) via individual and bulk mailings.

   o This component is a part of our everyday activities yet not mentioned anywhere in my job description and again serves to deny me a pay advancement opportunity.

6. Managing and supervising CMLF marketing administrative support activities that involve promotional mailings to advertising leads (fulfillment) and conducting data entry for marketing surveys.

—4—                              February 17, 2006

- o The only mention in my revised job description is the last bullet under examples of work where after performs a variety of other duties as needed or required says "including managing the providing of administrative support for CMLF marketing activities under the Direction of the Assistant Director of Ferry Operation."

- o Again this component was not included in the nature of work, is down played and not representative of what really occurs. (i.e..we continue to get requests from Marketing and Public Information to mail schedules to Advertising Leads where we defer to the Assistant Director of Ferry Operations and wait for a directive, all for the sake of down playing the activity to deny me an opportunity for pay advancement)

- o Former duties that were suspended such as working with the Public Information Officer to develop and execute various marketing strategies, developing and administering Marketing Research surveys, analyzing and cross referencing data, creating formulas and tabulating statistics while providing a full range of marketing support which increased our ferry traffic and revenues until activities were suspended in August 2005.

  - ▪ I was told that these components were taken away because if I were to leave it would not be easy to find someone with the range of skill sets as a Reservations Manger!

  - ▪ I was also told that the above duties should not be my responsibilities and were the Public Information and Marketing Managers area of responsibilities, <u>yet the irony is that you and I personally worked for months developing the concepts,</u> with you pushing the business case completion and several of the components you recommended. The components were all flawlessly executed which helped drive increases in ferry rider-ship and revenues. Marketing, Food Service and Ferry Operations were really working together and getting things done until the activities were suspended on August 19, 2005 which shocked everyone! The very next day after our last meeting on January 5, 2006, you directed me to develop a comprehensive, <u>customer-focused</u> telephone system for the Cape May and Lewes phone system, and when I pointed out that it fell under the Customer Service Managers area of responsibility you said "Howard you know she doesn't possess the skills sets and that I did and could do it!"

  - ▪ Again, it seems to me that regardless of the many opportunities that have come about, I will not be allowed to see any pay or job advancement opportunities with the DRBA.

7. The Reservations Manager may be task with providing staff support of other CMLF business support administrative activities was not included in my revised job description however, included as an additional responsibility in a memo sent to me on October 27, 2005.

– 5 –                                              February 17, 2006

8. A new component of now reserving 100% reservations and your request for me to now handle 3 Fort Crossing packages and reservations should also be considered as additional duties and responsibilities.

In addition to my above mentioned concerns, a considerable amount of my job components were taken out of my revised job description with out my knowledge, yet in most part these elements remain instrumental in my ability to effectively manage my department and support the DRBA in achieving its goals and objectives. These exclusions only served to compromise the process and deny me the pay that I have earned and deserve. (Attached is a copy of my old job description with all of the <u>exclusions circled</u> and a copy of my revised job description)

The following should have additionally been added to the <u>minimum</u> qualifications of my job description however, were not, which again served to deny me the pay that I have earned and deserve:

- Minimum five (5) years of managerial experience in transportation reservation systems, call centers and customer service including the direct supervision of personnel.

- Minimum three (3) years of budget development and management experience.

This situation can result in an amicable resolution which is fair and in the best interest of the Authority, by moving my position to the appropriate pay grade level <u>I</u>, thus, providing me with pay that is commensurate to my level of responsibilities and contributions to the Authority.

I fully expect an answer within three (3) working days as dictated in section XIX of the DRBA personnel manual with a <u>full resolution (specifically moving my pay grade to I and a commitment to back pay)</u>. However, based upon your continued communications to me that you do not have the power or authority to resolve my pay and advancement issues and this step may be just a formality unless you are given a directive to resolve my issues, I anticipate the need to take the next step 2.

I am also going on record as saying this grievance process is a conflict of interest by any reasonable employment standards because I, in good faith have taken these steps previously, followed the chain of command by addressing my issues and working with you and the DRBA senior leaders, Trudy Spence Parker (Chief Human Resources Officer) and Jim Walls (Chief Operations Officer) over the <u>course of the last seven months</u>. My grievance issues involves all of you and the actions you took, and to continue putting this matter back in your hands where it began through advise to file this grievance, and repeating steps and processes that were already followed, <u>basically serves to continue delays in making a decision in resolving my issues, subjecting me to unreasonable stress, pain and suffering, while denying me fair pay for work that clearly rises far above my past job duties and responsibilities as the Reservations Manager.</u>

A156

6                                February 17, 2006

Through our many meeting and discussions, I understand this complicates things for you in knowing and relying on my knowledge, contributions, talents, management and leadership abilities which can really help you and the organization do great things to increase rider-ship, revenues and fare-box recovery, customer service and marketing efforts while reducing costs and improving operational execution and service delivery. Although you have expressed many times in the past that the senior leadership is nervous because of my pending litigation and that you wish that you could handled this by approaching this a different way which you believe would produced better results, I have always responded in pointing out that these issues are not part of my current litigation and cannot in any way be held against me which continues to be the case.

I as your only manager of color have been in the same position for over 10 years with no opportunity for advancement in spite of my enormous education and training, performance excellence and job accomplishments yet at the same time I continue to watch so many white employees around me in my division advance. I have moved down from a department director (see original job description) to a department manager, have had my operations budget decreased by 36% since I began running the Reservations Department yet at the same time the ferry budget has increased 55% during the same period; I have increased my total revenues 211% and my income fee revenue 205% compared to the overall ferry revenue increase of 27% since my inception; my budget now only represents 1.3% of the overall budget yet at the same time I bring in 35% of all the fare revenues which will increase with the expansion to 100% reservations.

My grievance resolution of moving my position as the Reservations Manager from J to I and paying me accordingly while making a commitment to provide me back pay is simple and serves in the best interest of all parties concerned. I am making this last good faith effort to avoid redressing my issues to the courts or appropriate state or federal agencies in spite of the conflicting nature of using the DRBA personnel manual grievance process recommended by the Executive Director.

Sincerely,

Howard Moon Jr., MBA
Ferry Reservations Manager

A157



**THE DELAWARE RIVER AND BAY AUTHORITY**

Delaware Memorial Bridge
Post Office Box 71
New Castle, Delaware 19720
Tel.: (302) 571-6300
Fax.: (302) 571-6367

Cape May – Lewes Ferry
Post Office Box 827
North Cape May, New Jersey 08204
Tel.: (609) 889-7200
Fax: (609) 889-1021

December 13, 2007

**TO:**       Heath Gehrke, Director of Ferry Operations

**FROM:**   Howard Moon Jr., MBA – Ferry Reservations Manager

**CC:**       James Johnson Jr, PE – Executive Director
            Jim Walls – Chief Operations Officer

**RE:**       **Grievance for Unfair Pay and Employment Treatment**

Dear Mr. Gehrke,

I am officially filing this **Grievance** (under section XIX of the DRBA Personnel Manual) for disparate treatment as an African American Ferry Manager and failure to provide the same consideration in terms of pay grade increase, re-classification, and advancement as similar situated white employees. I am additionally filing a complaint for indirectly being asked "if promoting me would make my law suit disappear" in spite of the fact that I and the DRBA are represented by legal counsel and could not communicate such an agreement. **I am requesting a re-classification from Ferry Reservations Manager to Ferry Senior Sales and Customer Service Manager and a pay grade increase to I.**

I met in August 2007 with you and Jim Walls where I presented the following issues:

- Ferry Reservation Manager remains 12 years in same job without advancement yet opportunities continue to exist
- Ferry Reservations Manager position has changed significantly over the last three years
    - Role in management has expanded considerably
    - Took on a significant amount of additional management functions and duties which are not well written and represented in job description
    - Many additional opportunities exist for expanding Reservations position management roles and functions that are beneficial to ferry operations, DRBA and Reservations Manager
    - Advancement opportunities for white employees is unbelievably disproportionate to blacks, and in ferry operations FERRY MANAGER is lone left back employee yet has more education and DRBA management experience than all!
- Ferry Reservations Manager job description misrepresents reporting structures and levels of responsibilities.

