IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD L. MOON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-358-GMS |
| | ) | |
| THE DELAWARE RIVER AND BAY AUTHORITY, | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by and through the undersigned counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice.

PHILIPS GOLDMAN & SPENCE, P.A.

/s/ James P. Hall, Esquire
James P. Hall, Esquire (Bar I.D. 3293)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
Email: jph@pgslaw.com
*Attorney for Plaintiff*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adria B. Martinelli, Esquire
Adria B. Martinelli, Esquire (Bar I.D. 4056)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6613
Facsimile: (302) 576-3314
Email: amartinelli@ycst.com
*Attorney for Defendant*

Dated: August 14, 2008

SO ORDERED THIS _____ day of _____, 2008.

_____
Chief Judge Gregory M. Sleet