A158

-2-                                December 13, 2007

- o  Position has not reported to Assistant Director in over two years. (In fact within the 12 years of stay as Reservations Director, Administrator and now Manager, the total time that position reported to an Assistant Director is a little over 2 years, almost 2 years to COO and 8 years to the Director of Operations)
- o  Change in reporting structures combined with other factors affect pay grade placement
- o  **Outbound call center functions, special projects, and driving ferry increases in business are not included in job description**
- o  **Job description misrepresents current level management functions and misleads evaluators to think that job is limited to inbound call center components.**
- o  Many components of the Assistant Director of Ferry Operations job description should be included in my job description yet are not (see attachments)
- • Both Reservations permanent employees Crystal Chafin – Reservations Supervisor and Tara Roberts CSR were advanced two pay grades in the past year via grievances yet Reservations Manager was denied same consideration and any pay increase
  - o  Both positions had additional expanded duties included in job description yet manager was not allowed same
  - o  **Both moved up employees are white**
  - o  **One employee (Tara Roberts) had a generic job description created just to serve as a vehicle to warrant a pay increase which is not reflective of what she actually does**
- • **Employees and positions DRBA wide continue to be promoted and re-classified all being white employees which in many cases moved up several pay grades some being relatively new to the DRBA**
- • SUCCESS IN PAY GRADE ADVANCEMENTS ARE CORRELATED TO HOW WELL JOB DESCRIPTIONS ARE WRITTEN
  - o  Those directors or senior managers who are able to write descriptions well and interested in the employee advancing are successful in moving their employees up in pay (i.e... Environmental Program Manager, Systems Manager, Database Analyst, Project Engineer II and III, Business Development Manager, etc...)

**I was asked to revise my job description by Jim Walls in which I did which follows:**

DELAWARE RIVER AND BAY AUTHORITY

Department:        Cape May – Lewes Ferry
Class Title:       Senior Manager of Ferry Sales and Customer Service
                   (Howard Moon, Ferry Reservations Manager- Re-classified)
Status:            Non-Exempt
Reports To:        Director of Ferry Operations

**I.          POSITION SUMMARY**

This position reports to the Director of Ferry Operations and is responsible for managing Ferry Sales, Customer Service, and Call Center operations. The position manages all aspects of ferry sales, reservations and customer service including a large variety of leadership and management duties that involves application of short and long term business planning and execution of the same. The person oversees departmental budget, generates new business and drives efforts to increase repeat business, establishes and implements sales and customer service strategies as well as develops and achieves sales, revenue, CRM and customer service goals. This position exercises discretionary judgment and analysis, supports the Director of Ferry Operations in the development and implementation of ferry sales and CRM plans, uses administrative oversight for coordinating, preparing and implementing activities of assigned responsibilities and will be called on special projects as operational needs dictate and performance warrants.

**II.         ESSENTIAL DUTIES AND RESPONSIBILITIES**

A159

– 3 –                                                                December 13, 2007

- Directs CMLF sales, customer service and call center activities, including the management and supervision of sales, reservations, and customer service
- Manages revenues, costs, service delivery and efficiency
- Prepares, coordinates and manages operating and capital budgets
- Develops short and long-term sales and customer relationship management plans and directs implementation and execution of sales and customer service policies and practices
- Builds and maintains a sales and customer service team capable of carrying out targeted sales and service goals and initiatives
- Creates and executes annual and monthly business plans
- Directs inbound and outbound call center services
- Identifies and generate leads; manages prospect pipeline from interest (establishing relationships), develops (understanding needs) and closes (achieve sales goals)
- Establishes and implements systems to track, monitor, measure and compare relevant data and statistics to increase ferry sales, customer satisfaction, performance levels and operational efficiencies
- Develops and manages projects and programs to assist in accomplishing established goals
- Creates and administers online, mail, and phone customer and marketing research questionnaires and or surveys

III.      **REQUIRED KNOWLEDGE, SKILLS, AND ABILITIES**

- Knowledge of effective leadership and management theories, principles, and practices and how to best apply them to ensure optimal effectiveness
- A demonstrated ability to lead and develop people and get results through others
- Knowledge of business and financial practices related to the operation of ferry sales, call centers and transportation systems
- A strong focus and commitment to delivering quality solutions and maintaining effective customer relationships
- Attract, develop and retain capable and committed staff who are dedicated to the success of the Authority
- Identify, develop and implement strategic and tactical plans and solutions
- Knowledge of ferry operations and relevant regulations, protocols and procedures and how they relate to the Cape May – Lewes Ferry mission
- Establish and maintain effective working relationships with internal and external contacts
- Communicate effectively, verbally and in writing

IV.      **MINIMUM QUALIFICATIONS**

- Bachelors Degree in Business Administration, Sales, or Marketing (MBA preferred)
- Five years of managerial experience in transportation operations with ferry transportation of vehicles and/or passengers preferred
- Five years of managerial experience in sales, call centers and customer service
- Three years of budget development and execution experience

V.      **LICENSES, REGISTRATION, AND SPECIAL REQUIREMENTS**

- Possession of a valid motor vehicle operators license

A160

– 4 –                                      December 13, 2007

I believe the above job description better represents my actual job functions and duties. As you have said directly to me, my department and I are the **only sales group** within the CMLF. Re-classifying me to Senior Sales and Customer Service Manager more accurately reflects my position verses the Ferry Reservations Manager.

**Key points that are not included in my current job description for re-consideration and advancement to pay grade I:**

- Ferry leadership and management duties that involve application of short and long business planning and execution of same
- Called on special projects as operational needs dictate and performance warrants
- Manages Group Sales Program (Key words Sales, Manage and Program)
- Manages Commercial Traffic Sales and Accounts including collections
- Manages CMLF sales, generates new business, drives efforts to increase repeat business
- Establishes sales and customer strategies
- Develops and achieves sales, revenue, CRM and customer service goals
- Assists the Director of Ferry Operations in the development and implementation of ferry sales and CRM plans
- **DIRECTS AND MANAGE INBOUND AND OUTBOUND CALL CENTER SERVICES**
- Identifies and generate leads; manages prospect pipeline from interest (establishing relationships), develops (understanding needs) and closes (achieve sales goals)
- Manages online survey program, direct mail and phone customer research questionnaires and or surveys
- Manages the Internet and Sales System
- Manages the tracking and logging of all CMLF Customer Service Complaints and Data Base
- Manages marketing support and fulfillment
- Manages communications as it relates to sales, traffic and reservations and reports to varying business units
- Provides reports to the Director of Ferry Operations and Chief Operations Officer

**Again, I am requesting a re-classification from Ferry Reservations Manager to Ferry Senior Sales and Customer Service Manager and a pay grade increase to I which will resolve my grievance.**

Sincerely,

Howard Moon Jr., MBA
Ferry Reservations Manager

A161

# EXHIBIT B

A162

01/01/00  TUE 10:00 FAX 302 671 6303        DRBA EXEC OFFICE                    ☑003

January 20, 2006 - Delaware River & Bay Authority Commission Meeting – Public Comments

**Opening:** My name is Howard Moon; I've been employed with the DRBA over 13 years and running the CMLF Reservations Department over the last 10 years.

- I would like to thank all of you Commissioners for your dedicated commitment and service, congratulate you on your leadership and success with instituting by-laws and GAAP accounting procedures and would be the first to recommend and support to stipend your positions

- I am here today because I believe the Authority has an agency problem,

  o In corporations or government entities' an agency problem exist when actions taken inside the organization by those hired run the organization conflict with the best interest of the major stakeholders.

  o As I look around this table, this board comprises a group of diverse professionals and the message was clear that the Governors meant to create and maintain a diverse and mission capable workforce representative of the communities and customers they serve.

  o I want to make it clear, that my concerns are not directed in any way at this board, not intended to assassinate any-ones character, not spoken on behalf of any group and solely intended to create a needed change that will make us a stronger and more effective organization.

**Shortly after the creation of the Delaware River & Bay Authority's in 1963, Martin Luther King gave his famous I Have A Dream Speech where in he said**

  o "It is obvious that today, America has defaulted on this promissory note insofar as her citizens of color are concerned. Instead of honoring this sacred obligation, America has given the Negro people a bad check, a check which has come back marked insufficient funds."

  o I stand in utter disbelief, that forty- two years later and say "have the DRBA black and minority employees as well as other dedicated employees" been given a BAD CHECK, A check marked insufficient funds? <u>Let's look at some of the key indicators.</u>

- I believe our job selection process has artificial barriers and embedded constraints that are fundamental flawed:

  o To my best knowledge in the last three years under this new administration only one black employee has been promoted or sometimes called re-classified yet at the same time, my best estimate is between 50 and 60 whites were advanced during the same period. Bottom-line between 1 and 2%.

  o If you are black and do not have education it is used against us.

  o If you have education we are told it isn't everything.

  o If our performance is excellent we are told that we do not get paid for performance and when we have years of experience and enormous institutional knowledge it does not count.

  o I have seen us hire a white into a high pay management positions with no management or supervisory experience and whites with high school educations who

1

DRBA EXEC OFFICE    @004

January 20, 2006 – Delaware River & Bay Authority Commission Meeting – Public Comments

    do not even meet minimum qualifications for high level management positions over qualified blacks with MBA's.

- o As an MBA graduate from Villanova in 2004, an honor business graduate from University of Delaware in 2002, a management certificate from Harvard University, and approximately 40 - 50 management and professional certificates that the DRBA paid for, I speak from experience in telling you that it means absolutely nothing to this administration when it comes to pay and advancement opportunities.

- The new senior leadership team had a great opportunity to set a new course for the DRBA future, and fix wrongs of the past yet as I look around this table, the **42 year long tradition** of **never** having a **person of color at a senior level pay position** continues despite the fact that those positions have doubled going from **three to six positions**.

- I have heard that we are an organization that is representative of our surrounding communities and those we serve and that 27% of the new hires under this new administration were black:

  - o No one mentioned that at the same time, I believe between 25 and 30% of our black employees resigned during the same period, many in the most part for lack of opportunity, fair pay and treatment.

  - o I believe that up until recently our permanent workforce comprised a little above 7% black, 0 Hispanics and Indians and .66 of 1% Asian. Yet the State of Delaware comprises approximately 19% blacks and 5% Hispanics and New Jersey comprises approximately 14% blacks and 13% Hispanics according to 2000 Census Data. Those numbers are even higher today. We know that in Delaware alone the Hispanic population has more than tripled in the last six years.

  - o The DRBA has had studies conducted @ our toll booths through the University of Delaware that reported between 28 and 33% of all our bridge travelers are people of color. * Study conducted by us during State Police Profiling case

  - o Elliot Bay included in their preliminary report break downs in race and how the surrounding populations would see major increases in people of color yet it was taken out of the final report.

  - o On our web-site we have a message that our affirmative action plan is under review and a new one will be complete in the next 60 days, yet this message has been posted since September of 2004 and 16 months and running. What message does that send to us? It sends the message that we do not care. We are still posting Harkins numbers from June 2001!

  - o Why would we wait until all the positions' are filled, to unveil a plan?

  - o Recently I brought up the subject of diversity in a departmental management staff meeting and was told that it was the EEOC Managers responsibility and that a staff meeting was not a venue to discuss diversity which clearly compromises and violates our former Affirmative Action Plan.

  - o No one took the time to notice that I was the only manager of color in the entire division and have been the only manager of color in the entire 40 year history of the Cape May – Lewes Ferry and that a manager staff meeting under any plan would be the venue to discuss concerns.

A164

01/31/06  TUE 15:40 FAX 302 571 6305        DRBA EXEC OFFICE                    ☐005

January 20, 2006 – Delaware River & Bay Authority Commission Meeting – Public Comments

- We have spent over a year watching enormous time money and energy spent of resolving the 542 union contract yet at the end of the day, I believe the union comprises approximately a 5% or less in black membership and when you look at the pay of its members, blacks and women fall under the lowest paid.

- There is something wrong when your blue collar workforce has that low of numbers, think about it, 1 black toll collector (we had 5 in 1992 when I came), 1 black maintenance worker here at the bridge and the most concentrated area of blue collar black reside at the airports where we now have a black director. New Castle County today alone comprises @ least 22% black not even including significant numbers in the Hispanic population.

- I believe women and people of color are commonly classified as CLERKS to keep them in low pay categories.

- I believe we use the Hay Group to warrant keeping minorities in lower pay categories however; we need to look at our practice of how we write these job descriptions, and are they reflecting what we actually do, or benchmarked appropriately?

- I believe we are hiding our lack of diversity under artificial recruitment, which results in hiring 1000 hour temporary employees at an average $8 to $10 dollars an hour with no benefits yet when it comes to permanent positions we will hire whites over these temporary employees.
  - A perfect example is how a highly qualified black female was hired as temp, worked as an accounts payable job for six months and when it came time to post the position she was not even granted an interview. *(Excluded from speech for time constraints)*

- Most of us employees who have stood the test of time are talented, committed and hard working human beings that are not asking for any favors, special treatment and just want a fair chance at living and providing our families with a better quality of life.

- We need your help in dismantling these deeply embedded constraints and artificial barriers and stop this practice of letting lawyers reap the benefits of hefty legal fees on issues that could easily be resolved if we had better forum for communications and protect the voices from below.

**I will now address some of my broader organizational concerns with leadership and communication barriers "Mixed Signals," "what we say verses what we do."**

We heard that re-organization would stream-line functions and increase efficiency when in fact:

- Re-organization has created a beauracticic hierarchy of red tape where we are managed around resources verses core businesses, decisions take forever, innovation is stifled, communications are broken and service delivery and operational execution are compromised.
  - We are top heavy yet struggling in terms of critical resources and personnel to achieve and maintain adequate customer service and operational effectiveness.
  - Directors and managers are not empowered with degrees of freedom to make decisions and run their lines of business.
  - We can't man our ferry vessels with police due to budget constraints or customer service people to meet demand yet we advocate best practices and "Excellence in Motion." *May have some conflicts with Coast Guard regulations.*

3

A165

01/01/00  TUE 15:40 FAX 302 671 6505        DRBA EXEC OFFICE                              ☒006

January 20, 2006 - Delaware River & Bay Authority Commission Meeting – Public Comments

- o Standards of safety excellence were finally signed off and sent out after a traveler sit in a car dead to my best knowledge over 18 hours close to our DMB toll plaza.

- o Cars are now driving away from the ferry because we close our toll plaza for the one person to eat lunch.

- o During peak season we endured back ups and chaos because we weren't positioned to handle increases in traffic.

- o We are more silo'd than there ever were.

- o Employee moral still remains low.

- o And we still don't get that adaptive solutions do not reside in the executive suite, however in the collective intelligent of employees at all levels.

- We say that we strive to be an Employer of Choice yet our actions show that we do not our value our existing employees, or value their time of service, institutional knowledge or a diverse and mission capable workforce.

- We say we are resolving our problem of pay parity which insults those of us who have been in jobs for a long period of time and now see people new to the organization and people who were recently promoted get hefty raises when we do not.

  - o The message appears to be that we are not valued employees who have been here, proved ourselves, possess the overwhelming institutional knowledge and worse yet, it does not foster an environment of information sharing or succession planning.

  - o The real pay parity issues lie within people doing similar jobs yet in different pay grades, and how employees who are in the same pay grades with less time in job and service are making higher wages then those of us who paid our dues.

  - o Or how I believe some individuals carried over time in job when in fact they were promoted into completely new jobs.

- **And lastly, we heard Accountability, Accountability, and Accountability!!!**

  - o We hire consultants to tell us who we are and what we should do yet we pay close to a million dollars annually to our 6 senior staff members when you add senior level perks such as vehicles and gas.

  - o Our Affirmative Action Plan is 14 months over due.

  - o Litigation and legal fees are out of control!

  - o We haven't had a performance evaluation system for over three years and I haven't been rated since 2001.

  - o We the work force have spoken through surveys and the strategic planning task forces yet, follow up and through has not happened.

  - o We as an organization are heading towards a collision course if we don't get some of these monsters out from under the table and do what must be done to protect the integrity of our organization.

A166

01/02/06   MON 10:41 FAX 302 571 6508    DRBA EXEC OFFICE    ☒001

January 20, 2006 - Delaware River & Bay Authority Commission Meeting — Public Comments

**The DRBA needs your help and I would ask that you consider**

- o  Mandating that diversity be included in our mission statement and that our Affirmative Action Plan be completed.

- o  Consider looking at internal candidates first to fill positions before posting outside *Look at our in-house talent first.

- o  Form a Committee to speak with all of your minority employees to hear some of our concerns, so the need to speak in an open session will not be necessary.

- o  I would ask that you personally put together a bi-state panel specialist in the area of Diversity and EEOC to help us fill the remaining positions.

- o  Allow an employee relations committee comprised of a good cross-section of the workforce including those who are deemed adversaries to meet periodically with the commission and executive staff.

*Martin Luther King once said that the true measure of a human being is not where they stand in times of comfort and convenience, its where they stand in times of chaos and controversy. I have faith that this board will stand strong and do what needs to be done!*

A167

Public Comments Howard L. Moon Jr., MBA November 21, 2006

- Here at the bridge, we only have one permanent black toll collector yet we hired new toll collectors since I last spoke. One casual black working in the toll department, who has been with the DRBA for several years, wasn't even granted an interview. I believe we have only two black maintenance workers here at the bridge. These examples in Tolls and Maintenance fall somewhere between a 5% AND 2% of a minority base respectively in a community that resides near 40% people of color.

- For 19 months, our drba.net website posted a message that our affirmative action plan was under review and a new one would be complete in 60 days. After I brought to your attention in January, the message was taken off the website. Now we post an EEO Action plan summary from 2004 with a message that says we are not if federal contractor and do not have to have an affirmative action plan, the message says HR worked hard and there was no SIGNIFCANT statistical evidence of discrimination. What message do you think this sends to us, and the public?

  o I asked the question in Leadership training to our leader about the promised Affirmative Action Plan and asked if our old plan posted on our internal web-site, personnel manual and in the copy rooms was still in effect, and was told in front of a room full of managers and supervisors that the subject could not be discussed because of litigation.

  o As the only manager of color in the entire ferry division in the last 42 years I see serious issues with not revising and implementing an affirmative action plan that attempts to bring us into the 21st century

- WOMEN AND PEOPLE OF COLOR CONTINUE TO FALL INTO LOWER PAY CATEGORIES. Look at a recent compensation study of the Economic Development/Marketing Department when the HAY Group finished, the white males with the exception on 1 all fell into a higher pay category I and the women and only black fell into the lower 7.

- The Hay Group continues to be the crying mantra, which warrants keeping us minorities in lower pay categories. Let me illustrate an example that this Hay process is not above board. Tell me, how can you explain that Hay put a DMB Toll Plaza Manager who manages a 24/7, 70 Million Dollar operation with near 100 employees under his supervision in a lower pay category than a DBB Manager who has 0 employees report to him and deals with compliance programs and issues relating to bids on contracts. Tell me what function is more critical to the organization and public? This is only one example of many.

- Most of us employers who have stood the test of time are talented, committed and hard working human beings that are not asking for any favors, just SIMPLE EXPRESSIONS, freedom, justice, honor, duty, mercy and hope.

I SAY TO YOU IN THE WORDS OF WINSTON CHURCHILL, IT IS NOT ENOUGH THAT WE DO OUR BEST, SOMETIMES WE HAVE TO DO WHAT REQUIRED.

WE REQUIRE YOUR HELP IN HONORING AMERICAS SACRED OBLIGATION TO HER CITIZENS OF COLOR!

My 2nd topic addresses some of my broader organizational Issues

Public Comments Howard L. Moon Jr., MBA November 21, 2006

- I communicated in January that re-organization had created a beauracletic hierarchy of red tape where we are managed around resources verses our core businesses, and how we are so top heavy yet struggling in terms of critical resources and personnel.

- We hear the term cost cutting measures must be taken but then we look and see a new fleet of SUVs, which average around 15 miles per gallon at best for most managers, and executives that do not need trucks. Doesn't it send mixed signals when we all know the high cost of fuel and the difference we could make if we mandated vehicles that get between 30 – 40 miles per gallon

- Also, amid communicated concerns about rising cost we are making some serious mistakes and paying high opportunity cost in terms of not funding various areas that have the ability to grow business and revenues.

  o This year alone, the Reservations system is up 22% at $958,000 that accounts for the entire increase in Cape May – Lewes Ferry revenues over 2005. Reservation fees are up 15% and will come end at 725K THIS YEAR

  o We have been open 7 days a week for the last 9 months yet I only have 2 permanent employees, and forced to use seasonal employees in full time equivalents year around

  o This year we had over 18,000 abandoned calls and my projections show about 244,000 in lost revenues as a result of not funding the center.

    ▪ Finances answer is to allocate less revenue than we used for temp wages in 2006

    ▪ Another management proposal is to waive reservation fees for Internet transactions which basically will lose over 400K rather than funding another 85K to the center who can bring in close to an additional 500,000 with the 85K funding

  o What business model will you ever see the won't fund that sales force or marketing. My permanent staff alone was cut by 50% in 2002 yet the Reservations System only received this year 1.16% of the budget (260K) yet brought in 40% of all ferry fares at 5.3 Million.

  o We wonder why ferry usage is declining; reduced sales and customer service resources, cuts in marketing, reduced vessel schedules and crews, not listening to our customers or employees, restrictions on discounts to repeat customers, and so but food aboard vessels is a very good start to understanding our decline.

  o You may hear that the one boat schedule during the week in the off season is saving money.. If you count all of the business we lose everyday, and the Delaware crew working in the yards you would see that we are actually losing significant revenues, especially in October, November and days in December.

  o One department head here at the Delaware Memorial Bridge wanted to not replace toll collectors who call out to save money and let traffic back up across the bridge.

  We are going into deep waters and heading for difficult days unless we start applying common sense in some areas of our business.

A168

Public Comments Howard L. Moon Jr., MBA November 21, 2006

- Employee moral right now all over this organization is extremely low and one might wonder why.
- Well for starters, we alienate our workforce who have a lot of time in service and do not afford them the same raises that the new kids on the block get
- The ways we do business now zaps all creativity and innovation by always looking outside for answers and not listening to the Generals and soldiers in the trenches.
- Consultants and lawyers continue to tell us who we are and what we should do yet again, we pay over a million dollars annually to our senior staff when you add senior level perks such as SUV's and gas.
- Litigation and legal fees are out of control
- We still do not have a performance evaluation system and we won't even pay bonuses to employees who graduate college, yet it is remains in the Personnel Manual.
- We the work force have spoken through surveys and the strategic planning task forces, and now leadership and diversity training sessions, yet who is listening and why is follow up and through is not happening.
- I told you 10 months ago that we are heading towards a collision course and need to do what must be done to protect the integrity of our organization. One of these days we are all going to be dealing with a catastrophic event if we do not take action.
- Each of your pictures are all over the organization at all sites and every time people see rusted vessels they look at you, 10 to 20 minute call wait times, they look at you, restrictions on discounts they look at you, unhappy employees, they look at you, 3.5 hours between departures on a 70 and 80 degree weather days they look at you and you can imagine what they say. You deserve better and so do we!

I have five calls for action that I am asking you to consider

- Allow me and other leaders to form an employee relations committee comprised of a good cross-section of the workforce including those of us who are deemed adversaries to meet periodically with the commission and executive staff
- Form a committee to meet with all your budget managers and get their input into Strengths, Weaknesses, Opportunities and Threats
- Form a committee to speak with all of your minority employees to hear some of our concerns, so the need to speak in an open session will not be necessary
- Mandate the creation and implementation of an Affirmative Action Policy
- Put together a bi-state panel specialist in the area of EEOC to help us fill the remaining positions

THE PRICE OF GREATNESS IS RESPONSIBILITY AND AGAIN ITS NOT ENOUGH DO OUR BEST, SOMETIMES WE HAVE TO DO WHAT IS REQUIRED

---

Howard Moon 2/1/07

stressed
[illegible]
CAT scan
[illegible] exercising – running
sleep – tosses and turns, restless
headaches ↓
appetite – terrible, ↓

[illegible signature] RD

Howard Moon 2/7/07

had to manage things – some success
depositions next week causing some anxiety.
"I will tell the truth" – colleagues not
making sense – ↓ in revenues due to
strategical errors. injustice stressful – long
term inequity in company against him & others –
need to change the company to treat people
fairly. upset about statements made to
him – discriminatory – concerns about
retaliation –
positive at work – supportive due
welcoming to new employees – positive with
those he works with – likes to teach & coach.
continues to use relaxation techniques &
cognitive re-structuring –

[illegible signature]

# EXHIBIT C



INTERDENOMINATIONAL MINISTERS ACTION COUNCIL

March 19, 2008

Dear Commissioner:

Some members of our coalition of community leaders and elected officials reached out and expressed some of our concerns at the Delaware River and Bay Authority's Board of Commissioners meeting held on March 18, 2008. Our suspected concerns involve questionable employment practices for our citizens of color that include but not limited to unfair hiring practices, lack of advancement and promotions, unfair wages, disparate treatment, under-representation, zero executive level managers, turnover, failure to hire a fair share of minority contractors, elimination of your community contributions program through an annual 20% phase out plan, and spending exorbitant legal fees defending discrimination complaints and law suits.

DRBA Chairman Michael Parkowski asked us to communicate our concerns in writing. We suspect that the following issues support our concerns:

1. Under-representation of people of color which is estimated between 40 and 45 African Americans, 3 Asians and 3 Hispanics out of 454 approved permanent full time positions, when the major source of DRBA revenue streams are generated by Delaware Memorial Bridge travelers who are estimated between 30% to 40% people of color.

2. Many African Americans employees believe they are not given fair evaluations for increased pay consideration relative to white employees under the current administration.

   A. They believe management manipulates the Hay process for minorities (with the exception of a few) by the way job descriptions are worded and responsibilities are presented in ways that are misleading and duties are taken away when they would lead to higher pay.

3. An estimated 20 African American employees (approximately 50% of the DRBA black workforce) resigned or was fired in the last five to six years. *DRBA communicates that 27% of hiring's under Jim Johnson were minorities yet they fail to communicate that blacks leave at an extremely high rate, many because of pay disparities, lack of promotional opportunities and disparate treatment.

4. Estimates show that only several minorities (African Americans) in the last five years were advanced yet over 100 whites were promoted during the same period.

5. People of color have no representation at the six Executive Senior Paid Level positions (these senior level managers are paid **well** over $1 Million Dollars annually considering

1

vehicle perks and benefits). *DRBA has never employed a paid Minority Executive Senior Manager since its inception of 44 years, which continues to drive the "good ole boy culture."

6. We question the DRBA actual hiring of minority contractors and believe the airports may be where some hiring of minorities took place because they receive millions of dollars in federal grant monies every year.

   A. This issue was pushed several years ago so a DBE position was created. The DRBA hired a white for this position and we believe that the DRBA continues to fall short in actual minority hiring's for agency wide contracts.

7. The DRBA is phasing out its community contributions program by reducing the program 20% each year which effects so many needy organizations who really rely on funding.

8. Several minority employees believe that the DRBA refuses to operate in the framework of its own Affirmative Action Plan/Policy since its inception in 2000.

   o DRBA eliminated old plan, promised new plan and failed to deliver

   o DRBA posted message for 18 months on drba.net web site that Affirmative Action Plan would be completed in 60 days and now they post a one page executive summary EEOC action plan that states they don't have to do an Affirmative Action Plan.

9. The DRBA has a long history of discrimination, appears to give minorities no choice other than filing DOL complaints, EEOC complaints and law suits, and would rather spend millions in legal fees and settlements rather than resolve the issues under some common ground. The following are some illustrative examples to give you an idea of why we are concerned and committed to take action:

   A. Many of these complaints and law suits were easily resolvable and should have never escalated to a point of litigation.

   B. Since 2002 under the James Johnson administration estimates are that nine blacks (they represent 25% of the average African American workforce) had discrimination and/or retaliation complaints in the EEOC, DOL or Federal Courts, there have been 13 cases and 6 settlements.

   C. In 1999, the DRBA settled with black employee Clyde Green who was threatened with hanging ropes and KKK implications and had an item placed on his head and set on fire yet white employees were not immediately reprimanded or fired. The employee who executed the action, was allowed to wear a visible KKK tattoo on hand while working at the Cape May – Lewes Ferry.

   D. In 2000, pictures of monkeys with two African American employees names "Donny and Al" were placed above the pictures and posted on DRBA property. These employees were commonly referred to as porch monkeys and spear chuckers.

   E. In 2002, a white employee made comment in front of Airports Director and Millville airport employee that they need to take all the niggers out of jail and send them to Afghanistan.

A172

F. Within James Johnsons first year of becoming the DRBA's executive director in 2002, the DRBA settled three law suits with former African American employees Albert Jackson, Donnie McCoy and Dawn Pitt and spent outrageous legal fees.

- We suspect that James Johnson knew there were problems yet his Administration awarded some of the white employees implicated in their cases with promotions

G. In 2002, a white employee made derogatory comments about Blacks and Jews, which upset employee relations manager who had been trying for years to do something about this employee. (Same employee referred to in bullet E)

H. In 2003, the first action of new CHRO Trudy Spence – Parker was to fire the employee relations manager Tom Irvin who is an African American with over twenty years experience with the AFL-CIO and graduate from Georgetown University (another EEOC complaint).

I. In 2003, a white supervisor told an African American employee that "just like a lazy nigger coming to get free money" several times yet the incident was pushed off as he was just joking and the white employee was later promoted.

J. In 2004, Robert Matthews settles discrimination law suit with DRBA, Doris Kennedy, Ron Riley and Howard Moon file discrimination complaints at the EEOC, and a document with the words "nigger application" was placed on African American employee's locker.

K. In 2005, Howard Moon files discrimination and retaliation law suit, Ron Riley files discrimination law suit and Dan Douglas files DDOL discrimination complaint, and African American employee Gail Combs who had worked in Finance for a long period of time was denied a permanent position and the DRBA chose to hire a white employee.

L. In 2006, Ron Riley and Howard Moon files complaints at the DDOL, and Juanita Molleta, Ann Cheers and Janeka Peace-Wickham file discrimination complaints at DDOL.

M. In 2006, an African American supervisor heard two whites in DRBA Café say that "we used to hang blacks down south for that," white employee threw receipt and hit African American supervisor in the face, racial comments were made about blacks by white employee, manager and supervisor were harassed by white DRBA employees, and African American employee was not permitted to eat at tables in Café and was forced to eat in the back by white supervisor.

N. In 2007, the DRBA was found guilty by DOL of three different counts of discrimination, settles discrimination complaints with Juanita Molleta and Ann Cheers, Howard Moon files another discrimination and retaliation law suit in federal court, Ron Riley files a retaliation law suit in federal court, Janeka Peace-Wickham files a retaliation case at DDOL and discrimination law suit in federal court, and it was reported that the DRBA violated a settlement agreement by failing to terminate and/or re-hired the white employee who they agreed to terminate along with failing to deliver other agreed actions.

3

O. In 2007, a sign was put up in DRBA Café after African American female settled law suit "free at last, free at last, etc.. and DRBA management failed to adequately address the matter, and rather than give the DRBA Café supervisor a chance at working in an Acting Manager capacity which is common for white employees under similar circumstances, they chose to bring a temporary manager from an outside agency to manage permanent staff.

P. In 2008, another African American female Charity Irving was denied permanent position and the DRBA chose to offer a white female the position who is friends with one of the managers in the Finance department.

Judging from many communications and the several meetings we held, it appears that the existing management team may need to become more sensitive to the inherent problems and concerns when it comes to its employees of color. Those employees who voice their concerns and file grievances, complaints and/or file law suits appear to be alienated and openly retaliated against, judging from the references made to litigation in your commission meetings.

We should remain mindful that the law protects any employee who files a complaint and that employee cannot be treated any different than another employee, as a result of filing claims with the DOL, EEOC or the state or federal court systems.

Our purpose is to assist you in breaking down your existing barriers and to establish a Community Business Agreement (see enclosure) which will help your organization become an "Employer of Choice" while helping you avoid any further discrimination complaints and/or individual and class action law suits. We ask that you agree to meet with us no later than April 7, 2008 to formalize our proposed CBA.

Please contact me directly at 302-420-7889 to schedule a time that best meets your busy schedules.

Sincerely,

Elder Tyrone C. Johnson Sr.
2nd Vice President IMAC
Chairman
Social Political Action Justice Committee

4

A174

TOTAL P.06

**Proposed Community Business Agreement – CBA with Delaware River and Bay Authority**

1. Hire a minority (person of color) to the executive level (pay grade E)
   a. To the open Chief Financial Officer or Chief Human Resources Officer position
   b. Or create a Chief Relations Officer

2. Re-classify and increase pay grades for the following minority employees (30% of African American Workforce with legitimate situations that need to be corrected):
   a. Ronald Riley to Senior CSR from pay grade P to M
   b. Howard Moon to Ferry Senior Sales Manager from pay grade J to I
   c. Janeka Peace-Wickham to Café Manager from pay grade N to J
   d. Kenneth Hynson to Community Relations Manager from pay grade J to I
   e. Sandra McKinney to Senior Training and Education Manager from pay grade J to I
   f. Doris Kennedy to Senior CSR from pay grade N to M
   g. Grace Creamer to Senior CSR from pay grade N to M
   h. Wanda McClairen to Accounting Analyst from pay grade O to L
   i. Luther Dasheill to Corporal from pay grade K to J
   j. Melvin McCord to Corporal from pay grade K to J
   k. Clayton Palmer to Sergeant from pay grade J to I
   l. Temporary employee Charity Irving to permanent accounting position in Finance
   m. Temporary employee Pat Mathis to permanent CSR in EZ-Pass

3. Mandate that the remaining 38 positions are filled with minorities (people of color)

4. Place a 25% floor on hiring minority contractors, meaning that a minimum of 25% of the Capital Improvement Projects and 25% of remaining DRBA contracts will be awarded to minority businesses

5. Form an Ad Hoc Committee comprised of Commissioners to meet with minority employees and targeted community leaders
   a. Investigate minority problems at the DRBA
   b. Mandate change and resolution

6. Appoint a committee of New Jersey and Delaware EEOC representatives to help the DRBA in re-vamping and improving its hiring and promotions processes

7. Create and implement an Affirmative Action Plan by May 1, 2008

8. Create an employee relations committee comprised of good cross section of the workforce to meet every month with the commission and executive staff

9. Set up meeting with Governors and various agencies effected by the elimination of the Community Contributions program to devise a way to re-instate the program

10. Report annual EEOC numbers on web-site and annual reports

5

A175



INTERDENOMINATIONAL MINISTERS ACTION COUNCIL

May 5, 2008

Dear Chairman Parkowski:

As indicated in a letter sent to you on May 2, 2008, this correspondence serves as our rebuttal to your response dated April 29, 2008, sent to us for the purpose of addressing our concerns that involve questionable employment practices for our citizens of color. Our concerns include, but are not limited to, unfair hiring practices, lack of advancement and promotions, unfair wages, disparate treatment, under-representation, zero executive level managers, extensive turnover, failure to hire a fair share of minority contractors, elimination of your community contributions program through an annual 20% phase out plan, and spending exorbitant legal fees defending discrimination complaints and law suits.

You communicated that the information you sent us was factual and yet we have quite a bit of information that contradicts what you have sent us. The overwhelming majority of our concerns were not addressed and we believe that you have not made the necessary efforts to eliminate barriers that impede progress towards creating equal employment opportunity, treatment and justice at the Delaware River and Bay Authority. However, we do remain hopeful that your Delaware Commissioners will follow the New Jersey Commissioners commitment to equal employment opportunity, treatment and justice.

**Our purpose is clear and simply stated; we are serving as the DRBA Coalition for Equal Employment Opportunity, Treatment and Justice with a clear vision of righting wrongs and assisting the DRBA in creating a promising future that serves the best interest of your employees, organization and surrounding communities.**

We believe that we have support from New Jersey elected officials and Commissioners however, we need your leadership in moving the Delaware Commission and DRBA Executive Director, Acting Chief Financial Officer and Chief Operations Officer away from a stance of denial and spending exorbitant legal fees defending discrimination complaints and law suits that are easily resolvable at a fraction of your costs.

## Disparate Treatment including Racial Slurs and Epitaphs

In your letter you talked about the procedures in place to deal with discrimination and harassment in the workforce. If your procedures are effective and fair, you certainly would not have had over 25% of your African American workforce file discrimination and/or retaliation complaints in the EEOC, DOL, or Federal Courts, resulting in an estimated 13 cases and 6 settlements, all under the James Johnson Administration. In fact, we learned that the Delaware Department of Labor found the DRBA guilty of discrimination three times in 2007. You have yet to provide an explanation or concede that you have serious problems related to your minority workforce. You have not provided any factual support or information that disputes our comprehensive list of incidents which are gathered from various current and past employees at the DRBA. The policy you provided shows more emphasis on harassment than discrimination, which brings us to some serious matters.

1

A176

You make several references to your process and highlight the fact that under this administration, you hired a new EEOC Manager to handle these matters. We believe this person is being investigated on serious suspected policy violations including alleged criminal activities on the job, which has to cause you some concern! A reasonable person would infer that it may be possible that more activities are going on under your watch than you care to admit.

We also learned that it is common practice at the DRBA for executive, senior level and mid level managers implicated in employee's complaints and litigation to conduct investigations involving these complainants, where there are obvious conflicts of interest. You can no longer afford to take a Pontius Pilate approach by looking the other way and pretending these issues do not exist. We received reports that Chief Operations Officer James Walls, this past week, allegedly referred to three African American employees who are under suspension, as being toast. We also learned that in the past, he allegedly referred to another former African American employee as being toast before the employee was terminated.

We also have information that James Wall's former employer Amtrak, under its northeastern corridor, settled $24,000,000 in discrimination lawsuits where he was a senior director in its northeastern corridor. Since his arrival at the DRBA, he has been named in numerous complaints and lawsuits by African American employees.

You have employees, past and present, who suffered and continue to suffer, and we will not stop until the suffering and injustices are eliminated.

## Under-Representation of Minorities in the DRBA Workforce

First we would like to thank you for the hiring's of minorities that have taken place over the course of the last month, after we presented our concerns to you.

In your response letter, references were made to recruitment efforts and the establishment of a fulltime Equal Opportunity position. We received reports that this was not a new position and a former African American employee Ezzi Henry served in that position, prior to the arrival of James Johnson. We learned that former Chairman Warren Wallace had to fight and force James Johnson into establishing the EEOC position, where Johnson believed that former Chief Human Resources Officer Trudy Spence – Parker could handle the duties. We also received reports that she was allegedly harassed after turning over resumes for the CFO position to former African American Chairman Warren Wallace (who we believe, it is no secret that James Johnson did not get along with). Warren inquired as to how several qualified candidates including minorities failed to make the short list for the position. Sources report that Warren and various members of the New Jersey Commission did not agree that the process was above board, nor did they agree that current Acting CFO Victor Ferzetti was the most qualified person for the position. We learned that Trudy Spence – Parker resigned the morning we attended your Commission meeting and may be filing charges against James Johnson and the DRBA.

Although you may believe that your hiring efforts were sufficient, the fact remains that you continue to be under-represented by people of color. The state of Delaware and New Jersey comprises 30% minorities. As you referred to the bigger picture, Michael Harkins increased the African American workforce by approximately 210% during his 10 years at the DRBA and had less than a 5% minority turnover rate. He went from approximately 12 African American employees in 1991 to 37 by June 2001, where the DRBA workforce was still under-represented. Under the James Johnson Administration, the DRBA has only increased its African American workforce by an estimated 10 employees since 2001 and only increased your Hispanic and Asian workforce by one person each for a total of three Hispanics and three Asians. The DRBA at 13% minorities falls 131% below the minority population percentages of Delaware and New Jersey at 30%.

2

As to your reports of only 14 minority employees leaving, we believe that between 18 and 20 African Americans have left since 2001 and we also believe many left because pay disparities, lack of promotional opportunities and disparate treatment. We will work with you to set up meetings and phone calls with current and former employees so you can hear it first hand from them.

## Minority Advancement and Compensation

You tell us that you will not engage in discussions that involve matters in litigation, yet we were notified that you have provided us with personal information being litigated by several of your employees, without their consent. It appears that you may have violated your own freedom of information policy by providing us and others with specific employee salary and other medical related information (LTD) by their name, date and title, which was turned over to several employees during the discovery process in their law suits. We and your employees refrained from discussing specifics of their law suits and dealt with current issues along with a vast scope of current and historical problems at the DRBA.

We identified employees who we believe you should advance to higher pay positions and categories or to make two of them permanent employees. Although we met with some of your employees, we did not have contact with all those employees listed in our proposed CBA, so you should not assume all of them are directly involved with us. We did not ask you to provide us with a smoke screen of sending these African American employees salary increases, which for the most part we believe involved normal annual raises and time in job adjustments, most as an established change to your compensation policy for all employees. We communicated a concern that your management is manipulating the Hay Group compensation process used to reclassify positions and increase pay for minority employees relative to their white counterparts.

We expressed a concern that the overwhelming majority of job promotions are being received by white employees, who you did not voluntarily provide salaries increases such as Victor Ferzetti to Acting Chief Financial Officer, Geraldine DiNicola – Owens to Chief Information Officer, George Iannetta to Superintendent of Food and Retail, Steve Russell to Assistant Director of Maintenance South, Lee McGaughan to Director of Maintenance North, Andrew Ritchie to Human Resources Manager, John Jones to Director of Engineering and Maintenance, Brian McEwing to Port Captain, Joe Carson to Captain, Heath Gehrke to Director of Ferry Operations, Dave Hoppenjan to Project Engineer 3, just to name a few and a list of over a 100 more white employees who advanced under the James Johnson Administration.

We believe you have a police department that does not employee any African American supervisors other than an Assistant Police Administrator. We believe that you only had two African American employees in your Maintenance department at the Delaware Memorial Bridge. We believe until several weeks ago, you only employed two African American permanent employees in your manual DMB toll department and now three. In your ferry operations, we believe you have one manager, no permanent supervisors and a severe shortage of permanent minority employees. In your finance department, we believe you have no black managers or supervisors. It appears that the highest concentration of African American employees reside at the New Castle County Airports where you receive Federal Grant monies. Our proposed Community Business Agreement provides you an opportunity to eliminate barriers that will make a positive impact for better race relations with your employees and avoid further litigation, lawsuits and legal fees.

We are not asking you to give preferential treatment based upon the race of your minority employees, however, to treat and provide them with the same opportunity and treatment as their similar situated white co-workers and superiors and to fix imbalances and mistakes of your past.

3

**Lack of Minority Hiring's for Contracts**

In your response you stated that we questioned your Disadvantaged Business Enterprise (DBE) program which is a misrepresentation of our concerns. We question the DRBA actual hiring of minority contractors and believe that people of color are not getting their fair share of business. You have validated our concerns by providing information that shows that you do not, in fact, hire a fair share of minority owned businesses. We are not interested in your FAA program with smoke screens, we want a fair share in actual minority hiring's agency wide throughout all your sites and locations!

We understand that this is also a concern of the New Jersey delegates, and we back them 100% in mandating that you achieve greater results in the actual hiring's of minority businesses. We would like to get involved in helping you increase your hiring of minority businesses. Our CBA proposed eliminating barriers by a setting floor in awarding 25% of your contracts to minority businesses. We will assist you in setting and achieving goals without violating any laws. We also urge you to create a Minority Business Enterprise program at the DRBA.

**Community Contribution Program**

We are pleased and excited that you intend to address our concerns regarding the preservation of your Community Contribution Program. We will be sure to meet with our Delaware gubernatorial candidates to gain support for your efforts!

**Executive Positions**

In your response, you have verified that you do not employ a person of color at the senior executive level. You also stated that the DRBA does not intend to discriminate against any candidate for employment, and we would expect that you will not. We are urge you to appoint a highly effective and competent person of color to your senior executive leadership team. James Johnson was appointed to the Executive Director position and Don Rainear was appointed to the Deputy Executive position, neither going to a competitive selection process.

The Board, with support from both Governors, has the power to appoint a minority to your senior executive team. With all of your past and existing problems with minorities and your lack of diversity, this seems to be your best alternative. We believe this is one of the most important recommendations in our CBA. We need representation at the top level to ensure that minorities get their equal opportunity, treatment and justice. We will also be urging our gubernatorial candidates to appoint a person of color from Delaware's largest city, Wilmington, to your Board of Commissioners!

**Affirmative Action Plan**

In your response, you stated that you have an Affirmative Action plan, yet you did not provide it to us. It appears that you are keeping this plan in secret and it is not a document that is being shared with your managers, employees and the public. An Affirmative Action plan should have specific written goals, objectives, guidelines and actions for people at all levels of the DRBA to follow.

Please send us a copy of your Affirmative Action plan at your earliest convenience along with your latest EEOC reporting numbers. This request is formal under your freedom of information policy.

**Other Matters**

In your response you communicated that a number of our issues raised were identical to those presented in Mr. Moon's presentation to the Board on January 20, 2006. We find it troublesome that the issues he presented before the board have substance and we found that he has made several presentations

A179

over the course of the last several years to you, reaching out for your help and predicting problems you would encounter if you did not take action, and his predictions appear to have come to fruition.

Your continued reference to Mr. Moon's lawsuits suggests that he and others may be targets of retaliation. Mr. Moon and others have not discussed specifics of their lawsuits yet it appears that you do. We believe his and others issues deal with specific occurrences in the past and you cannot continue to hide a vast array of minority problems under their umbrella of litigation that deals specifically with their particular cases.

You talked about numerous improvements and reform yet our preliminary reports indicate that you have some serious issues including but not limited to suspected gross misconduct and criminal activities of senior and mid-level managers, suspected regulatory infringements and crimes, lack of accountability of management, conflicts of interests, suspected gross misuse of company SUV's (no policy or accountability), no performance evaluation system, rising ferry deficits, poor communications, and poor employee moral, on top of questionable employment practices for our citizens of color that include, but are not limited to, unfair hiring practices, lack of advancement and promotions, unfair wages, disparate treatment, under-representation, zero executive level managers, extensive turnover, failure to hire a fair share of minority contractors, elimination of your community contributions program through an annual 20% phase out plan, and spending exorbitant legal fees defending discrimination complaints and law suits.

## What's Next

Again, after reading your response, we agree that you do not take our concerns as seriously as we do. We are moving forward with our plan to attend your next Commissioners meeting (we believe May 20, 2008) with the full support of IMAC President Reverend Dr. H. Ward Grier and all our members, various other organizations, churches, elected officials, political activists and community leaders. We will hold a press conference after the meeting with a deliberate plan to bring our concerns and progress or lack there of, to the public, media and elected officials.

**Remember, our purpose is clear and simply stated; we are serving as the DRBA Coalition for Equal Employment Opportunity, Treatment and Justice with a clear vision of righting wrongs and assisting the DRBA in creating a promising future that serves the best interest of your employees, organization and surrounding communities.**

We again urge you to reconsider your position and give consideration to our proposed Community Business Agreement with the DRBA. We believe this meeting should be held in New Castle, Delaware verses taking the meeting off-site to avoid controversy. Last months meeting was held in Rehoboth, Delaware, so we hope that your next meeting will be held at your home base.

Please contact me directly at 302-420-7889, if you wish to meet prior to our attending your next Commissioners meeting.

Sincerely,

Elder Tyrone C. Johnson Sr.
2nd Vice President IMAC
Chairman, Social Political Action Justice Committee
PO Box 26253
Wilmington DE 19899

5

A180

**Proposed Community Business Agreement – CBA with Delaware River and Bay Authority**

1. Hire a minority (person of color) to the executive level (pay grade E)
   a. To the open Chief Financial Officer or Chief Human Resources Officer position
   b. Or create a Chief Relations Officer

2. Re-classify and increase pay grades for the following minority employees (30% of African American Workforce with legitimate situations that need to be corrected):
   a. Ronald Riley to Senior CSR from pay grade P to M
   b. Howard Moon to Ferry Senior Sales Manager from pay grade J to I
   c. Janeka Peace-Wickham to Café Supervisor from pay grade N to L
   d. Kenneth Hynson to Community Relations Manager from pay grade J to I
   e. Sandra McKinney to Senior Training and Education Manager from pay grade J to I
   f. Doris Kennedy to Senior CSR from pay grade N to M
   g. Grace Creamer to Senior CSR from pay grade N to M
   h. Wanda McClairen to Accounting Analyst from pay grade O to L
   i. Luther Dasheill to Corporal from pay grade K to J
   j. Melvin McCord to Corporal from pay grade K to J
   k. Clayton Palmer to Sergeant from pay grade J to I
   l. Temporary employee Charity Irving to permanent accounting position in Finance
   m. Temporary employee Pat Mathis to permanent CSR in EZ-Pass

3. Mandate that the remaining 38 positions are filled with minorities (people of color)

4. Place a 25% floor on hiring minority contractors, meaning that a minimum of 25% of the Capital Improvement Projects and 25% of remaining DRBA contracts will be awarded to minority businesses

5. Form an Ad Hoc Committee comprised of Commissioners to meet with minority employees and targeted community leaders
   a. Investigate minority problems at the DRBA
   b. Mandate change and resolution

6. Appoint a committee of New Jersey and Delaware EEOC representatives to help the DRBA in re-vamping and improving its hiring and promotions processes

7. Create and implement an Affirmative Action Plan by May 1, 2008

8. Create an employee relations committee comprised of good cross section of the workforce to meet every month with the commission and executive staff

9. Set up meeting with Governors and various agencies effected by the elimination of the Community Contributions program to devise a way to re-instate the program

10. Report annual EEOC numbers on web-site and annual reports

6

A181

# EXHIBIT D

Plaintiff Howard Moon Jr. has filed charges at the Delaware Department of Labor for Harassment, Hostile Working Environment and Retaliation. Plaintiff has had threats made against him that involve physical harm should he be seen outside the DRBA, comments were made that he got personal in depositions and was passing notes to his lawyer, and if he was seen in the street hmmm..... Employees are being directed to stay away from him, derogatory comments and inferences are being made about he cannot be trusted, stay clear of him and he should have been a man after his depositions where Consuella Petty-Judkins perjured herself.

Plaintiff reported concern after his depositions and met with DRBA Police investigator prior to these incidents. Employees involved in crimes were not immediately dealt with and were allowed work without consequences even after violating federal FAA regulations. Plaintiff believes Homeland security was breached by allowing the distribution of NCA Airports Employee Badges to people who do not work for or at the Airports. He further believes that by DRBA Executive Management taking so long to act also breached airport security. A Senior Manager was allowed to try to compromise DRBA badging system and execute the above-mentioned hostile actions. Senior Managers are being allowed to tell their employees to stay clear of Plaintiff making it very stressful to work.

Plaintiff continues to work and handle additional duties with refusal by the DRBA to reclassify his position to the correct title and increase his pay grade for J to I. The DRBA refuses to advance him and treat him fairly as his similar situated white managers and supervisors because of his litigation and lawsuit. Plaintiff was told in an open session of the Commissioners meeting that they were advised by attorneys not to discuss diversity and discrimination issues with him because of his litigation, which is an open admission to retaliation.

Plaintiff plans on grouping his complaint with others for purposes of filing a class action lawsuit. He plans on meeting with federal EEOC Attorney Jaqueline McNair to discuss the exorbitant amount of complaints coming from an organization to only employees between 40 and 50 African American employees and the need for an EEOC class action suit!

A183